**\*\*See Memorandum
Endorsement on Last Page**

**DANIEL SCOTT ALTER
Attorney-at-Law
360 Westchester Avenue #316
Port Chester, New York 10573
(914) 393-2388
dsa315@mac.com**

November 26, 2018

Honorable James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:     Penny Ann Bradley, Chapter 11, Case No. 18-10122(JLG)

Hon. Judge Garrity:

In furtherance of the status letter filed with the Court on November 20, 2018 [Docket No. 63], this letter is written to update the Court of the status of the above-referenced Chapter 11 case.

As a result of activity during the last several days and this morning that may lead to a resolution of the parties' disputes, the Pollacks (who had filed the only objection lodged against the Debtor's Motion to Dismiss her bankruptcy case) have consented to an adjournment of the proceedings in this case scheduled for the November 27, 2018 calendar, subject to Court approval.

Please be advised that I am scheduled for surgery on December 18, 2018 (a tonsillectomy and two related procedures) and have been told that I am not permitted to return to work for a period of at least 7-14 days post-operation. Further, Richard Levy, counsel for the Pollacks, will be on vacation out of the country from December 24, 2018 to January 8, 2019.

Therefore, the Debtor respectfully requests an adjournment of her Motion to Dismiss to an available date in mid-January, without prejudice to the Debtor's requesting a further adjournment as may be necessary to allow the efforts to reach a resolution of the matter to be completed. If the Court wishes, I will be pleased to submit any further status updates as such times as the Court may direct.

I apologize for the request of this consensual adjournment at this late stage, but the circumstances did not permit any earlier notification.

Respectfully,
*/s/ Daniel S. Alter*
Daniel S. Alter, Counsel for the Debtor

**MEMORANDUM ENDORSED ORDER**: Debtor's request for an adjournment is GRANTED. The Court will hold a hearing on **January 16, 2019 at 10:00 a.m**.

On or before **January 10, 2019 at 4:00 p.m**., counsel for the Debtor shall file a letter with the Clerk of the Court (with two single-sided copies delivered to Chambers) updating the Court on the status of all relevant matters to be addressed at the hearing.

**Dated: New York, New York
  November 26, 2018**

/s/ *James L. Garrity, Jr.*
**Hon. James L. Garrity, Jr.
United States Bankruptcy Judge**