# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036   Tel: 212-421-4100   Fax: 212-326-0806        www.pryorcashman.com

**Richard Levy, Jr.**
Partner

Direct Tel: 212-326-0886
Direct Fax: 212-798-6393
rlevy@pryorcashman.com

February 20, 2019

**VIA EMAIL AND ECF**

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge for the
   Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:   Penny Ann Bradley, Chapter 11, Case No. 18-10122 (JLG)

Dear Judge Garrity:

Yesterday, your Honor granted an adjournment of proceedings in this case until Tuesday, March 19, 2019, at 10:00 a.m. I will be actually engaged at that time in a matter previously scheduled for a hearing in the United States Bankruptcy Court for the Eastern District of New York in the case entitled *In re 533 Park Avenue Realty LLC*, Case No. 16-45130 (ESS). Accordingly, I respectfully request that the Court reschedule the hearing from March 19 to Tuesday, March 26, 2019, at 10:00 a.m., subject to availability on the Court's calendar.

I have been authorized by Daniel Alter, counsel for the Debtor, and Jacob Frumkin, counsel for Atlas Union Corp., to state that they have no objection to this request. (Mr. Frunkin requested that I advise your Honor that he would be unable to appear if the hearing were scheduled for the afternoon of March 26 because of a prior court commitment in New Jersey.)

Respectfully,

*/s/ Richard Levy, Jr.*

Richard Levy, Jr.

RL:rpm
cc (via ECF):
   Daniel Alter, Esq.
   Jacob Frumkin, Esq.

3564439

3564439v1