**LAW OFFICES OF KENNETH L. BAUM LLC**
167 Main Street
Hackensack, New Jersey 07601
(201) 853-3030
(201) 584-0297 Facsimile
Kenneth L. Baum, Esq.
Attorneys for NSM82 LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| PENNY ANN BRADLEY, | : | CASE NO. 18-10122-jlg |
| | : | |
| Debtor. | : | |
| | : | |

PLEASE TAKE NOTICE that NSM82 LLC, a creditor and party-in-interest, hereby

appears by and through its undersigned counsel, pursuant to Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules").  NSM82 LLC, by and through its counsel,

hereby requests, pursuant to Bankruptcy Rules 2002, 9007, 9010, and the applicable Local Rules,

that all notices given or required to be given on it, and all papers served or required to be served

on it in this case, be given to and served upon the following:

> Kenneth L. Baum, Esq.
> Law Offices of Kenneth L. Baum LLC
> 167 Main Street
> Hackensack, New Jersey 07601
> Telephone: (201) 853-3030
> Facsimile: (201) 584-0297
> E-mail: kbaum@kenbaumdebtsolutions.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceeding herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to this case; (4) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs or recoupments to which NSM82 LLC is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: Hackensack, New Jersey
        March 11, 2019

                                        LAW OFFICES OF KENNETH L. BAUM
                                        LLC
                                        Attorneys for NSM82 LLC


                                        By:_____*/s / Kenneth L. Baum*_____
                                                Kenneth L. Baum