**\*\*See Memorandum Endorsement on Following Page**

**DANIEL SCOTT ALTER**
Attorney-at-Law
360 Westchester Avenue #316
Port Chester, New York 10573
(914) 393-2388
dsa315@mac.com

March 15, 2019

Honorable James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    Penny Ann Bradley, Chapter 11, Case No. 18-10122(JLG)

Hon. Judge Garrity:

    This letter is written to update the Court of the status of the above-referenced Chapter 11 case.

    Although the Debtor continues to seek a resolution of her dispute with the Pollacks (who had filed the only objection lodged against the Debtor's Motion to Dismiss her bankruptcy case), the Debtor wishes to proceed with her Motion on March 26, 2019 and continue to work towards resolving her dispute with the Pollacks outside of the Bankruptcy Court forum.

    Additionally, it is requested that this letter be treated as a limited objection to the Application of Atlas Union Corp. for an Order pursuant to Bankruptcy Rule 2004, which was filed on March 14, 2019. The Debtor does not have any substantive objection to Atlas' Application, but respectfully requests that the Court make no determination with regard to Atlas' Application until the hearing date on the Motion to Dismiss.

    If the Court wishes, I will be pleased to submit any further status updates as such times as the Court may direct.

    Respectfully,
    /s/ Daniel S. Alter
    Daniel S. Alter, Counsel for the Debtor

cc: Richard Levy, Esq. (via email only)
    Nolan Shanahan, Esq. (via email only)
    Jacob Frumkin, Esq. (via email only)

**MEMORANDUM ENDORSED ORDER:**

Debtor's request to treat the above as a limited objection to Atlas's Rule 2004 Motion [ECF Nos. 79, 80] is DENIED without prejudice.

The Court will consider the Rule 2004 Motion on March 26, 2019.

Debtor's time to respond to the Rule 2004 Motion is extended from March 19, 2019 to March 20, 2019.

| | |
|---|---|
| Dated: New York, N.Y.<br>　　　March 19, 2019 | /s/ James L. Garrity, Jr.<br>　Hon. James L. Garrity, Jr.<br>　United States Bankruptcy Judge |