# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Date: **March 26, 2019**
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Penny Ann Bradley, | Case No. 18-10122-jlg |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | Daniel S. Alter, Attorney to Debtor |
| | Serene Nakano, Office of the United States Trustee |
| | Nolan E. Shanahan, Attorney to Atlas Union Corp. |
| | Kenneth L. Baum, Attorney to NSM82 LLC |
| | Richard Levy Jr, Attorney to Lydia I. Pollack, Russell H. Pollack |
| Proceedings: | Initial Case Conference (Docket No. 9) |
| | Motion to Dismiss Case (Docket No. 35) |
| Order: | The above matters are hereby adjourned to April 11, 2019, at 3:00 p.m. |
| | On or before April 10, 2019 at 4:00 p.m., Counsel to the Debtor shall file a status letter (the "**Status Letter**") with the Court. |

BY THE COURT:

March 28, 2019
New York, New York

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge