UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Penny Ann Bradley
       Debtor

Case No. 18-10122-jlg
Reporting Period: 18-Feb

Social Security # 4106
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
|    Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief

Signature of Debtor _____ /s/ Penny Bradley _____ Date 6\7\19

Signature of Joint Debtor _____ Date _____

In re Penny Ann Bradley
_____
Debtor

Case No. 18-10122-jlg
Reporting Period: 18-Feb

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 12,323 | 32,784 |
| RECEIPTS | | |
| Wages (Net) | | - |
| Interest and Dividend Income | | - |
| Alimony and Child Support | - | - |
| Social Security and Pension Income | | - |
| Sale of Assets | | - |
| Other Income *(attach schedule)* | - | 75,000 |
| Total Receipts | - | 75,000 |
| DISBURSEMENTS | | |
| ORDINARY ITEMS: | | |
| Mortgage Payment(s) | | - |
| Rental Payment(s) | | - |
| Other Secured Note Payments | | |
| Utilities | 2,063 | 2,063 |
| Insurance | - | - |
| Auto Expense | - | - |
| Lease Payments | | - |
| IRA Contributions | | - |
| Repairs and Maintenance | - | - |
| Medical Expenses | 1,425 | 4,597 |
| Food, Clothing, Hygiene | 1,290 | 4,427 |
| Charitable Contributions | - | 273 |
| Alimony and Child Support Payments | - | |
| Taxes - Real Estate | - | 43,172 |
| Taxes - Personal Property | | - |
| Taxes - Other *(attach schedule)* | | - |
| Travel and Entertainment | 8 | 43 |
| Gifts | - | 327 |
| Other *(attach schedule)* | 1,973 | 34,996 |
| Total Ordinary Disbursements | 6,759 | 89,897 |
| REORGANIZATION ITEMS: | | |
| Professional Fees | - | - |
| U. S. Trustee Fees | | - |
| Other Reorganization Expenses *(attach schedule)* | | - |
| Total Reorganization Items | - | - |
| Total Disbursements *(Ordinary + Reorganization)* | 6,759 | 89,897 |
| Net Cash Flow *(Total Receipts - Total Disbursements)* | (6,759) | (14,897) |
| Cash - End of Month *(Must equal reconciled bank statement)* | 5,564 | 17,888 |

In re Penny Ann Bradley
_____
Debtor

Case No. 18-10122-jlg
Reporting Period: 18-Feb

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Due to David Bradley | - | 75,000 |
| | | |
| Total | - | - |
| **Other Taxes** | | 75,000 |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Dues & Subscriptions | 769 | 797 |
| Advertising & Marketing | 33 | 33 |
| Interest Expense | - | 265 |
| Bank Fees | - | 76 |
| Office Supplies & Software | 27 | 55 |
| Postage & Delivery | - | 234 |
| Due from 46 E. 82nd St. | 900 | 13,345 |
| Due from Jack Bradley | 244 | (1,308) |
| Due to PBOR | - | 1,500 |
| Due to Bistro | - | 20,000 |
| | | |
| Total | 1,973 | 34,996 |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 6,758.87 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 6,758.87 |

In re Penny Ann Bradley
_____
    Debtor

Case No. 18-10122-jlg
Reporting Period:    18-Feb

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating #0165 | | | |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | |
| ████████████ | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE *** | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

_____
_____
_____
_____
_____



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

February 01, 2018 through February 28, 2018
Account Number: 000⬛⬛⬛⬛⬛⬛⬛⬛

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00029370 DRI 802 144 06018 NNNNNNNNNNN  1 000000000 69 0000
PENNY BRADLEY
40 E 78TH ST APT 11F
NEW YORK NY 10075-1830



## CHECKING SUMMARY

Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $12,323.66 |
| Deposits and Additions | 0.06 |
| Checks Paid | -900.00 |
| ATM & Debit Card Withdrawals | -1,091.15 |
| Electronic Withdrawals | -4,768.70 |
| **Ending Balance** | **$5,563.87** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.06 |
| Interest Paid Year-to-Date | $0.49 |

Interest paid in 2017 for account 000217017400165 was $6.33.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 3474  ^ | 02/01 | $900.00 |
| **Total Checks Paid** | | **$900.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.
^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $12,323.66 |
| 02/01 | Check          # 3474 | -900.00 | 11,423.66 |
| 02/01 | Soho House New Y Membership 0001567225      Web ID: 2134195862 | -707.69 | 10,715.97 |
| 02/02 | Card Purchase          01/31 Mccabes 212-737-0790 NY Card 8445 | -71.28 | 10,644.69 |
| 02/05 | Card Purchase          02/02 Seamlsstridimshanghai Seamless.Com NY Card 8445 | -38.32 | 10,606.37 |
| 02/05 | Paypal          Inst Xfer  Linkedin      Web ID: Paypalsi77 | -32.65 | 10,573.72 |
| 02/05 | Recurring Card Purchase 02/03 Experian      *Creditrep 877-2847942 CA Card 8445 | -27.21 | 10,546.51 |

CHASE PRIVATE CLIENT

February 01, 2018 through February 28, 2018

Account Number: 00█████████████

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 02/06 | Google          Payment    US0013Rfrq    Web ID: F770493581 | -0.22 | 10,546.29 |
| 02/07 | Card Purchase          02/05 Mccabes 212-737-0790 NY Card 8445 | -71.28 | 10,475.01 |
| 02/08 | Card Purchase          02/07 Seamlssalexcafedeli Seamless.Com NY Card 8445 | -10.14 | 10,464.87 |
| 02/08 | Paypal        Inst Xfer  Wsj Barron    Web ID: Paypalsi77 | -32.99 | 10,431.88 |
| 02/09 | Card Purchase          02/08 Seamlsstridimshanghai Seamless.Com NY | -51.50 | 10,380.38 |
| 02/09 | Att          Payment    872914003Col1L  Web ID: 9864031005 | -1,484.14 | 8,896.24 |
| 02/12 | Card Purchase          02/09 Seamlsseastsidegrocer Seamless.Com NY Card 8445 | -25.06 | 8,871.18 |
| 02/12 | Card Purchase          02/10 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8445 | -39.99 | 8,831.19 |
| 02/12 | Card Purchase          02/11 Seamlsslenoxhillgrill Seamless.Com NY Card 8445 | -37.61 | 8,793.58 |
| 02/12 | Fresh Direct    Food    8696836    Web ID: 0000080782 | -78.59 | 8,714.99 |
| 02/12 | Fresh Direct    Wine    8696349    Web ID: 0000080782 | -65.28 | 8,649.71 |
| 02/12 | Paypal        Inst Xfer  Networksolu    Web ID: Paypalsi77 | -34.95 | 8,614.76 |
| 02/12 | Paypal        Inst Xfer  Networksolu    Web ID: Paypalsi77 | -9.99 | 8,604.77 |
| 02/12 | Paypal        Inst Xfer  Itunesappst    Web ID: Paypalsi77 | -9.99 | 8,594.78 |
| 02/13 | Card Purchase          02/12 Seamlsseastsidegrocer Seamless.Com NY Card 8445 | -25.06 | 8,569.72 |
| 02/14 | Paypal        Inst Xfer  Networksolu    Web ID: Paypalsi77 | -99.90 | 8,469.82 |
| 02/14 | Paypal        Inst Xfer  Itunesappst    Web ID: Paypalsi77 | -9.99 | 8,459.83 |
| 02/15 | Card Purchase          02/14 Seamlsseastsidegrocer Seamless.Com NY Card 8445 | -25.06 | 8,434.77 |
| 02/15 | Card Purchase          02/14 World of Wines 212-988-9463 NY Card 8445 | -71.28 | 8,363.49 |
| 02/16 | Card Purchase          02/16 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8445 | -21.76 | 8,341.73 |
| 02/20 | Card Purchase          02/18 World of Wines 212-988-9463 NY Card 8445 | -71.28 | 8,270.45 |
| 02/20 | Card Purchase          02/18 Seamlsseastsidegrocer Seamless.Com NY Card 8445 | -25.06 | 8,245.39 |
| 02/20 | Card Purchase          02/19 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8445 | -14.13 | 8,231.26 |
| 02/20 | Card Purchase          02/19 Amazon.Com Amzn.Com/Bill WA Card 8445 | -44.62 | 8,186.64 |
| 02/20 | Card Purchase          02/20 Amazon.Com Amzn.Com/Bill WA Card 8445 | -87.09 | 8,099.55 |
| 02/20 | Choice Billing S ACH Debit  5033124442    Web ID: 9200502236 | -1,425.00 | 6,674.55 |
| 02/20 | Fresh Direct    Food    8321783    Web ID: 0000080782 | -45.00 | 6,629.55 |
| 02/21 | Card Purchase          02/20 Amazon.Com Amzn.Com/Bill WA Card 8445 | -15.23 | 6,614.32 |
| 02/21 | Card Purchase          02/20 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8445 | -53.99 | 6,560.33 |
| 02/22 | Card Purchase          02/20 Mccabes 212-737-0790 NY Card 8445 | -71.28 | 6,489.05 |
| 02/23 | Card Purchase          02/21 Taxi Svc 41-25 36th S Long Is City NY Card 8445 | -7.56 | 6,481.49 |
| 02/23 | 02/23 Online Transfer To Chk ...3233 Transaction#: 6927983292 | -50.00 | 6,431.49 |
| 02/23 | Con Ed of NY    Intell Ck      PPD ID: 2462467002 | -579.03 | 5,852.46 |
| 02/23 | Paypal        Inst Xfer  Weightwatch    Web ID: Paypalsi77 | -44.95 | 5,807.51 |
| 02/23 | Paypal        Inst Xfer  Adobesystem    Web ID: Paypalsi77 | -27.21 | 5,780.30 |
| 02/23 | Paypal        Inst Xfer  Domainnames    Web ID: Paypalsi77 | -16.99 | 5,763.31 |
| 02/23 | Paypal        Inst Xfer  Itunesappst    Web ID: Paypalsi77 | -14.14 | 5,749.17 |
| 02/26 | Card Purchase          02/23 Seamlsstridimshanghai Seamless.Com NY Card 8445 | -16.76 | 5,732.41 |
| 02/26 | Card Purchase          02/24 Mccabes 212-737-0790 NY Card 8445 | -106.92 | 5,625.49 |

CHASE PRIVATE CLIENT

February 01, 2018 through February 28, 2018

Account Number:     000█████████6

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 02/27 | Card Purchase       02/26 SeamIssamber80St Seamless.Com NY Card | | -42.52 | 5,582.97 |
| | 8445 | | | |
| 02/28 | Card Purchase       02/27 SeamIssamazechinesean Seamless.Com NY | | -19.16 | 5,563.81 |
| | Card 8445 | | | |
| 02/28 | Interest Payment | | 0.06 | 5,563.87 |
| | **Ending Balance** | | | **$5,563.87** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared.  Be prepared to give us the following information:
    •    Your name and account number
    •    The dollar amount of the suspected error
    •    A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A.  Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC

## IMAGES

ACCOUNT # 000█████████6

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please
enroll now.



009670591213 FEB 01 #0000003474 $900.00

CHASE PRIVATE CLIENT

February 01, 2018 through February 28, 2018
Account Number:     000█████████████

This Page Intentionally Left Blank

In re Penny Ann Bradley
Debtor

Case No. 18-10122-jlg
Reporting Period: 18-Feb

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  | See Attached Transaction Details |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Total Cash Disbursements |  | 6,759 |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | Total Bank Account Disbursements |  |  |  |

| Total Disbursements for the Month | 6,759 |
|-----------------------------------|-------|

## Penny Bradley

### TRANSACTION DETAIL BY ACCOUNT

February 2018

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **CHASE 0165** | | | | | | | | |
| 02/01/2018 | Expense | | No | | Railings | Due from 46 E. 82nd. St. | -900.00 | -900.00 |
| 02/01/2018 | Expense | | No | | | Dues and Subs | -707.69 | -1,607.69 |
| 02/02/2018 | Expense | | No | | MCCABES 212-737-0790 NY 01/31 | Meals & Entertainment & Hygiene | -71.28 | -1,678.97 |
| 02/05/2018 | Expense | | No | | | Dues and Subs | -27.21 | -1,706.18 |
| 02/05/2018 | Expense | | No | | | Advertising & Marketing | -32.65 | -1,738.83 |
| 02/05/2018 | Expense | | No | | SEAMLSSTRIDIMSHANGHAI SEAMLESS.COM NY   02/02 | Meals & Entertainment & Hygiene | -38.32 | -1,777.15 |
| 02/06/2018 | Expense | | No | | | Office Supplies & Software | -0.22 | -1,777.37 |
| 02/07/2018 | Expense | | No | | MCCABES 212-737-0790 NY 02/05 | Meals & Entertainment & Hygiene | -71.28 | -1,848.65 |
| 02/08/2018 | Expense | | No | | | Due from Jack Bradley | -32.99 | -1,881.64 |
| 02/08/2018 | Expense | | No | | SEAMLSSALEXCAFEDELI SEAMLESS.COM NY   02/07 | Meals & Entertainment & Hygiene | -10.14 | -1,891.78 |
| 02/09/2018 | Expense | | No | | ATT      Payment 872914003COL1L  WEB ID: 9864031005 | Utilities | -1,484.14 | -3,375.92 |
| 02/09/2018 | Expense | | No | | SEAMLSSTRIDIMSHANGHAI SEAMLESS.COM NY   02/08 | Meals & Entertainment & Hygiene | -51.50 | -3,427.42 |
| 02/12/2018 | Expense | | No | | FRESH DIRECT    WINE 8696349      WEB ID: 0000080782 | Meals & Entertainment & Hygiene | -65.28 | -3,492.70 |
| 02/12/2018 | Expense | | No | | FRESH DIRECT    FOOD 8696836      WEB ID: 0000080782 | Meals & Entertainment & Hygiene | -78.59 | -3,571.29 |
| 02/12/2018 | Expense | | No | | SEAMLSSEASTSIDEGROCER SEAMLESS.COM NY   02/09 | Meals & Entertainment & Hygiene | -25.06 | -3,596.35 |
| 02/12/2018 | Expense | | No | | | Due from Jack Bradley | -9.99 | -3,606.34 |
| 02/12/2018 | Expense | | No | | | Due from Jack Bradley | -34.95 | -3,641.29 |
| 02/12/2018 | Expense | | No | | | Dues and Subs | -9.99 | -3,651.28 |
| 02/12/2018 | Expense | | No | | | Household Goods | -39.99 | -3,691.27 |
| 02/12/2018 | Expense | | No | | SEAMLSSLENOXHILLGRILL SEAMLESS.COM NY   02/11 | Meals & Entertainment & Hygiene | -37.61 | -3,728.88 |
| 02/13/2018 | Expense | | No | | SEAMLSSEASTSIDEGROCER SEAMLESS.COM NY   02/12 | Meals & Entertainment & Hygiene | -25.06 | -3,753.94 |
| 02/14/2018 | Expense | | No | | | Dues and Subs | -9.99 | -3,763.93 |
| 02/14/2018 | Expense | | No | | | Due from Jack Bradley | -99.90 | -3,863.83 |
| 02/15/2018 | Expense | | No | | WORLD OF WINES 212-988-9463 NY    02/14 | Meals & Entertainment & Hygiene | -71.28 | -3,935.11 |
| 02/15/2018 | Expense | | No | | SEAMLSSEASTSIDEGROCER SEAMLESS.COM NY   02/14 | Meals & Entertainment & Hygiene | -25.06 | -3,960.17 |
| 02/16/2018 | Expense | | No | | | Household Goods | -21.76 | -3,981.93 |
| 02/20/2018 | Expense | | No | | | Household Goods | -87.09 | -4,069.02 |
| 02/20/2018 | Expense | | No | | | Household Goods | -14.13 | -4,083.15 |
| 02/20/2018 | Expense | | No | | | Health | -1,425.00 | -5,508.15 |
| 02/20/2018 | Expense | | No | | | Household Goods | -44.62 | -5,552.77 |
| 02/20/2018 | Expense | | No | | WORLD OF WINES 212-988-9463 NY    02/18 | Meals & Entertainment & Hygiene | -71.28 | -5,624.05 |
| 02/20/2018 | Expense | | No | | SEAMLSSEASTSIDEGROCER SEAMLESS.COM NY   02/18 | Meals & Entertainment & Hygiene | -25.06 | -5,649.11 |
| 02/20/2018 | Expense | | No | | FRESH DIRECT    FOOD 8321783      WEB ID: 0000080782 | Meals & Entertainment & Hygiene | -45.00 | -5,694.11 |
| 02/21/2018 | Expense | | No | | | Household Goods | -15.23 | -5,709.34 |

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 02/21/2018 | Expense | | No | | Household Goods | -53.99 | -5,763.33 |
| 02/22/2018 | Expense | | No | MCCABES 212-737-0790 NY 02/20 | Meals & Entertainment & Hygiene | -71.28 | -5,834.61 |
| 02/23/2018 | Expense | | No | PAYPAL    INST XFER WEIGHTWATCH   WEB ID: PAYPALSI77 | Meals & Entertainment & Hygiene | -44.95 | -5,879.56 |
| 02/23/2018 | Expense | | No | | Office Supplies & Software | -27.21 | -5,906.77 |
| 02/23/2018 | Expense | | No | TAXI SVC 41-25 36TH S LONG IS CITY NY    02/21 | Travel | -7.56 | -5,914.33 |
| 02/23/2018 | Expense | | No | CON ED OF NY   INTELL CK PPD ID: 2462467002 | Utilities | -579.03 | -6,493.36 |
| 02/23/2018 | Expense | | No | | Dues and Subs | -14.14 | -6,507.50 |
| 02/23/2018 | Expense | | No | | Due from Jack Bradley | -16.99 | -6,524.49 |
| 02/23/2018 | Expense | | No | | Due from Jack Bradley | -50.00 | -6,574.49 |
| 02/26/2018 | Expense | | No | SEAMLSSTRIDIMSHANGHAI SEAMLESS.COM NY    02/23 | Meals & Entertainment & Hygiene | -16.76 | -6,591.25 |
| 02/26/2018 | Expense | | No | MCCABES 212-737-0790 NY 02/24 | Meals & Entertainment & Hygiene | -106.92 | -6,698.17 |
| 02/27/2018 | Expense | | No | SEAMLSSAMBER80ST SEAMLESS.COM NY    02/26 | Meals & Entertainment & Hygiene | -42.52 | -6,740.69 |
| 02/28/2018 | Expense | | No | SEAMLSSAMAZECHINESEAN SEAMLESS.COM NY    02/27 | Meals & Entertainment & Hygiene | -19.16 | -6,759.85 |
| 02/28/2018 | Deposit | | No | | Interest Paid | 0.06 | -6,759.79 |
| **Total for CHASE 0165** | | | | | | | **$ -6,759.79** |
| **Due from 46 E. 82nd. St.** | | | | | | | |
| 02/01/2018 | Expense | | No | Railings | CHASE 0165 | 900.00 | 900.00 |
| 02/12/2018 | Journal Entry | 13 | No | Elevator Repair | -Split- | 455.00 | 1,355.00 |
| 02/12/2018 | Journal Entry | 13 | No | Due & subs | -Split- | 111.95 | 1,466.95 |
| **Total for Due from 46 E. 82nd. St.** | | | | | | | **$1,466.95** |
| **Due from 52 E. 64th St.** | | | | | | | |
| 02/12/2018 | Journal Entry | 13 | No | Elevator repair | -Split- | 455.00 | 455.00 |
| **Total for Due from 52 E. 64th St.** | | | | | | | **$455.00** |
| **Due from 530 EPA** | | | | | | | |
| 02/12/2018 | Journal Entry | 13 | No | Utilities | -Split- | 35.00 | 35.00 |
| **Total for Due from 530 EPA** | | | | | | | **$35.00** |
| **Due from Jack Bradley** | | | | | | | |
| 02/08/2018 | Expense | | No | PAYPAL    INST XFER WSJ BARRON    WEB ID: PAYPALSI77 | CHASE 0165 | 32.99 | 32.99 |
| 02/12/2018 | Expense | | No | PAYPAL    INST XFER NETWORKSOLU   WEB ID: PAYPALSI77 | CHASE 0165 | 34.95 | 67.94 |
| 02/12/2018 | Expense | | No | PAYPAL    INST XFER NETWORKSOLU   WEB ID: PAYPALSI77 | CHASE 0165 | 9.99 | 77.93 |
| 02/12/2018 | Journal Entry | 13 | No | | -Split- | 1,140.21 | 1,218.14 |
| 02/14/2018 | Expense | | No | PAYPAL    INST XFER NETWORKSOLU   WEB ID: PAYPALSI77 | CHASE 0165 | 99.90 | 1,318.04 |
| 02/23/2018 | Expense | | No | Online Transfer to CHK ...3233 transaction# 6927983292 02/23 | CHASE 0165 | 50.00 | 1,368.04 |
| 02/23/2018 | Expense | | No | PAYPAL    INST XFER DOMAINNAMES   WEB ID: PAYPALSI77 | CHASE 0165 | 16.99 | 1,385.03 |
| 02/28/2018 | Journal Entry | 1 | No | | -Split- | 862.88 | 2,247.91 |
| **Total for Due from Jack Bradley** | | | | | | | **$2,247.91** |
| **Due to Bistro** | | | | | | | |
| 02/12/2018 | Journal Entry | 13 | No | Legal fees | -Split- | 26,017.07 | 26,017.07 |
| **Total for Due to Bistro** | | | | | | | **$26,017.07** |
| **Due to Amex 2** | | | | | | | |

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 02/12/2018 | Journal Entry | 13 | No | | Utilities | -Split- | 49,322.55 | 49,322.55 |
| Total for Due to Amex 2 | | | | | | | $49,322.55 | |
| Due to PBOR | | | | | | | | |
| 02/28/2018 | Journal Entry | 1 | No | | | -Split- | 12,573.75 | 12,573.75 |
| Total for Due to PBOR | | | | | | | $12,573.75 | |
| Advertising & Marketing | | | | | | | | |
| 02/05/2018 | Expense | | No | | PAYPAL        INST XFER LINKEDIN      WEB ID: PAYPALSI77 | CHASE 0165 | 32.65 | 32.65 |
| Total for Advertising & Marketing | | | | | | | $32.65 | |
| ATM Withdrawals | | | | | | | | |
| 02/28/2018 | Journal Entry | 1 | No | | | -Split- | 3,300.00 | 3,300.00 |
| Total for ATM Withdrawals | | | | | | | $3,300.00 | |
| Bank Charges & Fees | | | | | | | | |
| 02/28/2018 | Journal Entry | 1 | No | | | -Split- | 1.67 | 1.67 |
| Total for Bank Charges & Fees | | | | | | | $1.67 | |
| Donation | | | | | | | | |
| 02/12/2018 | Journal Entry | 13 | No | | | -Split- | 2,642.78 | 2,642.78 |
| Total for Donation | | | | | | | $2,642.78 | |
| Dues and Subs | | | | | | | | |
| 02/01/2018 | Expense | | No | | SOHO HOUSE NEW Y MEMBERSHIP 0001567225 WEB ID: 2134195862 | CHASE 0165 | 707.69 | 707.69 |
| 02/05/2018 | Expense | | No | | Experian   *CreditRep 877-2847942 CA     02/03 | CHASE 0165 | 27.21 | 734.90 |
| 02/12/2018 | Expense | | No | | PAYPAL        INST XFER ITUNESAPPST    WEB ID: PAYPALSI77 | CHASE 0165 | 9.99 | 744.89 |
| 02/14/2018 | Expense | | No | | PAYPAL        INST XFER ITUNESAPPST    WEB ID: PAYPALSI77 | CHASE 0165 | 9.99 | 754.88 |
| 02/23/2018 | Expense | | No | | PAYPAL        INST XFER ITUNESAPPST    WEB ID: PAYPALSI77 | CHASE 0165 | 14.14 | 769.02 |
| Total for Dues and Subs | | | | | | | $769.02 | |
| Gifts | | | | | | | | |
| 02/12/2018 | Journal Entry | 13 | No | | | -Split- | 99.02 | 99.02 |
| 02/28/2018 | Journal Entry | 1 | No | | | -Split- | 31.52 | 130.54 |
| Total for Gifts | | | | | | | $130.54 | |
| Health | | | | | | | | |
| 02/12/2018 | Journal Entry | 13 | No | | | -Split- | 42.39 | 42.39 |
| 02/20/2018 | Expense | | No | | CHOICE BILLING S ACH Debit 5033124442    WEB ID: 9200502236 | CHASE 0165 | 1,425.00 | 1,467.39 |
| 02/28/2018 | Journal Entry | 1 | No | | | -Split- | 50.00 | 1,517.39 |
| Total for Health | | | | | | | $1,517.39 | |
| Household Goods | | | | | | | | |
| 02/12/2018 | Journal Entry | 13 | No | | | -Split- | 550.21 | 550.21 |
| 02/12/2018 | Expense | | No | | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA    02/10 | CHASE 0165 | 39.99 | 590.20 |
| 02/16/2018 | Expense | | No | | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA    02/16 | CHASE 0165 | 21.76 | 611.96 |
| 02/20/2018 | Expense | | No | | Amazon.com AMZN.COM/BILL WA 02/20 | CHASE 0165 | 87.09 | 699.05 |
| 02/20/2018 | Expense | | No | | Amazon.com AMZN.COM/BILL WA 02/19 | CHASE 0165 | 44.62 | 743.67 |
| 02/20/2018 | Expense | | No | | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA    02/19 | CHASE 0165 | 14.13 | 757.80 |
| 02/21/2018 | Expense | | No | | AMAZON MKTPLACE PMTS | CHASE 0165 | 53.99 | 811.79 |

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 02/21/2018 | Expense | | No | | AMZN.COM/BILL WA    02/20 Amazon.com AMZN.COM/BILL WA 02/20 | CHASE 0165 | 15.23 | 827.02 |
| **Total for Household Goods** | | | | | | | **$827.02** | |
| Interest Paid | | | | | | | | |
| 02/28/2018 | Journal Entry | 1 | No | | | -Split- | 656.00 | 656.00 |
| 02/28/2018 | Deposit | | No | | INTEREST PAYMENT | CHASE 0165 | -0.06 | 655.94 |
| **Total for Interest Paid** | | | | | | | **$655.94** | |
| Legal & Professional Services | | | | | | | | |
| 02/28/2018 | Journal Entry | 1 | No | | | -Split- | 5,000.00 | 5,000.00 |
| **Total for Legal & Professional Services** | | | | | | | **$5,000.00** | |
| Meals & Entertainment & Hygiene | | | | | | | | |
| 02/02/2018 | Expense | | No | | MCCABES 212-737-0790 NY 01/31 | CHASE 0165 | 71.28 | 71.28 |
| 02/05/2018 | Expense | | No | | SEAMLSSTRIDIMSHANGHAI SEAMLESS.COM NY    02/02 | CHASE 0165 | 38.32 | 109.60 |
| 02/07/2018 | Expense | | No | | MCCABES 212-737-0790 NY 02/05 | CHASE 0165 | 71.28 | 180.88 |
| 02/08/2018 | Expense | | No | | SEAMLSSALEXCAFEDELI SEAMLESS.COM NY    02/07 | CHASE 0165 | 10.14 | 191.02 |
| 02/09/2018 | Expense | | No | | SEAMLSSTRIDIMSHANGHAI SEAMLESS.COM NY    02/08 | CHASE 0165 | 51.50 | 242.52 |
| 02/12/2018 | Expense | | No | | SEAMLSSLENOXHILLGRILL SEAMLESS.COM NY    02/11 | CHASE 0165 | 37.61 | 280.13 |
| 02/12/2018 | Expense | | No | | FRESH DIRECT    FOOD 8696836    WEB ID: 0000080782 | CHASE 0165 | 78.59 | 358.72 |
| 02/12/2018 | Expense | | No | | FRESH DIRECT    WINE 8696349    WEB ID: 0000080782 | CHASE 0165 | 65.28 | 424.00 |
| 02/12/2018 | Journal Entry | 13 | No | | | -Split- | 1,547.26 | 1,971.26 |
| 02/12/2018 | Expense | | No | | SEAMLSSEASTSIDEGROCER SEAMLESS.COM NY    02/09 | CHASE 0165 | 25.06 | 1,996.32 |
| 02/13/2018 | Expense | | No | | SEAMLSSEASTSIDEGROCER SEAMLESS.COM NY    02/12 | CHASE 0165 | 25.06 | 2,021.38 |
| 02/15/2018 | Expense | | No | | WORLD OF WINES 212-988-9463 NY    02/14 | CHASE 0165 | 71.28 | 2,092.66 |
| 02/15/2018 | Expense | | No | | SEAMLSSEASTSIDEGROCER SEAMLESS.COM NY    02/14 | CHASE 0165 | 25.06 | 2,117.72 |
| 02/20/2018 | Expense | | No | | FRESH DIRECT    FOOD 8321783    WEB ID: 0000080782 | CHASE 0165 | 45.00 | 2,162.72 |
| 02/20/2018 | Expense | | No | | SEAMLSSEASTSIDEGROCER SEAMLESS.COM NY    02/18 | CHASE 0165 | 25.06 | 2,187.78 |
| 02/20/2018 | Expense | | No | | WORLD OF WINES 212-988-9463 NY    02/18 | CHASE 0165 | 71.28 | 2,259.06 |
| 02/22/2018 | Expense | | No | | MCCABES 212-737-0790 NY 02/20 | CHASE 0165 | 71.28 | 2,330.34 |
| 02/23/2018 | Expense | | No | | PAYPAL    INST XFER WEIGHTWATCH    WEB ID: PAYPALSI77 | CHASE 0165 | 44.95 | 2,375.29 |
| 02/26/2018 | Expense | | No | | MCCABES 212-737-0790 NY 02/24 | CHASE 0165 | 106.92 | 2,482.21 |
| 02/26/2018 | Expense | | No | | SEAMLSSTRIDIMSHANGHAI SEAMLESS.COM NY    02/23 | CHASE 0165 | 16.76 | 2,498.97 |
| 02/27/2018 | Expense | | No | | SEAMLSSAMBER80ST SEAMLESS.COM NY    02/26 | CHASE 0165 | 42.52 | 2,541.49 |
| 02/28/2018 | Expense | | No | | SEAMLSSAMAZECHINESEAN SEAMLESS.COM NY    02/27 | CHASE 0165 | 19.16 | 2,560.65 |
| 02/28/2018 | Journal Entry | 1 | No | | | -Split- | 1,465.55 | 4,026.20 |
| **Total for Meals & Entertainment & Hygiene** | | | | | | | **$4,026.20** | 4,026.20 |

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Office Supplies & Software** | | | | | | | | |
| 02/06/2018 | Expense | | No | | GOOGLE        PAYMENT US0013RFRQ    WEB ID: F770493581 | CHASE 0165 | 0.22 | 0.22 |
| 02/23/2018 | Expense | | No | | PAYPAL        INST XFER ADOBESYSTEM    WEB ID: PAYPALSI77 | CHASE 0165 | 27.21 | 27.43 |
| **Total for Office Supplies & Software** | | | | | | | $27.43 | |
| **Penalties & Fines** | | | | | | | | |
| 02/12/2018 | Journal Entry | 13 | No | | | -Split- | 2,722.61 | 2,722.61 |
| **Total for Penalties & Fines** | | | | | | | $2,722.61 | |
| **Postage & Delivery** | | | | | | | | |
| 02/28/2018 | Journal Entry | 1 | No | | | -Split- | 17.46 | 17.46 |
| **Total for Postage & Delivery** | | | | | | | $17.46 | |
| **Rent & Lease** | | | | | | | | |
| 02/12/2018 | Journal Entry | 13 | No | | | -Split- | 8,480.00 | 8,480.00 |
| **Total for Rent & Lease** | | | | | | | $8,480.00 | |
| **Repairs & Maintenance** | | | | | | | | |
| 02/28/2018 | Journal Entry | 1 | No | | | -Split- | 198.22 | 198.22 |
| **Total for Repairs & Maintenance** | | | | | | | $198.22 | |
| **Travel** | | | | | | | | |
| 02/12/2018 | Journal Entry | 13 | No | | | -Split- | 3,846.47 | 3,846.47 |
| 02/12/2018 | Journal Entry | 13 | No | | | -Split- | 35.40 | 3,881.87 |
| 02/23/2018 | Expense | | No | | TAXI SVC 41-25 36TH S LONG IS CITY NY      02/21 | CHASE 0165 | 7.56 | 3,889.43 |
| 02/28/2018 | Journal Entry | 1 | No | | | -Split- | 584.02 | 4,473.45 |
| **Total for Travel** | | | | | | | $4,473.45 | |
| **Utilities** | | | | | | | | |
| 02/09/2018 | Expense | | No | | ATT        Payment 872914003COL1L  WEB ID: 9864031005 | CHASE 0165 | 1,484.14 | 1,484.14 |
| 02/12/2018 | Journal Entry | 13 | No | | | -Split- | 1,142.18 | 2,626.32 |
| 02/23/2018 | Expense | | No | | CON ED OF NY    INTELL CK PPD ID: 2462467002 | CHASE 0165 | 579.03 | 3,205.35 |
| 02/28/2018 | Journal Entry | 1 | No | | | -Split- | 406.43 | 3,611.78 |
| **Total for Utilities** | | | | | | | $3,611.78 | |

In re Penny Ann Bradley
_____
        Debtor

Case No. 18-10122-jlg
Reporting Period:                 18-Feb

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | 2,115,000 | 2,115,000 |
| *TOTAL REAL PROPERTY ASSETS* | 2,115,000 | 2,115,000 |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | 1,000 | 1,000 |
| Bank Accounts | 5,564 | 10,000 |
| Security Deposits | | |
| Household Goods & Furnishings | 10,000 | 10,000 |
| Books, Pictures, Art | | |
| Wearing Apparel | 1,000 | 1,000 |
| Furs and Jewelry | 7,000 | 7,000 |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | 249,900 | 249,900 |
| Partnerships & Joint Ventures | 2,000,000 | 2,000,000 |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | 2,274,464 | 2,278,900 |
| *TOTAL ASSETS* | 4,389,464 | 4,393,900 |

In re Penny Ann Bradley                                           Case No. 18-10122-jlg
         Debtor                                         Reporting Period: _____ 18-Feb

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |

**LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)**

| | | |
|---|---|---|
| Secured Debt | 1,625,000 | 1,625,000 |
| Priority Debt | 10,000.00 | 10,000.00 |
| Unsecured Debt | 419,000 | 419,000 |
| *TOTAL PRE-PETITION LIABILITIES* | 2,054,000 | 2,054,000 |

| | | |
|---|---|---|
| *TOTAL LIABILITIES* | 2,054,000 | 2,054,000 |

In re Penny Ann Bradley
Debtor

Case No. 18-10122-jlg
Reporting Period:  18-Feb

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Post-petition Debts | N/A | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

FORM MOR-4 (INDV)
2/2008
PAGE 8 OF 10

In re Penny Ann Bradley _____

Debtor

Case No. 18-10122-jlg

Reporting Period: _____ 18-Feb _____

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re Penny Ann Bradley                                   Case No. 18-10122-jlg
          Debtor                                         Reporting Peri    18-Feb

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | X | |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | X | |
| 6 | Are any post petition State or Federal income taxes past due? | X | |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | X | |
| 11 | Have any post petition loans been received by the Debtor from any party? | X | |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

In re Penny Ann Bradley                                    Case No. 18-10122-jlg
     Debtor                                      Reporting Period:                    Feb-18

### ACCOUNTANT'S FOOTNOTES

THE ACCOMPANYING FINANCIAL STATEMENTS FOR PENNY ANN BRADLEY AND
PBOR ARE NOT FINAL AND ARE SUBJECT TO CHANGE AS THE AFFILIATED
ENTITIES, UNDER CONTROL OF THE DEBTOR, ARE STILL IN THE PROCESS OF
BEING RECONCILED.

# Penny Bradley

## PROFIT AND LOSS
### February 2018

|  | TOTAL |
|---|---|
| Income |  |
| **Total Income** |  |
| GROSS PROFIT | **$0.00** |
| Expenses |  |
| Advertising & Marketing | 32.65 |
| ATM Withdrawals | 3,300.00 |
| Bank Charges & Fees | 1.67 |
| Donation | 2,642.78 |
| Dues and Subs | 769.02 |
| Gifts | 130.54 |
| Health | 1,517.39 |
| Household Goods | 827.02 |
| Interest Paid | 655.94 |
| Legal & Professional Services | 5,000.00 |
| Meals & Entertainment & Hygiene | 4,026.20 |
| Office Supplies & Software | 27.43 |
| Penalties & Fines | 2,722.61 |
| Postage & Delivery | 17.46 |
| Rent & Lease | 8,480.00 |
| Repairs & Maintenance | 198.22 |
| Travel | 4,473.45 |
| Utilities | 3,611.78 |
| **Total Expenses** | **$38,434.16** |
| NET OPERATING INCOME | **$ -38,434.16** |
| NET INCOME | **$ -38,434.16** |

# Penny Bradley

## BALANCE SHEET

As of February 28, 2018

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| CHASE 0165 | 5,563.87 |
| **Total Bank Accounts** | **$5,563.87** |
| Other Current Assets | |
| Due from 46 E. 82nd. St. | |
| Due from 52 E. 64th St. | 57,083.46 |
| Due from 530 EPA | 455.00 |
| Due from Jack Bradley | 35.00 |
| Due to Bistro | 885.89 |
| **Total Other Current Assets** | 46,017.07 |
| **Total Current Assets** | **$104,476.42** |
| **TOTAL ASSETS** | **$110,040.29** |
| | **$110,040.29** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due to Amex 2 | |
| Due to David Bradley | 49,322.55 |
| Due to PBOR | 75,000.00 |
| **Total Other Current Liabilities** | 11,297.68 |
| **Total Current Liabilities** | **$135,620.23** |
| **Total Liabilities** | **$135,620.23** |
| | **$135,620.23** |
| Equity | |
| Penny B. Transfers | |
| Retained Earnings | 20,461.23 |
| Net Income | -139,937.62 |
| **Total Equity** | 93,896.45 |
| **TOTAL LIABILITIES AND EQUITY** | **$ -25,579.94** |
| | **$110,040.29** |


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

February 01, 2018 through February 28, 2018
Account Number:    000█████████



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00004061 DRE 802 142 06218 NNNNNNNNNNN T 1 000000000 D8 0000

PBOR LLC
40 E 78TH ST APT 11F
NEW YORK NY 10075-1830

**We clarified when we charge the Returned Item fee for Overdraft in our Additional Banking Services and Fees disclosure**

- We **won't charge** a Returned Item fee for Overdraft for any item that is $5 or less, even if your account balance at the end of the business day is overdrawn
- We **will charge** a Returned Item fee for Overdraft for any item that is more than $5, even if your account balance at the end of the business day is overdrawn

You can see these updates in the Additional Banking Services and Fees by signing in to chase.com. You can also call us or visit a branch with any questions.

## CHECKING SUMMARY | Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $92,295.25 |
| Deposits and Additions | 2 | 984.40 |
| Checks Paid | 12 | -9,551.32 |
| ATM & Debit Card Withdrawals | 67 | -8,534.10 |
| Electronic Withdrawals | 12 | -26,273.38 |
| Fees | 2 | -61.50 |
| Ending Balance | 95 | $48,859.35 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/12 | Card Purchase Return    02/09 Chb*Chubb Insurance-P 800-682-4822 NJ Card 2287 | | $509.81 |
| 02/12 | Remote Online Deposit | 1 | 474.59 |
| **Total Deposits and Additions** | | | **$984.40** |

Page 1 of 6

## CHASE ⬡

February 01, 2018 through February 28, 2018
Account Number:    000████████████

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1303  ^ | | 02/27 | $1,000.00 |
| 1304  ^ | | 02/07 | 5,000.00 |
| 1383 * ^ | | 02/01 | 453.48 |
| 1384  ^ | | 02/02 | 171.50 |
| 1387 * ^ | | 02/05 | 89.00 |
| 1389 * ^ | | 02/02 | 406.43 |
| 1390  ^ | | 02/06 | 1,120.00 |
| 1392 * ^ | | 02/05 | 530.00 |
| 1393 | Check # 1393    American Express Arc Pymt    Arc ID: 1199148000 | 02/16 | 156.00 |
| 1394  ^ | | 02/15 | 209.49 |
| 1397 * | Check # 1397    Verizon Financia Payments    Arc ID: 8179515401 | 02/14 | 35.42 |
| 1400 * ^ | | 02/21 | 380.00 |
| **Total Checks Paid** | | | **$9,551.32** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/01 | Card Purchase | 01/31 Janovic Paint Decoratin New York NY Card 2287 | $84.63 |
| 02/01 | Card Purchase | 01/31 Island Lock And Securit New York NY Card 2287 | 11.74 |
| 02/01 | Card Purchase | 01/31 Food Passion New York NY Card 2287 | 4.75 |
| 02/01 | ATM Withdrawal | 02/01 1025 Madison Ave New York NY Card 2287 | 800.00 |
| 02/02 | Card Purchase | 02/01 Janovic Paint Decoratin New York NY Card 2287 | 13.02 |
| 02/05 | Card Purchase | 02/02 Nyctaxi8E82 Flushing NY Card 2287 | 9.30 |
| 02/05 | Card Purchase | 02/02 Nectar New York NY Card 2287 | 50.70 |
| 02/05 | Card Purchase | 02/02 Taxi Svc New York New York NY Card 2287 | 14.16 |
| 02/05 | Card Purchase | 02/03 Uber   *Trip 3Qlox 800-592-8996 CA Card 2287 | 16.00 |
| 02/05 | Card Purchase | 02/03 Taxi Svc Long Island Long Is City NY Card 2287 | 17.80 |
| 02/05 | Card Purchase | 02/03 Nectar New York NY Card 2287 | 102.60 |
| 02/05 | Card Purchase | 02/03 Kamrai Thai & Sushi Hou Lemont PA Card 2287 | 128.09 |
| 02/05 | Card Purchase | 02/04 Uber   *Trip Fcbjj 800-592-8996 CA Card 2287 | 7.44 |
| 02/05 | Card Purchase | 02/04 Uber   *Zx4Et 800-592-8996 CA Card 2287 | 7.36 |
| 02/05 | Card Purchase With Pin | 02/04 Target T-1288 315 CO State College PA Card 2287 | 332.88 |
| 02/05 | Card Purchase With Pin | 02/04 Wal-Mart #1640 State College PA Card 2287 | 486.86 |
| 02/05 | Card Purchase | 02/04 Tussey Mountain Ski Tic Boalsburg PA Card 2287 | 74.00 |
| 02/05 | Card Purchase | 02/05 Hospital For Special 212-774-2651 NY Card 2287 | 50.00 |
| 02/05 | Card Purchase | 02/05 Uber   *Trip Twkdv 800-592-8996 CA Card 2287 | 19.89 |
| 02/05 | Card Purchase With Pin | 02/05 Shell Service Station New York NY Card 2287 | 47.82 |
| 02/06 | Card Purchase | 02/05 Tussey Mountain Ski Res Boalsburg PA Card 2287 | 26.24 |
| 02/06 | Card Purchase | 02/05 Budget Rent A Car State College PA Card 2287 | 122.43 |
| 02/06 | Card Purchase | 02/05 Nyctaxi3L35 Long Island C NY Card 2287 | 7.80 |
| 02/06 | Card Purchase | 02/06 Uber   *Dgkss 800-592-8996 CA Card 2287 | 57.07 |
| 02/07 | Card Purchase | 02/05 Queens Medallion Ent Long Island C NY Card 2287 | 8.16 |
| 02/07 | Card Purchase | 02/06 Juno USA, Lp Gojuno.Com NY Card 2287 | 31.04 |
| 02/07 | Card Purchase | 02/06 Mark Restaurant New York NY Card 2287 | 144.85 |
| 02/09 | Card Purchase | 02/08 Nectar New York NY Card 2287 | 19.85 |

# CHASE

February 01, 2018 through February 28, 2018
Account Number: 00█████████

## ATM & DEBIT CARD WITHDRAWALS _(continued)_



| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/09 | ATM Withdrawal | 02/09 1025 Madison Ave New York NY Card 2287 | 500.00 |
| 02/12 | Card Purchase | 02/09 Nyctaxi4P88 Bronx NY Card 2287 | 10.30 |
| 02/12 | Card Purchase | 02/09 Nyctaxi7M99 Bronx NY Card 2287 | 7.30 |
| 02/12 | Card Purchase | 02/09 Taxi Svc New York Astoria NY Card 2287 | 9.96 |
| 02/12 | Card Purchase | 02/09 Janovic Paint Decoratin New York NY Card 2287 | 10.69 |
| 02/12 | Card Purchase | 02/09 Nyctaxi3H71 Long Island C NY Card 2287 | 7.30 |
| 02/12 | ATM Withdrawal | 02/10 1025 Madison Ave New York NY Card 2287 | 500.00 |
| 02/12 | ATM Withdrawal | 02/11 1025 Madison Ave New York NY Card 2287 | 500.00 |
| 02/12 | Card Purchase | 02/11 Janovic Paint Decoratin New York NY Card 2287 | 27.08 |
| 02/13 | Card Purchase | 02/12 Nyctaxi4Y36 Long Island NY Card 2287 | 20.80 |
| 02/13 | Card Purchase | 02/12 Nyctaxi4F44 Astoria NY Card 2287 | 25.80 |
| 02/13 | ATM Withdrawal | 02/13 1025 Madison Ave New York NY Card 2287 | 500.00 |
| 02/13 | Card Purchase With Pin | 02/13 D'Agostino #13 New York NY Card 2287 | 121.06 |
| 02/14 | Card Purchase | 02/12 Taxi Svc 41-25 36th S Long Is City NY Card 2287 | 8.16 |
| 02/14 | Card Purchase | 02/13 Butterfield Market New York NY Card 2287 | 90.14 |
| 02/15 | Card Purchase | 02/14 Janovic Paint Decoratin New York NY Card 2287 | 51.06 |
| 02/15 | Card Purchase | 02/14 Haru Third Ave New York NY Card 2287 | 72.17 |
| 02/15 | ATM Withdrawal | 02/15 1025 Madison Ave New York NY Card 2287 | 500.00 |
| 02/16 | Card Purchase | 02/14 Bright Cleaners 2127726472 NY Card 2287 | 108.93 |
| 02/16 | Card Purchase | 02/15 Irving Farm Coffee 79 New York NY Card 2287 | 3.98 |
| 02/20 | Card Purchase | 02/15 Nyctaxi3C48 Long Island C NY Card 2287 | 12.80 |
| 02/20 | Card Purchase | 02/16 Nyctaxi3E65 New York NY Card 2287 | 6.80 |
| 02/20 | Card Purchase | 02/16 Mark Restaurant New York NY Card 2287 | 357.92 |
| 02/20 | Card Purchase | 02/18 Fedexoffice   00002196 New York NY Card 2287 | 17.46 |
| 02/20 | Card Purchase | 02/18 Butterfield Market New York NY Card 2287 | 118.95 |
| 02/22 | Card Purchase | 02/21 Uber   *Trip 6F7By 800-592-8996 CA Card 2287 | 10.07 |
| 02/23 | Card Purchase | 02/22 Juno USA, Lp Gojuno.Com NY Card 2287 | 10.12 |
| 02/23 | Card Purchase Pound Sterl 40.00 X 1.399000 (Exchg Rte) | 02/22 Greenbanks Incorp Go Kendal Cumbri Card 2287 | 55.96 |
| 02/23 | Foreign Exch Rt ADJ Fee 02/22 Greenbanks Incorp Go Kendal Cumbri Card 2287 | | 1.67 |
| 02/23 | Card Purchase With Pin | 02/23 Apple Store #R582 New York NY Card 2287 | 257.98 |
| 02/26 | Card Purchase | 02/23 Mark Restaurant New York NY Card 2287 | 101.01 |
| 02/26 | Card Purchase | 02/23 Taxi Svc Flushing Long Is City NY Card 2287 | 8.76 |
| 02/26 | Card Purchase | 02/24 Mary Arnold New York NY Card 2287 | 31.52 |
| 02/26 | Card Purchase | 02/24 Taxi Svc Fresh Meado Fresh Meadows NY Card 2287 | 6.36 |
| 02/26 | Card Purchase | 02/24 Taxi Svc New York New York NY Card 2287 | 6.30 |
| 02/26 | Card Purchase | 02/25 Uber   *Trip Xyfut 800-592-8996 CA Card 2287 | 8.87 |
| 02/27 | Card Purchase | 02/25 Taxi Svc Woodside Woodside NY Card 2287 | 9.96 |
| 02/27 | Card Purchase | 02/26 Butterfield Market New York NY Card 2287 | 40.55 |
| 02/27 | Card Purchase | 02/26 Nittany Oil Company I 814-342-0210 PA Card 2287 | 1,699.83 |

**Total ATM & Debit Card Withdrawals** **$8,534.10**

## ATM & DEBIT CARD SUMMARY

Penny Bradley  Card 2287

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $3,300.00 |
| | Total Card Purchases | $5,234.10 |
| | Total Card Deposits & Credits | $509.81 |
| ATM & Card Totals | | |

CHASE 

February 01, 2018 through February 28, 2018
Account Number:   00█████████

| | |
|---|---|
| Total ATM Withdrawals & Debits | $3,300.00 |
| Total Card Purchases | $5,234.10 |
| Total Card Deposits & Credits | $509.81 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | 02/01 Online Transfer To Chk ...3233 Transaction#: 6869727934 | $50.00 |
| 02/02 | 02/02 Online Transfer To Chk ...3233 Transaction#: 6873967564 | 100.00 |
| 02/02 | Coned Commercial Bill Pay  18954477271    Tel ID: 7529181411 | 9,447.74 |
| 02/02 | Billmatrix     Billpayfee 18954477272    Tel ID: 7529000011 | 245.64 |
| 02/09 | 02/09 Online Domestic Wire Transfer A/C: Maxim Capital Funding, LLC New York NY 10065-8446 Ref: 46 East 82ND St/Bnf/Maxim Capital Funding LLC Trn: 3269800040Es | 10,000.00 |
| 02/09 | 02/09 Online Transfer To Chk ...3233 Transaction#: 6892657723 | 30.00 |
| 02/12 | 02/12 Online Domestic Wire Transfer Via: Citibank Nyc/021000089 A/C: Laurie Bleier Coconut Creeek FL 33066 US Ref: Penny Bradley/52 East 64th Street/Time/12:27 Imad: 0212B1Qgc05C013330 Trn: 4217500043Es | 500.00 |
| 02/13 | 02/13 Online Transfer To Chk ...3233 Transaction#: 6900135878 | 150.00 |
| 02/13 | 02/13 Online Domestic Wire Transfer A/C: Daniel S Alter Port Chester NY 10573-3836 Ref:/Bnf/Re Bradley P Trn: 5012100044Es | 5,000.00 |
| 02/14 | 02/14 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Nicholas George Murrieta CA 92562 US Ref: P Bradley/Bnf/P Bradley - 52 E64th St/Time/09:22 Imad: 0214B1Qgc04C002275 Trn: 3553700045Es | 550.00 |
| 02/15 | 02/15 Online Transfer To Chk ...3233 Transaction#: 6907307708 | 100.00 |
| 02/28 | 02/28 Online Transfer To Chk ...3233 Transaction#: 6940976394 | 100.00 |
| **Total Electronic Withdrawals** | | **$26,273.38** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/05 | Service Charges For The Month of January | $25.00 |
| 02/06 | Check OR Supply  Order          PPD ID: 1410216800 | 36.50 |
| **Total Fees** | | **$61.50** |

The monthly service fee of $20.00 was waived this period because you maintained a relationship balance (combined business deposits) of $35,000.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 02/01 | $90,890.65 | 02/12 | 60,805.25 | 02/21 | 52,208.31 |
| 02/02 | 80,506.32 | 02/13 | 54,987.59 | 02/22 | 52,198.24 |
| 02/05 | 78,497.42 | 02/14 | 54,303.87 | 02/23 | 51,872.51 |
| 02/06 | 77,127.38 | 02/15 | 53,371.15 | 02/26 | 51,709.69 |
| 02/07 | 71,943.33 | 02/16 | 53,102.24 | 02/27 | 48,959.35 |
| 02/09 | 61,393.48 | 02/20 | 52,588.31 | 02/28 | 48,859.35 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Maintenance Fee | $0.00 | Waived by checking and relationship balances |
| Excess Product Fees | $0.00 | |
| Other Service Charges | $50.00 | |
| **Total Service Charges** | **$50.00** | Will be assessed on 3/5/18 |

## CHASE ⬡

February 01, 2018 through February 28, 2018

Account Number:    00████████████



## SERVICE CHARGE SUMMARY   *(continued)*

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 84 |
| Deposits / Credits | 0 |
| Deposited Items | 1 |
| **Total Transactions** | **85** |

## SERVICE CHARGE DETAIL

| DESCRIPTION<br>Your Product Includes: | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| ACCOUNT 000█████████ | | | | | |
| Waived Monthly Service Fee | 0 | | | $20.00 | $0.00 |
| Transactions | 85 | 0 | 85 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$0.00** |
| Other Fees | | | | | |
| Electronic Items Deposited | 1 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 84 | 250 | 0 | $0.40 | $0.00 |
| Online Domestic Wire Fee | 4 | 2 | 2 | $25.00 | $50.00 |
| **Total Service Charge (Will be assessed on 3/5/18)** | | | | | **$50.00** |
| ACCOUNT 000█████████ | | | | | |
| Electronic Items Deposited | 1 | | | | |
| Non-Electronic Transactions | 84 | | | | |
| Online Domestic Wire Fee | 4 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



February 01, 2018 through February 28, 2018

Account Number:    00█████████████

This Page Intentionally Left Blank

# PBOR LLC

PROFIT AND LOSS

February 2018

| | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
| Bank Charges & Fees | 61.50 |
| Computer & Internet Expense | 5,000.00 |
| Consultant Expense | 550.00 |
| Contractors | 245.64 |
| Dues & Subs | 42.99 |
| Misc | -509.81 |
| Office Supplies & Software | 744.84 |
| Travel | 488.11 |
| **Total Expenses** | **$6,623.27** |
| NET OPERATING INCOME | **$ -6,623.27** |
| NET INCOME | **$ -6,623.27** |

# PBOR LLC

## BALANCE SHEET

As of February 28, 2018

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 48,859.35 |
| **Total Bank Accounts** | **$48,859.35** |
| Other Current Assets | |
| Due from 425 E 63 Street | |
| Due from 46 E 82nd street | 525.41 |
| Due from 52 E 64th Street LLC | 53,947.23 |
| Due from PB | 4,716.74 |
| Due from Six Pence Dev. | 11,254.69 |
| Due. from 530 EPA | 40.00 |
| **Total Other Current Assets** | 3,743.30 |
| **Total Other Current Assets** | **$74,227.37** |
| **Total Current Assets** | **$123,086.72** |
| **TOTAL ASSETS** | **$123,086.72** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| **Total Liabilities** | |
| Equity | |
| Retained Earnings | |
| Net Income | 139,938.62 |
| **Total Equity** | -16,851.90 |
| **Total Equity** | **$123,086.72** |
| **TOTAL LIABILITIES AND EQUITY** | **$123,086.72** |