UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Penny Ann Bradley
    Debtor

Case No. 18-10122-jlg

Reporting Period: 19-Apr

Social Security # 4106
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury *(28 U.S.C. Section 1746)* that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor     /S/ Penny Bradley     Date 6\7\19

Signature of Joint Debtor     Date

In re Penny Ann Bradley      Case No. 18-10122-jlg
Debtor      Reporting Period: 19-Apr

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 389 | 47,720 |
| RECEIPTS | | |
| Wages (Net) | | - |
| Interest and Dividend Income | | - |
| Alimony and Child Support | - | - |
| Social Security and Pension Income | | - |
| Sale of Assets | | - |
| Other Income *(attach schedule)* | 1,335 | 226,581 |
| Total Receipts | 1,335 | 226,581 |
| DISBURSEMENTS | | |
| ORDINARY ITEMS: | | |
| Mortgage Payment(s) | | - |
| Rental Payment(s) | | - |
| Other Secured Note Payments | | - |
| Utilities | 206 | 7,320 |
| Insurance | - | |
| Auto Expense | - | 1,386 |
| Lease Payments | | - |
| IRA Contributions | | - |
| Repairs and Maintenance | - | 1,512 |
| Medical Expenses | - | 23,768 |
| Food, Clothing, Hygiene | 525 | 24,323 |
| Charitable Contributions | - | 273 |
| Alimony and Child Support Payments | - | - |
| Taxes - Real Estate | - | 43,172 |
| Taxes - Personal Property | | - |
| Taxes - Other *(attach schedule)* | | - |
| Travel and Entertainment | | 1,548 |
| Gifts | (946) | (619) |
| Other *(attach schedule)* | 487 | 142,909 |
| Total Ordinary Disbursements | 272 | 245,591 |
| REORGANIZATION ITEMS: | | |
| Professional Fees | - | - |
| U. S. Trustee Fees | | - |
| Other Reorganization Expenses *(attach schedule)* | | - |
| Total Reorganization Items | - | - |
| Total Disbursements *(Ordinary + Reorganization)* | 272 | 245,591 |
| Net Cash Flow *(Total Receipts - Total Disbursements)* | 1,063 | (19,010) |
| Cash - End of Month *(Must equal reconciled bank statement)* | 1,452 | 28,710 |

In re Penny Ann Bradley _____     Case No. 18-10122-jlg _____
       Debtor                               Reporting Period: _____19-Apr_____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Due to David Bradley | - | 176,300 |
| Miscellaneous | - | 105 |
| Due to Bistro | - | 10,841 |
| Due to PBOR | - | 36,000 |
| Due from Sixpense Dev | - | 2,000 |
| Due from 530 EPA | 1,335 | 1,335 |
| Total | 1,335 | 226,581 |
| **Other Taxes** | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Dues & Subscriptions | 124 | 4,779 |
| Advertising & Marketing | - | 261 |
| Interest Expense | - | 713 |
| Bank Fees | - | 74 |
| Office Supplies & Software | - | 191 |
| Postage & Delivery | - | 234 |
| Due from 46 E. 82nd St. | - | 13,345 |
| Due from Jack Bradley | 363 | 2,089 |
| Due to PBOR | - | 100,500 |
| Due to Bistro | | 20,000 |
| Due from 530 EPA | - | 100 |
| Withdrawal | - | 624 |
| Total | 487 | 142,909 |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:** (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 272 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 272 |

In re Penny Ann Bradley
    Debtor

Case No. 18-10122-jlg
Reporting Period:     19-Apr

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating #0165 | | | |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | |
| ████████████ | ███████████████████ | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE \*** | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

_____

_____

_____

_____

_____

# Penny Bradley

## BALANCE SHEET

As of April 30, 2019

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| CHASE 0165 | 1,450.93 |
| DIP Bank Acct | 3,000.00 |
| **Total Bank Accounts** | **$4,450.93** |
| Other Current Assets | |
| Due from 46 E. 82nd. St. | 37,456.81 |
| Due from 52 E. 64th St. | 5,455.00 |
| Due from 530 EPA | 110,970.37 |
| Due from East 63rd St. | 7,072.08 |
| Due from Jack Bradley | 36,906.01 |
| Due to Bistro | 35,176.06 |
| **Total Other Current Assets** | **$233,036.33** |
| **Total Current Assets** | **$237,487.26** |
| **TOTAL ASSETS** | **$237,487.26** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Sixpence Dev | 12,000.00 |
| Due to Amex 2 | 28,163.00 |
| Due to David Bradley | 156,300.00 |
| Due to PBOR | 659,202.31 |
| **Total Other Current Liabilities** | **$855,665.31** |
| **Total Current Liabilities** | **$855,665.31** |
| **Total Liabilities** | **$855,665.31** |
| Equity | |
| Penny B. Transfers | 20,461.23 |
| Retained Earnings | -507,333.41 |
| Net Income | -131,305.87 |
| **Total Equity** | **$ -618,178.05** |
| **TOTAL LIABILITIES AND EQUITY** | **$237,487.26** |

# Penny Bradley

## PROFIT AND LOSS
### April 2019

|  | TOTAL |
|---|---|
| Income |  |
| Misc. | 946.09 |
| **Total Income** | **$946.09** |
| GROSS PROFIT | **$946.09** |
| Expenses |  |
| Dues and Subs | 124.29 |
| Health | 175.00 |
| Household Goods | 1,583.48 |
| Insurance | 3,049.31 |
| Interest Paid | -0.01 |
| Meals & Entertainment & Hygiene | 10,265.80 |
| Rent & Lease | 8,232.30 |
| Travel | 14,198.32 |
| Utilities | 1,145.34 |
| **Total Expenses** | **$38,773.83** |
| NET OPERATING INCOME | **$ -37,827.74** |
| NET INCOME | **$ -37,827.74** |



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

March 30, 2019 through April 30, 2019
Account Number:   00██████████

00112578 DRE 802 144 12119 NNNNNNNNNNNN T 1 000000000 69 0000
PENNY BRADLEY
40 E 78TH ST APT 11F
NEW YORK NY 10075-1830

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |



**We want to remind you about the overdraft service options that are available for your personal checking account(s)**

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. You can find more information about these services and ways to avoid overdraft fees at **chase.com/overdraft-services** .

If you have questions, please call us anytime at the number on your statement.

## CHECKING SUMMARY | Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$387.96** |
| Deposits and Additions | 2,281.10 |
| ATM & Debit Card Withdrawals | -552.05 |
| Electronic Withdrawals | -666.08 |
| **Ending Balance** | **$1,450.93** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$387.96** |
| 04/01 | Paypal      Inst Xfer  Itunesappst    Web ID: Paypalsi77 | -13.99 | 373.97 |
| 04/03 | Transfer From Chk Xxxxxx6987 | **1,335.00** | 1,708.97 |
| 04/03 | Con Ed of NY   Intell Ck        PPD ID: 2462467002 | -94.88 | 1,614.09 |
| 04/04 | Recurring Card Purchase 04/03 Experian* Credit Repor 479-3436237 CA Card 8445 | -27.21 | 1,586.88 |
| 04/05 | Card Purchase       04/04 Bright Cleaners 2127726472 NY Card 8445 | -271.44 | 1,315.44 |
| 04/08 | 04/08 Online Transfer To Chk ...3233 Transaction#: 8112385582 | -250.00 | 1,065.44 |
| 04/08 | Paypal      Inst Xfer  Wsj Barron    Web ID: Paypalsi77 | -38.99 | 1,026.45 |
| 04/08 | Paypal      Inst Xfer  Itunesappst    Web ID: Paypalsi77 | -10.88 | 1,015.57 |
| 04/08 | Google      Apps_Comme US001Ekxzc     Web ID: F770493581 | -5.44 | 1,010.13 |
| 04/09 | Card Purchase       04/08 Seamlssnectar Seamless.Com NY Card 8445 | -26.28 | 983.85 |

CHASE PRIVATE CLIENT

March 30, 2019 through April 30, 2019
Account Number: 00███████████

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
|------|-------------|---|---|--------|---------|
| 04/10 | Paypal | Inst Xfer  Adobe Inc | Web ID: Paypalsi77 | -29.99 | 953.86 |
| 04/11 | Paypal | Inst Xfer  Itunesappst | Web ID: Paypalsi77 | -32.65 | 921.21 |
| 04/11 | Paypal | Inst Xfer  Itunesappst | Web ID: Paypalsi77 | -9.99 | 911.22 |
| 04/15 | Card Purchase        04/13 Seamlsswrapnrun Seamless.Com NY Card 8445 | | | -11.89 | 899.33 |
| 04/15 | Card Purchase        04/14 Seamlsstridimshanghai Seamless.Com NY Card 8445 | | | -25.05 | 874.28 |
| 04/15 | Card Purchase        04/14 Seamlsspickabagel Seamless.Com NY Card 8445 | | | -16.84 | 857.44 |
| 04/15 | Card Purchase        04/14 Seamlssthepthairestau Seamless.Com NY Card 8445 | | | -23.96 | 833.48 |
| 04/15 | Paypal | Inst Xfer  Itunesappst | Web ID: Paypalsi77 | -9.99 | 823.49 |
| 04/17 | Square Inc        190417P2        PPD ID: 9424300002 | | | **946.09** | 1,769.58 |
| 04/18 | Card Purchase        04/18 Seamlsseastsidegrocer Seamless.Com NY Card 8445 | | | -16.63 | 1,752.95 |
| 04/23 | Paypal | Inst Xfer  Adobe Inc | Web ID: Paypalsi77 | -27.21 | 1,725.74 |
| 04/23 | Paypal | Inst Xfer  Domainnames | Web ID: Paypalsi77 | -16.99 | 1,708.75 |
| 04/23 | Paypal | Inst Xfer  Itunesappst | Web ID: Paypalsi77 | -14.14 | 1,694.61 |
| 04/24 | Con Ed of NY        Intell Ck        PPD ID: 2462467002 | | | -110.94 | 1,583.67 |
| 04/29 | Card Purchase        04/26 Seamlssthailex Seamless.Com NY Card 8445 | | | -15.57 | 1,568.10 |
| 04/29 | Card Purchase        04/27 Seamlssourplace Seamless.Com NY Card 8445 | | | -81.08 | 1,487.02 |
| 04/29 | Card Purchase        04/28 Seamlssmightybowl Seamless.Com NY Card 8445 | | | -36.10 | 1,450.92 |
| 04/30 | Interest Payment | | | **0.01** | 1,450.93 |
| | **Ending Balance** | | | | **$1,450.93** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



CHASE PRIVATE CLIENT

March 30, 2019 through April 30, 2019
Account Number:     00███████████



## Overdraft and Overdraft Fee Information for Your Chase Checking Account

### What You Need to Know About Overdrafts and Overdraft Fees

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have standard overdraft practices that come with your account.
2. We also offer overdraft protection through a link to a Chase savings account, which may be less expensive than our standard overdraft practices. You can contact us to learn more.

This notice explains our standard overdraft practices.

- **What are the standard overdraft practices that come with my account?**

    We **do** authorize and pay overdrafts for the following types of transactions:

    - Checks and other transactions made using your checking account number
    - Recurring debit card transactions

    We **do not** authorize and pay overdrafts for the following types of transactions, unless you ask us to (see below):

    - Everyday debit card transactions

    We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined.

- **What fees will I be charged if Chase pays my overdraft?**

    Under our standard overdraft practices:

    - If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item. This fee is not charged if your account balance at the end of the business day is overdrawn by $5 or less, or for items that are $5 or less.
    - We won't charge more than three Insufficient Funds Fees per day, for a total of $102.

- **We waive fees for some account types:**

    - For Chase Sapphire$^{SM}$ Checking accounts, we waive the Insufficient Funds and Returned Item fees if you've had four or fewer Insufficient Funds or Returned Item occurrences in the past 12 months.
    - For Chase Private Client Checking$^{SM}$ accounts, we waive the Chase overdraft fees.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**

    If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us anytime at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch.

**CHASE PRIVATE CLIENT**

March 30, 2019 through April 30, 2019
Account Number:    00

This Page Intentionally Left Blank

In re Penny Ann Bradley
    Debtor

Case No. 18-10122-jlg
Reporting Period: 19-Apr

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| | See Attached Transaction Details | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total Cash Disbursements | | 272 |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Bank Account Disbursements | | | |

| | |
|---|---|
| Total Disbursements for the Month | 272 |

## Penny Bradley

### TRANSACTION DETAIL BY ACCOUNT

April 2019

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|-----|------|------------------|-------|--------|---------|
| **CHASE 0165** | | | | | | | | |
| 04/01/2019 | Expense | | No | | | Dues and Subs | -13.99 | -13.99 |
| 04/03/2019 | Deposit | | No | | | Due from 530 EPA | 1,335.00 | 1,321.01 |
| 04/03/2019 | Expense | | No | | CON ED OF NY    INTELL CK PPD ID: 2462467002 | Utilities | -94.88 | 1,226.13 |
| 04/04/2019 | Expense | | No | | | Dues and Subs | -27.21 | 1,198.92 |
| 04/05/2019 | Expense | | No | | | Meals & Entertainment & Hygiene | -271.44 | 927.48 |
| 04/08/2019 | Expense | | No | | | Dues and Subs | -10.88 | 916.60 |
| 04/08/2019 | Expense | | No | | | Due from Jack Bradley | -250.00 | 666.60 |
| 04/08/2019 | Expense | | No | | | Due from Jack Bradley | -38.99 | 627.61 |
| 04/08/2019 | Expense | | No | | | Dues and Subs | -5.44 | 622.17 |
| 04/09/2019 | Expense | | No | | SEAMLSSNECTAR SEAMLESS.COM NY 04/08 | Meals & Entertainment & Hygiene | -26.28 | 595.89 |
| 04/10/2019 | Expense | | No | | | Due from Jack Bradley | -29.99 | 565.90 |
| 04/11/2019 | Expense | | No | | | Dues and Subs | -32.65 | 533.25 |
| 04/11/2019 | Expense | | No | | | Dues and Subs | -9.99 | 523.26 |
| 04/15/2019 | Expense | | No | | | Dues and Subs | -9.99 | 513.27 |
| 04/15/2019 | Expense | | No | | SEAMLSSPICKABAGEL SEAMLESS.COM NY    04/14 | Meals & Entertainment & Hygiene | -16.84 | 496.43 |
| 04/15/2019 | Expense | | No | | SEAMLSSTHEPTHAIRESTAU SEAMLESS.COM NY    04/14 | Meals & Entertainment & Hygiene | -23.96 | 472.47 |
| 04/15/2019 | Expense | | No | | SEAMLSSWRAPNRUN SEAMLESS.COM NY 04/13 | Meals & Entertainment & Hygiene | -11.89 | 460.58 |
| 04/15/2019 | Expense | | No | | SEAMLSSTRIDIMSHANGHAI SEAMLESS.COM NY    04/14 | Meals & Entertainment & Hygiene | -25.05 | 435.53 |
| 04/17/2019 | Deposit | | No | | Reimbursement for Xmas gift | Gifts | 946.09 | 1,381.62 |
| 04/18/2019 | Expense | | No | | SEAMLSSEASTSIDEGROCER SEAMLESS.COM NY    04/18 | Meals & Entertainment & Hygiene | -16.63 | 1,364.99 |
| 04/23/2019 | Expense | | No | | | Due from Jack Bradley | -27.21 | 1,337.78 |
| 04/23/2019 | Expense | | No | | | Due from Jack Bradley | -16.99 | 1,320.79 |
| 04/23/2019 | Expense | | No | | | Dues and Subs | -14.14 | 1,306.65 |
| 04/24/2019 | Expense | | No | | CON ED OF NY    INTELL CK PPD ID: 2462467002 | Utilities | -110.94 | 1,195.71 |
| 04/29/2019 | Expense | | No | | SEAMLSSOURPLACE SEAMLESS.COM NY 04/27 | Meals & Entertainment & Hygiene | -81.08 | 1,114.63 |
| 04/29/2019 | Expense | | No | | SEAMLSSMIGHTYBOWL SEAMLESS.COM NY    04/28 | Meals & Entertainment & Hygiene | -36.10 | 1,078.53 |
| 04/29/2019 | Expense | | No | | SEAMLSSTHAILEX SEAMLESS.COM NY 04/26 | Meals & Entertainment & Hygiene | -15.57 | 1,062.96 |
| 04/30/2019 | Deposit | | No | | INTEREST PAYMENT | Interest Paid | 0.01 | 1,062.97 |
| **Total for CHASE 0165** | | | | | | | **$1,062.97** | |
| **DIP Bank Acct** | | | | | | | | |
| 04/30/2019 | Journal Entry | 30 | No | | | -Split- | 3,000.00 | 3,000.00 |
| **Total for DIP Bank Acct** | | | | | | | **$3,000.00** | |
| **Due from 52 E. 64th St.** | | | | | | | | |
| 04/15/2019 | Journal Entry | 26 | No | | Interior Design | -Split- | 5,000.00 | 5,000.00 |
| **Total for Due from 52 E. 64th St.** | | | | | | | **$5,000.00** | |
| **Due from 530 EPA** | | | | | | | | |
| 04/03/2019 | Deposit | | No | | TRANSFER FROM CHK XXXXXX6987 | CHASE 0165 | -1,335.00 | -1,335.00 |
| 04/15/2019 | Journal Entry | 26 | No | | Const | -Split- | 484.35 | -850.65 |

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|------|------|-----|-----|------|------|-------|--------|---------|
| **Total for Due for 530 EPA** | | | | | | | **$ -850.65** | |
| **Due from East 63rd St.** | | | | | | | | |
| 04/15/2019 | Journal Entry | 26 | No | | Maint | -Split- | 651.06 | 651.06 |
| 04/30/2019 | Journal Entry | 30 | No | | | -Split- | 1,450.00 | 2,101.06 |
| **Total for Due from East 63rd St.** | | | | | | | **$2,101.06** | |
| **Due from Jack Bradley** | | | | | | | | |
| 04/08/2019 | Expense | | No | | PAYPAL    INST XFER  WSJ BARRON    WEB ID: PAYPALSI77 | CHASE 0165 | 38.99 | 38.99 |
| 04/08/2019 | Expense | | No | | Online Transfer to CHK ...3233 transaction#: 8112385582 04/08 | CHASE 0165 | 250.00 | 288.99 |
| 04/10/2019 | Expense | | No | | PAYPAL    INST XFER  ADOBE INC    WEB ID: PAYPALSI77 | CHASE 0165 | 29.99 | 318.98 |
| 04/15/2019 | Journal Entry | 26 | No | | Interior Design | -Split- | 1,106.47 | 1,425.45 |
| 04/23/2019 | Expense | | No | | PAYPAL    INST XFER  ADOBE INC    WEB ID: PAYPALSI77 | CHASE 0165 | 27.21 | 1,452.66 |
| 04/23/2019 | Expense | | No | | PAYPAL    INST XFER  DOMAINNAMES    WEB ID: PAYPALSI77 | CHASE 0165 | 16.99 | 1,469.65 |
| **Total for Due from Jack Bradley** | | | | | | | **$1,469.65** | |
| **Due to Amex 2** | | | | | | | | |
| 04/15/2019 | Journal Entry | 26 | No | | Interior Design | -Split- | 93,403.18 | 93,403.18 |
| 04/30/2019 | Journal Entry | 30 | No | | | -Split- | -20,000.00 | 73,403.18 |
| **Total for Due to Amex 2** | | | | | | | **$73,403.18** | |
| **Due to PBOR** | | | | | | | | |
| 04/15/2019 | Journal Entry | 26 | No | | Consult | -Split- | -8,000.00 | -8,000.00 |
| 04/15/2019 | Journal Entry | 26 | No | | legal | -Split- | -38,500.00 | -46,500.00 |
| 04/15/2019 | Journal Entry | 26 | No | | dues | -Split- | -1,742.41 | -48,242.41 |
| 04/30/2019 | Journal Entry | 30 | No | | | -Split- | 26,224.26 | -22,018.15 |
| **Total for Due to PBOR** | | | | | | | **$ -22,018.15** | |
| **ATM Withdrawals** | | | | | | | | |
| 04/30/2019 | Journal Entry | 30 | No | | | -Split- | 3,500.00 | 3,500.00 |
| **Total for ATM Withdrawals** | | | | | | | **$3,500.00** | |
| **Dues and Subs** | | | | | | | | |
| 04/01/2019 | Expense | | No | | PAYPAL    INST XFER  ITUNESAPPST    WEB ID: PAYPALSI77 | CHASE 0165 | 13.99 | 13.99 |
| 04/04/2019 | Expense | | No | | Experian* Credit Repor 479-3436237 CA    04/03 | CHASE 0165 | 27.21 | 41.20 |
| 04/08/2019 | Expense | | No | | PAYPAL    INST XFER  ITUNESAPPST    WEB ID: PAYPALSI77 | CHASE 0165 | 10.88 | 52.08 |
| 04/08/2019 | Expense | | No | | GOOGLE    APPS_COMME US001EKXZC    WEB ID: F770493581 | CHASE 0165 | 5.44 | 57.52 |
| 04/11/2019 | Expense | | No | | PAYPAL    INST XFER  ITUNESAPPST    WEB ID: PAYPALSI77 | CHASE 0165 | 9.99 | 67.51 |
| 04/11/2019 | Expense | | No | | PAYPAL    INST XFER  ITUNESAPPST    WEB ID: PAYPALSI77 | CHASE 0165 | 32.65 | 100.16 |
| 04/15/2019 | Expense | | No | | PAYPAL    INST XFER  ITUNESAPPST    WEB ID: PAYPALSI77 | CHASE 0165 | 9.99 | 110.15 |
| 04/23/2019 | Expense | | No | | PAYPAL    INST XFER  ITUNESAPPST    WEB ID: PAYPALSI77 | CHASE 0165 | 14.14 | 124.29 |
| 04/30/2019 | Journal Entry | 30 | No | | | -Split- | 24.90 | 149.19 |
| **Total for Dues and Subs** | | | | | | | **$149.19** | |

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|-----|------|------------------|-------|--------|---------|
| Gifts | | | | | | | | |
| 04/17/2019 | Deposit | | No | | Reimbursement for Xmas gift | CHASE 0165 | -946.09 | -946.09 |
| **Total for Gifts** | | | | | | | **$ -946.09** | |
| Health | | | | | | | | |
| 04/15/2019 | Journal Entry | 26 | No | | | -Split- | 175.00 | 175.00 |
| **Total for Health** | | | | | | | **$175.00** | |
| Household Goods | | | | | | | | |
| 04/15/2019 | Journal Entry | 26 | No | | | -Split- | 1,583.48 | 1,583.48 |
| 04/30/2019 | Journal Entry | 30 | No | | | -Split- | 172.75 | 1,756.23 |
| **Total for Household Goods** | | | | | | | **$1,756.23** | |
| Insurance | | | | | | | | |
| 04/15/2019 | Journal Entry | 26 | No | | | -Split- | 3,049.31 | 3,049.31 |
| 04/30/2019 | Journal Entry | 30 | No | | | -Split- | 1,702.24 | 4,751.55 |
| **Total for Insurance** | | | | | | | **$4,751.55** | |
| Interest Paid | | | | | | | | |
| 04/30/2019 | Deposit | | No | | INTEREST PAYMENT | CHASE 0165 | -0.01 | -0.01 |
| 04/30/2019 | Journal Entry | 30 | No | | aMEX | -Split- | 200.00 | 199.99 |
| **Total for Interest Paid** | | | | | | | **$199.99** | |
| Meals & Entertainment & Hygiene | | | | | | | | |
| 04/05/2019 | Expense | | No | | BRIGHT CLEANERS 2127726472 NY    04/04 | CHASE 0165 | 271.44 | 271.44 |
| 04/09/2019 | Expense | | No | | SEAMLSSNECTAR SEAMLESS.COM NY 04/08 | CHASE 0165 | 26.28 | 297.72 |
| 04/15/2019 | Journal Entry | 26 | No | | | -Split- | 9,740.96 | 10,038.68 |
| 04/15/2019 | Expense | | No | | SEAMLSSPICKABAGEL SEAMLESS.COM NY    04/14 | CHASE 0165 | 16.84 | 10,055.52 |
| 04/15/2019 | Expense | | No | | SEAMLSSTHEPTHAIRESTAU SEAMLESS.COM NY    04/14 | CHASE 0165 | 23.96 | 10,079.48 |
| 04/15/2019 | Expense | | No | | SEAMLSSWRAPNRUN SEAMLESS.COM NY 04/13 | CHASE 0165 | 11.89 | 10,091.37 |
| 04/15/2019 | Expense | | No | | SEAMLSSTRIDIMSHANGHAI SEAMLESS.COM NY    04/14 | CHASE 0165 | 25.05 | 10,116.42 |
| 04/18/2019 | Expense | | No | | SEAMLSSEASTSIDEGROCER SEAMLESS.COM NY    04/18 | CHASE 0165 | 16.63 | 10,133.05 |
| 04/29/2019 | Expense | | No | | SEAMLSSOURPLACE SEAMLESS.COM NY 04/27 | CHASE 0165 | 81.08 | 10,214.13 |
| 04/29/2019 | Expense | | No | | SEAMLSSMIGHTYBOWL SEAMLESS.COM NY    04/28 | CHASE 0165 | 36.10 | 10,250.23 |
| 04/29/2019 | Expense | | No | | SEAMLSSTHAILEX SEAMLESS.COM NY 04/26 | CHASE 0165 | 15.57 | 10,265.80 |
| 04/30/2019 | Journal Entry | 30 | No | | | -Split- | 450.80 | 10,716.60 |
| **Total for Meals & Entertainment & Hygiene** | | | | | | | **$10,716.60** | |
| Postage & Delivery | | | | | | | | |
| 04/30/2019 | Journal Entry | 30 | No | | | -Split- | 299.71 | 299.71 |
| **Total for Postage & Delivery** | | | | | | | **$299.71** | |
| Rent & Lease | | | | | | | | |
| 04/15/2019 | Journal Entry | 26 | No | | | -Split- | 8,232.30 | 8,232.30 |
| **Total for Rent & Lease** | | | | | | | **$8,232.30** | |
| Travel | | | | | | | | |
| 04/15/2019 | Journal Entry | 26 | No | | | -Split- | 14,198.32 | 14,198.32 |
| 04/30/2019 | Journal Entry | 30 | No | | | -Split- | -4,604.16 | 9,594.16 |
| **Total for Travel** | | | | | | | **$9,594.16** | |
| Utilities | | | | | | | | |
| 04/03/2019 | Expense | | No | | CON ED OF NY    INTELL CK PPD ID: 2462467002 | CHASE 0165 | 94.88 | 94.88 |

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|-----|------|------------------|-------|--------|---------|
| 04/15/2019 | Journal Entry | 26 | No | | | -Split- | 939.52 | 1,034.40 |
| 04/24/2019 | Expense | | No | | CON ED OF NY   INTELL CK PPD ID: 2462467002 | CHASE 0165 | 110.94 | 1,145.34 |
| 04/30/2019 | Journal Entry | 30 | No | | | -Split- | 28.02 | 1,173.36 |
| **Total for Utilities** | | | | | | | **$1,173.36** | |

In re Penny Ann Bradley                         Case No. 18-10122-jlg
    **Debtor**                                    Reporting Period:    19-Apr

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | 2,115,000 | 2,115,000 |
| *TOTAL REAL PROPERTY ASSETS* | 2,115,000 | 2,115,000 |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | 1,000 | 1,000 |
| Bank Accounts | 1,452 | 10,000 |
| Security Deposits | | |
| Household Goods & Furnishings | 10,000 | 10,000 |
| Books. Pictures, Art | | |
| Wearing Apparel | 1,000 | 1,000 |
| Furs and Jewelry | 7,000 | 7,000 |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | 249,900 | 249,900 |
| Partnerships & Joint Ventures | 2,000,000 | 2,000,000 |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | 2,270,352 | 2,278,900 |
| *TOTAL ASSETS* | 4,385,352 | 4,393,900 |

In re Penny Ann Bradley

Debtor

Case No. 18-10122-jlg

Reporting Period: 19-Apr

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |

| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
|---|---|---|
| Secured Debt | 1,625,000 | 1,625,000 |
| Priority Debt | 10,000.00 | 10,000.00 |
| Unsecured Debt | 419,000 | 419,000 |
| *TOTAL PRE-PETITION LIABILITIES* | 2,054,000 | 2,054,000 |

| *TOTAL LIABILITIES* | 2,054,000 | 2,054,000 |
|---|---|---|

In re Penny Ann Bradley
Debtor

Case No. 18-10122-jlg
Reporting Period:   19-Apr

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 91 |  |
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** | N/A |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past due post-petition debts.

In re Penny Ann Bradley

Debtor

Case No. 18-10122-jlg

Reporting Period: 19-Apr

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re Penny Ann Bradley                                    Case No. 18-10122-jlg
   Debtor                                          Reporting Peri   19-Apr

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | X | |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | X | |
| 6 | Are any post petition State or Federal income taxes past due? | X | |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | X | |
| 11 | Have any post petition loans been received by the Debtor from any party? | X | |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

In re Penny Ann Bradley
    Debtor

Case No. 18-10122-jlg
Reporting Period:            Apr-19

## ACCOUNTANT'S FOOTNOTES

THE ACCOMPANYING FINANCIAL STATEMENTS FOR PENNY ANN BRADLEY AND
PBOR ARE NOT FINAL AND ARE SUBJECT TO CHANGE AS THE AFFILIATED
ENTITIES, UNDER CONTROL OF THE DEBTOR, ARE STILL IN THE PROCESS OF
BEING RECONCILED.



**CHASE** 🔵
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 30, 2019 through April 30, 2019
Account Number:    00⬛⬛⬛⬛⬛

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000650 DRI 802 142 12319 NNYNNNNNNNN  1 000000000 D8 0000
PBOR LLC
40 E 78TH ST APT 11F
NEW YORK NY 10075-1830



## CHECKING SUMMARY | Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $39,159.83 |
| Deposits and Additions | 4 | 4,650.00 |
| Checks Paid | 10 | -11,099.05 |
| ATM & Debit Card Withdrawals | 77 | -6,286.58 |
| Electronic Withdrawals | 7 | -22,799.14 |
| Other Withdrawals | 1 | -1,250.00 |
| Fees | 1 | -80.00 |
| Ending Balance | 100 | $2,295.06 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/01 | Remote Online Deposit | 1 | $1,250.00 |
| 04/08 | Remote Online Deposit | 1 | 1,250.00 |
| 04/08 | Remote Online Deposit | 1 | 1,250.00 |
| 04/15 | Remote Online Deposit | 1 | 900.00 |
| **Total Deposits and Additions** | | | **$4,650.00** |



**March 30, 2019 through April 30, 2019**

Account Number: 00

## CHECKS PAID

| CHECK NO. | DESCRIPTION | | | | DATE PAID | AMOUNT |
|---|---|---|---|---|---|---|
| 1242 ^ | | | | | 04/18 | $3,000.00 |
| 1243 ^ | | | | | 04/23 | 1,450.00 |
| 4735 * | Check # 4735 | Verizon | Payments | Arc ID: 9179515401 | 04/11 | 287.92 |
| 4738 * | Check # 4738 | Spectrum Nyc | Chkpayment | Arc ID: C431843260 | 04/26 | 28.02 |
| 4753 * ^ | | | | | 04/18 | 2,056.68 |
| 5820 * ^ | | | | | 04/01 | 890.00 |
| 5821 | Check # 5821 | American Express Arc Pymt | | Arc ID: 1199148000 | 04/10 | 200.00 |
| 5823 * | Check # 5823 | ADT | Check Pymt | Arc ID: 8881925363 | 04/12 | 56.69 |
| 5831 * ^ | | | | | 04/08 | 1,702.24 |
| 5832 ^ | | | | | 04/01 | 1,427.50 |
| **Total Checks Paid** | | | | | | **$11,099.05** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | Card Purchase        03/28 Le Petit Deauvi Saint Barthe Card 4280<br>Euro<br>13.00 X 1.124615 (Exchg Rte) | $14.62 |
| 04/01 | Foreign Exch Rt ADJ Fee 03/28 Le Petit Deauvi Saint Barthe Card 4280 | 0.43 |
| 04/01 | Card Purchase        03/28 St Barth S Vip Taxi Saint Barthel Card 4280<br>Euro<br>25.00 X 1.124800 (Exchg Rte) | 28.12 |
| 04/01 | Foreign Exch Rt ADJ Fee 03/28 St Barth S Vip Taxi Saint Barthel Card 4280 | 0.84 |
| 04/01 | Card Purchase        03/29 Le Libre Servic 4426 A1Saint Barth Card 4280<br>Euro<br>1.75 X 1.125714 (Exchg Rte) | 1.97 |
| 04/01 | Foreign Exch Rt ADJ Fee 03/29 Le Libre Servic 4426 A1Saint Barth Card 4280 | 0.05 |
| 04/01 | Card Purchase        03/31 Sehbr Stbarthelem Card 4280<br>Euro<br>14.00 X 1.125000 (Exchg Rte) | 15.75 |
| 04/01 | Foreign Exch Rt ADJ Fee 03/31 Sehbr Stbarthelem Card 4280 | 0.47 |
| 04/02 | Card Purchase        04/01 Molly Maid of Lewist Loisgrose2@GM PA Card 4280 | 95.00 |
| 04/03 | Card Purchase        04/02 Mercato.Com Fine Foo Httpswww.Merc NY Card 4280 | 42.10 |
| 04/03 | Card Purchase        04/03 Uber   * 800-592-8996 CA Card 4280 | 114.73 |
| 04/03 | ATM Withdrawal       04/03 1025 Madison Ave New York NY Card 4280 | 500.00 |
| 04/04 | Card Purchase        04/04 Uber   * 800-592-8996 CA Card 4280 | 26.99 |
| 04/04 | Card Purchase        04/04 Uber   * 800-592-8996 CA Card 4280 | 26.99 |
| 04/04 | Card Purchase        04/04 Amzn Mktp US*Mw5N36S Amzn.Com/Bill WA Card 4280 | 99.98 |
| 04/04 | Recurring Card Purchase 04/03 Uber Help.Uber.Com 800-5928996 CA Card 4280 | 24.99 |
| 04/08 | Card Purchase        04/05 Amzn Mktp US*Mw2Ys5D Amzn.Com/Bill WA Card 4280 | 11.79 |
| 04/08 | Card Purchase        04/06 Uber   * 800-592-8996 CA Card 4280 | 17.99 |
| 04/08 | Card Purchase        04/05 Nyctaxiaf167 Long Island C NY Card 4280 | 20.55 |
| 04/08 | Card Purchase        04/06 Nyctaxi8Y68 Long Is City NY Card 4280 | 8.80 |
| 04/08 | Card Purchase        04/06 Taxi Svc Woodside Woodside NY Card 4280 | 9.36 |
| 04/08 | Card Purchase        04/07 Uber   * 800-592-8996 CA Card 4280 | 42.99 |
| 04/08 | Card Purchase        04/07 Uber   * 800-592-8996 CA Card 4280 | 42.99 |
| 04/08 | Card Purchase        04/07 Uber   * 800-592-8996 CA Card 4280 | 27.99 |

# CHASE ⬡

March 30, 2019 through April 30, 2019

Account Number: 00●●●●●●●●●●●

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 04/08 | Card Purchase | 04/06 Taxi Svc Long Isalnd C Astoria NY Card 4280 | 26.16 |
| 04/09 | Card Purchase | 04/07 Queens Medallion Lea Long Island C NY Card 4280 | 12.36 |
| 04/09 | Card Purchase | 04/08 Butterfield Market New York NY Card 4280 | 44.02 |
| 04/09 | Card Purchase | 04/09 Uber   * 800-592-8996 CA Card 4280 | 27.49 |
| 04/10 | Card Purchase | 04/08 Taxi Svc Woodside Woodside NY Card 4280 | 34.56 |
| 04/10 | Card Purchase | 04/09 Molly Maid of Lewist Loisgrose2@GM NY Card 4280 | 95.00 |
| 04/10 | Card Purchase | 04/10 Uber   * 800-592-8996 CA Card 4280 | 22.49 |
| 04/10 | Card Purchase | 04/09 Sq *Blue Bottle Coffee New York NY Card 4280 | 4.90 |
| 04/10 | Card Purchase | 04/10 Uber   * 800-592-8996 CA Card 4280 | 124.34 |
| 04/11 | Card Purchase | 04/09 Taxi Svc Long Island Long Island C NY Card 4280 | 18.36 |
| 04/11 | Card Purchase | 04/11 Uber   * 800-592-8996 CA Card 4280 | 27.49 |
| 04/12 | Card Purchase | 04/12 Uber   * 800-592-8996 CA Card 4280 | 15.99 |
| 04/12 | Card Purchase | 04/12 Uber   * 800-592-8996 CA Card 4280 | 28.49 |
| 04/12 | Card Purchase | 04/11 Gfg Bakerycafebroadway 201-9172425 NY Card 4280 | 13.55 |
| 04/15 | Card Purchase | 04/12 Prime Video*Mz0Ws7Cl2 888-802-3080 WA Card 4280 | 1.99 |
| 04/15 | Card Purchase | 04/13 Prime Video*Mz4B24Lz0 888-802-3080 WA Card 4280 | 2.99 |
| 04/15 | Card Purchase | 04/14 Citarella New York NY Card 4280 | 118.61 |
| 04/16 | Card Purchase | 04/16 Uber   * 800-592-8996 CA Card 4280 | 97.17 |
| 04/16 | Card Purchase | 04/16 Amzn Mktp US*Mz7Jy14 Amzn.Com/Bill WA Card 4280 | 11.94 |
| 04/16 | Card Purchase | 04/15 Amazon.Com*Mz11G5Tj1 Amzn.Com/Bill WA Card 4280 | 7.62 |
| 04/16 | Card Purchase | 04/16 Uber   * 800-592-8996 CA Card 4280 | 51.67 |
| 04/17 | Card Purchase | 04/16 Molly Maid of Lewist Loisgrose2@GM PA Card 4280 | 95.00 |
| 04/17 | Card Purchase | 04/17 Uber   * 800-592-8996 CA Card 4280 | 28.49 |
| 04/17 | Card Purchase | 04/17 Tst*Gregorys Coffee New York City NY Card 4280 | 2.00 |
| 04/17 | Card Purchase | 04/16 Audible US*Mz8HI34J2 888-283-5051 NJ Card 4280 | 14.95 |
| 04/17 | Card Purchase | 04/16 Nyctaxi1R17 New York NY Card 4280 | 11.30 |
| 04/17 | Card Purchase | 04/17 Barrel To Bottles Win 212-422-9463 NY Card 4280 | 142.61 |
| 04/18 | Card Purchase | 04/18 Uber   * 800-592-8996 CA Card 4280 | 18.49 |
| 04/18 | ATM Withdrawal | 04/18 1025 Madison Ave New York NY Card 4280 | 500.00 |
| 04/19 | Card Purchase | 04/17 Taxi Svc Long Island Long Island C NY Card 4280 | 23.16 |
| 04/22 | Card Purchase | 04/20 Prime Video*Mz69H9Pi0 888-802-3080 WA Card 4280 | 9.95 |
| 04/23 | Card Purchase | 04/22 Molly Maid of Lewist Loisgrose2@GM PA Card 4280 | 95.00 |
| 04/23 | Card Purchase | 04/22 Nectar Cafe New York NY Card 4280 | 26.20 |
| 04/23 | Card Purchase | 04/22 Serafina Fabulous Pizza New York NY Card 4280 | 18.51 |
| 04/24 | Card Purchase | 04/24 Uber   *Trip 800-592-8996 CA Card 4280 | 22.49 |
| 04/24 | ATM Withdrawal | 04/24 1025 Madison Ave New York NY Card 4280 | 800.00 |
| 04/24 | ATM Withdrawal | 04/24 1025 Madison Ave New York NY Card 4280 | 800.00 |
| 04/24 | ATM Withdrawal | 04/24 1025 Madison Ave New York NY Card 4280 | 400.00 |
| 04/25 | Card Purchase | 04/23 Soho House Club Nyc New York NY Card 4280 | 167.63 |
| 04/25 | Card Purchase | 04/25 Uber   *Trip 800-592-8996 CA Card 4280 | 15.99 |
| 04/25 | Card Purchase Pound Sterl 7.99 X 1.296621 (Exchg Rte) | 04/24 Amazon Prime*Mz9K92U Amzn.CO.Uk/Pm Card 4280 | 10.36 |
| 04/25 | Foreign Exch Rt ADJ Fee 04/24 Amazon Prime*Mz9K92U Amzn.CO.Uk/Pm Card 4280 | | 0.31 |
| 04/29 | Card Purchase | 04/27 Amzn Mktp US*Mz0R912 Amzn.Com/Bill WA Card 4280 | 8.99 |
| 04/29 | Card Purchase | 04/27 Amzn Mktp US*Mz81722 Amzn.Com/Bill WA Card 4280 | 16.78 |
| 04/29 | ATM Withdrawal | 04/27 1025 Madison Ave New York NY Card 4280 | 500.00 |
| 04/29 | Card Purchase | 04/28 Uber   *Trip 800-592-8996 CA Card 4280 | 13.99 |
| 04/29 | Card Purchase | 04/27 Taxi Svc 41-25 36th S Long Is City NY Card 4280 | 12.96 |
| 04/30 | Card Purchase | 04/28 Fedex Offic21900002196 New York NY Card 4280 | 100.00 |
| 04/30 | Card Purchase | 04/28 Fedex Offic21900002196 New York NY Card 4280 | 199.71 |

**CHASE** ◆

March 30, 2019 through April 30, 2019

Account Number: 00███████████

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 04/30 | Card Purchase | 04/30 Uber  *Trip 800-592-8996 CA Card 4280 | 15.99 |
| 04/30 | Card Purchase | 04/29 Serafina Fabulous Pizza New York NY Card 4280 | 60.00 |
| 04/30 | Card Purchase | 04/29 Molly Maid of Lewist Loisgrose2@GM PA Card 4280 | 95.00 |
| 04/30 | Card Purchase | 04/30 Uber  *Trip 800-592-8996 CA Card 4280 | 98.04 |
| **Total ATM & Debit Card Withdrawals** | | | **$6,286.58** |

## ATM & DEBIT CARD SUMMARY

Penny Bradley  Card 4280

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $3,500.00 |
| | Total Card Purchases | $2,786.58 |
| | Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $3,500.00 |
| | Total Card Purchases | $2,786.58 |
| | Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/02 | Royal York Owner Web Pmts  Y5Mrp      Web ID: 9000179829 | $917.27 |
| 04/05 | 04/05 Online Domestic Wire Transfer Via: Pncbank Pitt/043000096 A/C: Shane Hanscom Julian PA 16844 US Imad: 0405B1Qgc01C016346 Trn: 5395800095Es | 425.00 |
| 04/08 | American Express ACH Pmt   M5754      Web ID: 2005032111 | 20,000.00 |
| 04/12 | 04/12 Online Domestic Wire Transfer Via: Pncbank Pitt/043000096 A/C: Shane Hanscom Julian PA 16844 US Imad: 0412B1Qgc08C006742 Trn: 4199100102Es | 625.00 |
| 04/22 | Oxford Health 2 Ebpp Pmt  Oxford      Tel ID: 1222797560 | 728.41 |
| 04/22 | Paypal          Inst Xfer  Grubhubfood      Web ID: Paypalsi77 | 68.51 |
| 04/22 | Paypal          Inst Xfer  Grubhubfood      Web ID: Paypalsi77 | 34.95 |
| **Total Electronic Withdrawals** | | **$22,799.14** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/08 | Adjustment For Duplicate Item | $1,250.00 |
| **Total Other Withdrawals** | | **$1,250.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/03 | Service Charges For The Month of March | $80.00 |
| **Total Fees** | | **$80.00** |

You were charged a monthly service fee of $30.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $18,060.00.



CHASE

March 30, 2019 through April 30, 2019
Account Number: 00



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 04/01 | $38,030.08 | 04/11 | 14,117.24 | 04/22 | 7,251.03 |
| 04/02 | 37,017.81 | 04/12 | 13,377.52 | 04/23 | 5,661.32 |
| 04/03 | 36,280.98 | 04/15 | 14,153.93 | 04/24 | 3,638.83 |
| 04/04 | 36,102.03 | 04/16 | 13,985.53 | 04/25 | 3,444.54 |
| 04/05 | 35,677.03 | 04/17 | 13,691.18 | 04/26 | 3,416.52 |
| 04/08 | 15,016.17 | 04/18 | 8,116.01 | 04/29 | 2,863.80 |
| 04/09 | 14,932.30 | 04/19 | 8,092.85 | 04/30 | 2,295.06 |
| 04/10 | 14,451.01 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $30.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$30.00** Will be assessed on 5/3/19 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 89 |
| Deposits / Credits | 0 |
| Deposited Items | 4 |
| **Total Transactions** | **93** |

## SERVICE CHARGE DETAIL

| DESCRIPTION Your Product Includes: | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT 000** | | | | | |
| Monthly Service Fee | 1 | | | $30.00 | $30.00 |
| Transactions | 93 | 0 | 93 | $0.00 | $0.00 |
| Subtotal | | | | | $30.00 |
| **Other Fees** | | | | | |
| Electronic Items Deposited | 4 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 89 | 250 | 0 | $0.40 | $0.00 |
| Online Domestic Wire Fee | 2 | 2 | 0 | $25.00 | $0.00 |
| **Total Service Charge (Will be assessed on 5/3/19)** | | | | | $30.00 |
| **ACCOUNT 000** | | | | | |
| Monthly Service Fee | 1 | | | | |
| Electronic Items Deposited | 4 | | | | |
| Non-Electronic Transactions | 89 | | | | |
| Online Domestic Wire Fee | 2 | | | | |



March 30, 2019 through April 30, 2019

Account Number: 00████████████

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

 JPMorgan Chase Bank, N.A. Member FDIC

---

## IMAGES

ACCOUNT # 00████████████

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



006090796044 APR 18 #0000001242 $3,000.00

002290777502 APR 23 #0000001243 $1,450.00



006090839970 APR 18 #0000004753 $2,056.68



002190824993 APR 01 #0000005820 $890.00



March 30, 2019 through April 30, 2019

Account Number: 00████████████

**IMAGES** *(continued)*

ACCOUNT # 00████████████

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.



007290458283 APR 08 #0000005831 $1,702.24

007080490497 APR 01 #0000005832 $1,427.50



CHASE 

March 30, 2019 through April 30, 2019
Account Number: 0

This Page Intentionally Left Blank