**Presentment Date and Time: June 25, 2019 at 12:00 p.m. (Eastern Time)**
**Objection Deadline: June 24, 2019 at 4:00 p.m. (Eastern Time)**

**COLE SCHOTZ P.C.**
Nolan E. Shanahan
Jacob S. Frumkin
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Tel:    (212) 752-8000
Fax:    (212) 752-8393

*Counsel for Atlas Union Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PENNY ANN BRADLEY<br><br>Debtor. | Chapter 11<br><br>Case No. 18-10122 (JLG) |

**NOTICE OF PRESENTMENT OF STIPULATED CONSENT**
**ORDER EXTENDING THE TIME WITHIN WHICH**
**ATLAS UNION CORP. MAY FILE A COMPLAINT TO DETERMINE**
**THE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C.§ 523(c)**

**PLEASE TAKE NOTICE** that Atlas Union Corp. ("Atlas"), by and through its

undersigned counsel, will present the accompanying stipulated consent order (the "Consent

Order") pursuant to Rules 4007(c) and 9006(b) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules") extending the time within which Atlas may file a complaint to

determine the dischargeability of debts pursuant to section 523(c) of the Bankruptcy Code, for

signature to the Honorable James L. Garrity, Jr., United States Bankruptcy Judge for the

Southern District of New York, in the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, Courtroom 601, New York, New York 10004 (the

"Bankruptcy Court") on **June 25, 2019, at 12:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections")

to the Consent Order shall be in writing, shall conform to the Bankruptcy Rules and the Local

54451/0003-17444623v2

Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy

Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac*

*vice*, electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-

searchable portable document format (PDF) (with a hard copy delivered directly to Chambers),

in accordance with the customary practices of the Bankruptcy Court and General Order M-399,

to the extent applicable, and shall be served in accordance with General Order M-399, so as to be

filed and received no later than **June 24, 2019, at 4:00 p.m. (Eastern Time)** (the "Objection

Deadline").

      **PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and

received by the Objection Deadline, the relief requested herein may be granted without further

notice or a hearing.  If a written objection, in conformity with the above-referenced procedures,

is timely filed and served, the Court will notify Atlas and the objecting parties of the date and

time of any hearing.  Atlas and any objecting parties are required to attend the hearing; failure to

attend in person or by counsel may result in relief being granted or denied upon default.

Dated: June 13, 2019
      New York, New York

               COLE SCHOTZ P.C.

               By:    */s/ Jacob S. Frumkin*
                      Nolan E. Shanahan
                      Jacob S. Frumkin
                      1325 Avenue of the Americas, 19th Floor
                      New York, NY 10019
                      Telephone: (212) 752-8000
                      Facsimile: (212) 752-8393

                      *Counsel for Atlas Union Corp.*

2

# EXHIBIT A

## Proposed Stipulated Consent Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PENNY ANN BRADLEY<br><br>Debtor. | Chapter 11<br><br>Case No. 18-10122 (JLG) |

**STIPULATED CONSENT ORDER EXTENDING THE TIME WITHIN
WHICH ATLAS UNION CORP. MAY FILE A COMPLAINT TO DETERMINE
THE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. § 523(c)**

**RECITALS**

A.      On January 18, 2019, Penny Ann Bradley ("Debtor") commenced a voluntary

case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the

United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy

Court").

B.      The first date set for the meeting of creditors under section 341(a) of the

Bankruptcy Code was April 16, 2019.  Pursuant to Rule 4007(c) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), the time within which Atlas Union Corp.

("Atlas"), a creditor and party in interest in the Debtor's case, may file a complaint to determine

the dischargeability of a debt under section 523(c) of the Bankruptcy Code will expire on June

17, 2019 (the first business day after the weekend day (Saturday, June 15, 2019) on which the

period prescribed by Bankruptcy Rule 4007 will end in this case) (the "523(c) Deadline").

C.      The Debtor and Atlas have agreed to extend the 523(c) Deadline as set forth

below pursuant to Bankruptcy Rule 4007(c), without prejudice to further extension.

54451/0003-17444623v2

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned in

consideration of the recitals, and subject to the approval of the Bankruptcy Court, as follows:

1.      The 523(c) Deadline, as it pertains to Atlas, is extended through and including

September 30, 2019, pursuant to Bankruptcy Rule 4007(c).

2.      The relief granted by this Order is without prejudice to Atlas's right to seek

further extension of its 523(c) Deadline and the Debtor's right to oppose a further extension of

that deadline.

3.      This Court retains jurisdiction to hear and determine all matters arising from or

related to this Stipulation and Order.


Dated: June 13, 2019

**COLE SCHOTZ P.C.**                        **DANIEL S. ALTER, ESQ.**
Nolan E. Shanahan                           360 Westchester Avenue #316
Jacob S. Frumkin                            Port Chester, New York 10573
1325 Avenue of the Americas, 19th Floor     Tel: (914) 393-2388
New York, New York 10019                    *Counsel for Penny Ann Bradley*
Tel: (212) 752-8000
*Counsel for Atlas Union Corp.*             By: */s/ Daniel S. Alter*

By: */s/ Jacob S. Frumkin*


SO ORDERED THIS _____ DAY OF JUNE, 2019

_____
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

2