Daniel S. Alter
Attorney for the Debtor
360 Westchester Avenue, #316
Port Chester, New York 10573
(914) 934-2248

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

                                                                      Chapter 11
                                                                      Case No. 18-10122(JLG)

PENNY ANN BRADLEY,

                  Debtor.
----------------------------------------------------------X


**NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION FOR AN ORDER
DISMISSING CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §1112(b)(1)**

     **PLEASE TAKE NOTICE**, that the Debtor's motion seeking an order dismissing the Chapter 11 case pursuant to §1112(b)(1) of the Bankruptcy Code, dated March 30, 2018 [Docket No. 35], in the above-captioned Chapter 11 case, is hereby withdrawn.

Dated: Port Chester, New York
       July 2, 2019

                                         Daniel S. Alter
                                         Attorney for the Debtor
                                         By: */s/ Daniel S. Alter*
                                         360 Westchester Avenue   #316
                                         Port Chester, New York 10573
                                         (914) 393-2388