UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                      Chapter 11

PENNY ANN BRADLEY,                          Case No.: 18-10122 (JLG)

        Debtor.

---------------------------------------------------------------x

## AFFIDAVIT OF JACK BRADLEY

Jack Bradley, being duly sworn, deposes and says:

1. I am over 18 years old and reside in Pennsylvania and New York.

2. I am the son of Penny Ann Bradley, the debtor and debtor-in-possession in the above captioned case

3. I have been informed that the Office of the United States Trustee and NSM 82 LLC have referenced certain "luxury" watches (the "Watches") found in my mother's apartment in their respective pleadings.

4. The Watches, which are all men's watches, are owned solely by me. The Watches were gifted to me by my father, David Bradley. Attached hereto as Exhibit "A" is a photograph of the Watches and their boxes. The watch that came in the empty box in the photograph is the watch I regularly wear and was wearing at the time the photograph was taken. None of the Watches were given to me by my mother. The Watches were in my bedroom in my mother's apartment in New York City.

5. I have also been informed that the Office of the United States Trustee and NSM 82 LLC have referenced gold coins (the "Gold Coins") purchased by my mother in their respective pleadings.

1

6. The Gold Coins are owned solely by me. The Gold Coins, which are collectible coins, were gifted to me in or about 2015 by my mother. I do not keep the Gold Coins in my mother's apartment.

_____
Jack Bradley

Sworn to be before this 5th day of August, 2019

_____
Notary Public, State of Pennsylania

Commonwealth of Pennsylvania
Notarial Seal
MARY A HOCKENBERRY – Notary Public
GREGG TWP, CENTRE COUNTY
My Commission Expires May 22, 2021

2