**Fill in this information to identify the case:**

Debtor Name __Penny Ann Bradley_____

United States Bankruptcy Court for the: __Southern____ District of __New York__
(State)

Case number: __18-10122-JLG_____

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 04/19/2019 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Penny Ann Bradley holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| *See Attached* | | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name _____Penny Ann Bradley_____    Case number____18-10122-JLG_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✖ _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
　　MM /　DD　/ YYYY

**For individual Debtors:**

✖ _____
Signature of Debtor 1
Penny Ann Bradley
Printed name of Debtor 1

Date _____
　　MM /　DD　/ YYYY

✖ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
　　MM /　DD　/ YYYY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

In re:                                                Chapter 11

PENNY ANN BRADLEY,                                    Case No.: 18-10122 (JLG)

            Debtor.

--------------------------------------------------------------------x

**ATTACHMENT TO PERIODIC REPORT REGARDING VALUE, OPERATIONS, AND
PROFITABILITY OF ENTITIES IN WHICH THE DEBTOR'S ESTATE HOLDS A
SUBSTANTIAL OR CONTROLLING INTEREST**

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab# |
|---|---|---|
| 158 East 61 Street, LLC | 100% | 1 |
| 226 West 10th Street, LLC | 100% | 2 |
| 39 West 76 Street, LLC | 100% | 3 |
| 52 East 64th Street LLC | 33% | 4 |
| Bistro Shop Downtown LLC | 100% | 5 |
| Bistro Shop, LLC | 100% | 6 |
| Norfolk Street Management II LLC | 100% | 7 |
| Norfolk Street Management LLC | 0%[1] | 8 |
| PBOR LLC | 100% | 9 |
| PYNEMA Investors, LLC | 100% | 10 |
| TTC Group LLC[2] | 100% | 11 |

---

[1]    The 100% interest of debtor and debtor-in-possession Penny Ann Bradley in Norfolk Street Management
LLC was foreclosed upon and her ownership interest is now 0%.

[2]    During the period covered by this report, the name of this entity was officially changed from Sixpence
Development LLC to TTC Group LLC with the New York State Department of State.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                    Chapter 11

PENNY ANN BRADLEY,                                        Case No.: 18-10122 (JLG)

       Debtor.
----------------------------------------------------------------x

## EXHIBIT A TO TAB 1
## 158 East 61 Street, LLC

     158 East 61 Street, LLC has been inactive since 2009. There is no balance sheet, statement of income or statement of cash flow for the period covered by this report. There have been no changes in shareholders' or partners' equity for the period covered by this report.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                                        Chapter 11

PENNY ANN BRADLEY,                                            Case No.: 18-10122 (JLG)

       Debtor.

----------------------------------------------------------------x

## EXHIBIT B TO TAB 1
## 158 East 61 Street, LLC

    158 East 61 Street, LLC ("158 East") was formed on or about April 7, 2006 under the laws of the state of New York. 158 East was formed for the purpose of owning and selling real property located at 158 East 61st Street, New York, New York, which was sold in July 2009. 158 East is inactive and has been inactive since approximately 2009.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                          Chapter 11

PENNY ANN BRADLEY,                                              Case No.: 18-10122 (JLG)

        Debtor.
----------------------------------------------------------------x

## EXHIBIT C TO TAB 1
## <u>158 East 61 Street, LLC</u>

       There are no claims between 158 East 61 Street, LLC and any other entities controlled by debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                    Chapter 11

PENNY ANN BRADLEY,                                        Case No.: 18-10122 (JLG)

        Debtor.
-----------------------------------------------------------------x

## EXHIBIT D TO TAB 1
## 158 East 61 Street, LLC

       158 East 61 Street, LLC has been inactive since 2009. 158 East 61 Street, LLC is a disregarded entity for tax purposes and income and expenses of 158 East 61 Street, LLC would be picked up on Schedule C of debtor and debtor-in-possession Penny Ann Bradley's tax returns.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                              Chapter 11

PENNY ANN BRADLEY,                                  Case No.: 18-10122 (JLG)

        Debtor.
---------------------------------------------------------------x

## EXHIBIT E TO TAB 1
## 158 East 61 Street, LLC

     158 East 61 Street, LLC has been inactive since 2009 and does not have a bank account. During the period covered by this report, there have been no payments made by 158 East 61 Street, LLC on account of debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                          Chapter 11

PENNY ANN BRADLEY,                                              Case No.: 18-10122 (JLG)

        Debtor.
-----------------------------------------------------------------x

### EXHIBIT A TO TAB 2
### 226 West 10th Street, LLC

    226 West 10th Street, LLC has been inactive since 2008. There is no balance sheet, statement of income or statement of cash flow for the period covered by this report. There have been no changes in shareholders' or partners' equity for the period covered by this report.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                              Chapter 11

PENNY ANN BRADLEY,                                  Case No.: 18-10122 (JLG)

            Debtor.
--------------------------------------------------------------x

**EXHIBIT B TO TAB 2**
**226 West 10th Street, LLC**

226 West 10th Street, LLC ("226 West") was formed on or about September 25, 2006 under the laws of the state of New York. 226 West was formed for the purpose of owning and selling real property located at 226 West 10th Street, New York, New York which was sold in May 2008. 226 West is inactive and has been inactive since approximately 2008.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                          Chapter 11

PENNY ANN BRADLEY,                              Case No.: 18-10122 (JLG)

                    Debtor.
-----------------------------------------------------------------x

**EXHIBIT C TO TAB 2**
**226 West 10th Street, LLC**


    There are no claims between 226 West 10th Street, LLC and any other entities controlled by debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                              Chapter 11

PENNY ANN BRADLEY,                                  Case No.: 18-10122 (JLG)

                    Debtor.
--------------------------------------------------------------x

## EXHIBIT D TO TAB 2
## 226 West 10th Street, LLC

226 West 10th Street, LLC has been inactive since 2008. 226 West 10th Street, LLC is a disregarded entity for tax purposes and income and expenses of 226 West 10th Street, LLC would be picked up on Schedule C of debtor and debtor-in-possession Penny Ann Bradley's tax returns.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                            Chapter 11

PENNY ANN BRADLEY,                                Case No.: 18-10122 (JLG)

                    Debtor.
----------------------------------------------------------------x

**EXHIBIT E TO TAB 2**
**226 West 10th Street, LLC**

226 West 10th Street, LLC has been inactive since 2008 and does not have a bank account. During the period covered by this report, there have been no payments made by 226 West 10th Street, LLC on account of debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                              Chapter 11

PENNY ANN BRADLEY,                                  Case No.: 18-10122 (JLG)

           Debtor.
-----------------------------------------------------------------x

**EXHIBIT A TO TAB 3**
**39 West 76 Street, LLC**

      39 West 76 Street, LLC has been inactive since 2009. There is no balance sheet, statement of income or statement of cash flow for the period covered by this report. There have been no changes in shareholders' or partners' equity for the period covered by this report.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                              Chapter 11

PENNY ANN BRADLEY,                                  Case No.: 18-10122 (JLG)

              Debtor.
-----------------------------------------------------------------x

**EXHIBIT B TO TAB 3**
**39 West 76 Street, LLC**

     39 West 76 Street, LLC ("39 West") was formed on or about April 3, 2006 under the laws of the state of New York. 39 West was initially formed to purchase, rehabilitate and sell the real property located at 39 West 76th Street, New York, New York, but 39 West sold its interest in the contract to purchase that property in May 2006. With the proceeds, 39 West purchased real property located at 17 Noyac Bay Avenue, Sag Harbor, New York 11963 in December 2006, which real property 39 West sold in 2009. 39 West is inactive and has been inactive since approximately 2009.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                      Chapter 11

PENNY ANN BRADLEY,                                          Case No.: 18-10122 (JLG)

              Debtor.
----------------------------------------------------------------x

**EXHIBIT C TO TAB 3**
**39 West 76 Street, LLC**


     There are no claims between 39 West 76 Street, LLC and any other entities controlled by debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                    Chapter 11

PENNY ANN BRADLEY,                                        Case No.: 18-10122 (JLG)

        Debtor.
---------------------------------------------------------------x

## EXHIBIT D TO TAB 3
## 39 West 76 Street, LLC

      39 West 76 Street, LLC has been inactive since 2009. 39 West 76 Street, LLC is a disregarded entity for tax purposes and income and expenses of 39 West 76 Street, LLC would be picked up on Schedule C of debtor and debtor-in-possession Penny Ann Bradley's tax returns.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                          Chapter 11

PENNY ANN BRADLEY,                                              Case No.: 18-10122 (JLG)

           Debtor.
-----------------------------------------------------------------x

**EXHIBIT E TO TAB 3**
**39 West 76 Street, LLC**

    During the period covered by this report, there have been no payments made by 39 West
76 Street, LLC on account of debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                   Chapter 11

PENNY ANN BRADLEY,                                       Case No.: 18-10122 (JLG)

       Debtor.
-----------------------------------------------------------------x

**EXHIBIT A TO TAB 4**
**52 East 64th Street LLC**

     There is no balance sheet, statement of income or statement of cash flow for 52 East 64th Street LLC for the period covered by this report. There have been no changes in shareholders' or partners' equity for the period covered by this report.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                    Chapter 11

PENNY ANN BRADLEY,                                         Case No.: 18-10122 (JLG)

                    Debtor.
----------------------------------------------------------------x

## EXHIBIT B TO TAB 4
## 52 East 64th Street LLC

        52 East 64th Street LLC ("52 East") was formed on or about June 24, 2015 under the laws
of the state of New York. 67% of 52 East is owned by Mr. Berman. 52 East was formed for the
purpose of owning, rehabilitating and selling the real property located at 52 East 64th Street, New
York, New York ("Property"), which was previously owned directly or indirectly by Mr. Berman.
52 East purchased the Property for $13,000,000 by deed dated May 4, 2017. The Property is
encumbered by a mortgage held by Gryphon Funding, LLC in the principal amount of $9,500,000.
Construction at the Property has not yet begun.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                      Chapter 11

PENNY ANN BRADLEY,                                          Case No.: 18-10122 (JLG)

        Debtor.
-----------------------------------------------------------------x

**EXHIBIT C TO TAB 4**
**<u>52 East 64th Street LLC</u>**

      The balance sheet for PBOR LLC as of March 31, 2019 reflects a "Due from 52 E 64th Street LLC" in the amount of $161,377.86. <u>See</u> Dkt. No. 114 at p. 29. Debtor and debtor-in-possession Penny Ann Bradley is not aware of any other claims between 52 East 64th Street LLC and any other entities controlled by her.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                    Chapter 11

PENNY ANN BRADLEY,                                        Case No.: 18-10122 (JLG)

       Debtor.
--------------------------------------------------------------x

## EXHIBIT D TO TAB 4
## <u>52 East 64th Street LLC</u>

    52 East 64th Street LLC is a disregarded entity for tax purposes and income and expenses of 52 East 64th Street LLC would be picked up on Schedule C of debtor and debtor-in-possession Penny Ann Bradley's tax returns.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                    Chapter 11

PENNY ANN BRADLEY,                                        Case No.: 18-10122 (JLG)

        Debtor.
-----------------------------------------------------------------x

**EXHIBIT E TO TAB 4**
**<u>52 East 64th Street LLC</u>**

    During the period covered by this report, there have been no payments made by 52 East 64th Street LLC on account of debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                    Chapter 11

PENNY ANN BRADLEY,                                        Case No.: 18-10122 (JLG)

                    Debtor.
----------------------------------------------------------------x

**EXHIBIT A TO TAB 5**
**Bistro Shop Downtown LLC**

    Bistro Shop Downtown LLC has been inactive since 2014. There is no balance sheet, statement of income or statement of cash flow for the period covered by this report. There have been no changes in shareholders' or partners' equity for the period covered by this report.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                              Chapter 11

PENNY ANN BRADLEY,                                  Case No.: 18-10122 (JLG)

        Debtor.
----------------------------------------------------------------x

## EXHIBIT B TO TAB 5
### Bistro Shop Downtown LLC

     Bistro Shop Downtown LLC ("Bistro Shop Downtown") was formed on or about January 12, 2010 under the laws of the state of New York. Bistro Shop Downtown was formed for the purpose of owning and operating a restaurant in Greenwich Village, which restaurant business was sold in approximately July 2014. Bistro Shop Downtown is inactive and has been inactive since approximately 2014.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                          Chapter 11

PENNY ANN BRADLEY,                                              Case No.: 18-10122 (JLG)

        Debtor.
----------------------------------------------------------------x

**EXHIBIT C TO TAB 5**
**Bistro Shop Downtown LLC**

     There are no claims between Bistro Shop Downtown LLC and any other entities controlled by debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                    Chapter 11

PENNY ANN BRADLEY,                                        Case No.: 18-10122 (JLG)

        Debtor.
-----------------------------------------------------------------x

**EXHIBIT D TO TAB 5**
**<u>Bistro Shop Downtown LLC</u>**

       Bistro Shop Downtown LLC filed separate federal, state and local tax returns. There was no allocation of any tax attributes, refunds, or other benefits allocated between or among Bistro Shop Downtown LLC and debtor and debtor-in-possession Penny Ann Bradley or any non-debtor entities controlled by debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                          Chapter 11

PENNY ANN BRADLEY,                              Case No.: 18-10122 (JLG)

                    Debtor.
----------------------------------------------------------------x

**EXHIBIT E TO TAB 5**
**Bistro Shop Downtown LLC**

     Bistro Shop Downtown LLC has been inactive since 2014 and does not have a bank account. During the period covered by this report, there have been no payments made by Bistro Shop Downtown LLC on account of debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                          Chapter 11

PENNY ANN BRADLEY,                                              Case No.: 18-10122 (JLG)

   Debtor.
----------------------------------------------------------------x

## EXHIBIT A TO TAB 6
### Bistro Shop, LLC

  By Order dated May 20, 2019, Klinger & Klinger, LLP was employed as accountants for debtor and debtor-in-possession Penny Ann Bradley. The accountants are in the process of preparing a balance sheet, statement of income, and a statement of cash flow for Bistro Shop, LLC for the period covered by this report. There were no changes in shareholders' or partners' equity for the period covered by this report.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                            Chapter 11

PENNY ANN BRADLEY,                                Case No.: 18-10122 (JLG)

              Debtor.
----------------------------------------------------------------x

## EXHIBIT B TO TAB 6
### Bistro Shop, LLC

Bistro Shop, LLC ("Bistro Shop") was formed on or about October 11, 2006 under the laws of the state of New York. Bistro Shop was formed for the purpose of owning and operating a restaurant at leased premises located at 30-36 East 60th Street, New York, New York ("Premises"). Pursuant to a lease dated June 6, 2007 ("Lease") between Bistro Shop and N.Y. Park N. Salem, Inc. ("Landlord"), Bistro Shop rented portions of the ground floor and cellar of the Premises. A dispute over the Lease arose and, in 2009, Bistro Shop commenced an action against the Landlord in the Supreme Court of the State of New York, County of New York under Index No. 110907/2009. A trial was conducted before the state court over 7 days in July and August 2017. By Decision/Order entered on March 20, 2018, the state court entered judgment in favor of Bistro Shop and against the Landlord in the total amount of $2,308,539.41 and, inter alia, the Lease was rescinded. On March 28, 2018 and March 29, 2018, the sums of $1,860,172.54 and $412,524.01, respectively were paid to Bistro Shop on behalf of the Landlord, which were deposited in Bistro Shop's bank account ending *9255 at JPMorgan Chase Bank, N.A. Bistro Shop is not otherwise operating and does not have any current business.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                          Chapter 11

PENNY ANN BRADLEY,                              Case No.: 18-10122 (JLG)

         Debtor.

---------------------------------------------------------------x

## EXHIBIT C TO TAB 6
### Bistro Shop, LLC

The debtor and debtor-in-possession Penny Ann Bradley's retained accountants have identified the following transfers during the period covered by this report as "Due to/From" between Bistro Shop, LLC and PBOR LLC:

| | |
|---|---|
| i. | $300,000.00 on March 28, 2018; |
| ii. | $100,000.00 on March 29, 2018; |
| iii. | $140,000.00 on April 5, 2018; |
| iv. | $100,000.00 on May 8, 2018; |
| v. | $70,000.00 on May 9, 2018; |
| vi. | $30,000.00 on May 14, 2018; |
| vii. | $120,000.00 on May 17, 2018; |
| viii. | $80,000.00 on May 18, 2018; |
| ix. | $100,000.00 on May 24, 2018; |
| x. | $25,000.00 on June 11, 2018; |
| xi. | $200,000.00 on June 19, 2018; |
| xii. | $150,000.00 on July 2, 2018; |
| xiii. | $100,000.00 on July 3, 2018; |
| xiv. | $100,000.00 on July 10, 2018; |
| xv. | $100,000.00 on July 16, 2018; |
| xvi. | $75,000.00 on July 27, 2018; |
| xvii. | $110,000.00 on August 1, 2018; |
| xviii. | $20,000.00 on August 15, 2018; |
| xix. | $20,000.00 on August 20, 2018; |
| xx. | $55,000.00 on August 27, 2018; and |
| xxi. | $2,500 on September 6, 2018. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                          Chapter 11

PENNY ANN BRADLEY,                                              Case No.: 18-10122 (JLG)

       Debtor.
--------------------------------------------------------------x

## EXHIBIT D TO TAB 6
## Bistro Shop, LLC

     Bistro Shop, LLC files separate federal, state and local tax returns. There was no allocation of any tax attributes, refunds, or other benefits allocated between or among Bistro Shop, LLC and debtor and debtor-in-possession Penny Ann Bradley or any non-debtor entities controlled by debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                    Chapter 11

PENNY ANN BRADLEY,                                        Case No.: 18-10122 (JLG)

                    Debtor.
----------------------------------------------------------------x

**EXHIBIT E TO TAB 6**
**Bistro Shop, LLC**

  During the period covered by this report, there have been no payments made by Bistro Shop, LLC on account of debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                            Chapter 11

PENNY ANN BRADLEY,                                                Case No.: 18-10122 (JLG)

        Debtor.
-----------------------------------------------------------------x

**EXHIBIT A TO TAB 7**
**<u>Norfolk Street Management II LLC</u>**


       Norfolk Street Management II LLC does not have any current business operations. There is no balance sheet, statement of income or statement of cash flow for the period covered by this report. There have been no changes in shareholders' or partners' equity for the period covered by this report.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                            Chapter 11

PENNY ANN BRADLEY,                                Case No.: 18-10122 (JLG)

       Debtor.

----------------------------------------------------------------x

### EXHIBIT B TO TAB 7
### Norfolk Street Management II LLC

       Norfolk Street Management II LLC ("NSM II") was formed on or about April 12, 2016 under the laws of the state of New York. NSM II was formed as managing agent for the rehabilitation of the real property located at 52 East 64th Street, New York, New York ("Property"), which is owned by 52 East 64th Street, LLC. Under the Operating Agreement of 52 East 64th Street, LLC, NSM II is entitled to management fees in connection with the development of the Property. Construction has not yet begun at the Property and, accordingly, NSM II has not yet earned any management fees.

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                             Chapter 11

PENNY ANN BRADLEY,                                 Case No.: 18-10122 (JLG)

             Debtor.
-----------------------------------------------------------------x

## EXHIBIT C TO TAB 7
## Norfolk Street Management II LLC

There are no claims between Norfolk Street Management II LLC and any other entities
controlled by debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                        Chapter 11

PENNY ANN BRADLEY,                                            Case No.: 18-10122 (JLG)

        Debtor.
-----------------------------------------------------------------x

## EXHIBIT D TO TAB 7
## <u>Norfolk Street Management II LLC</u>

      Norfolk Street Management II LLC is a disregarded entity for tax purposes and income and expenses of Norfolk Street Management II LLC would be picked up on Schedule C of debtor and debtor-in-possession Penny Ann Bradley's tax returns.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                          Chapter 11

PENNY ANN BRADLEY,                                               Case No.: 18-10122 (JLG)

          Debtor.
-----------------------------------------------------------------x

**EXHIBIT E TO TAB 7**
**<u>Norfolk Street Management II LLC</u>**


     During the period covered by this report, there have been no payments made by Norfolk Street Management II LLC on account of debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                          Chapter 11

PENNY ANN BRADLEY,                                              Case No.: 18-10122 (JLG)

       Debtor.
----------------------------------------------------------------x

**EXHIBIT A TO TAB 8**
**Norfolk Street Management LLC**

      The interest of debtor and debtor-in-possession Penny Ann Bradley in Norfolk Street Management LLC was foreclosed upon and, accordingly, she does not have a balance sheet, statement of income or statement of cash flow for the period covered by this report.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                        Chapter 11

PENNY ANN BRADLEY,                                            Case No.: 18-10122 (JLG)

            Debtor.
------------------------------------------------------------------x

### EXHIBIT B TO TAB 8
### Norfolk Street Management LLC

Norfolk Street Management LLC ("NSM") was formed on or about March 17, 2014 under the laws of the state of New York. NSM is a real estate investment company that held a .01% interest in NSM82 LLC, which owns the real property located at 46 East 82nd Street, New York, New York ("Property"). NSM was to develop the Property, which was purchased on May 29, 2014 for $8,800,000. During 2014 and through 2015, NSM redeveloped the Property into an expansive and elegant townhouse offering over 7,300 square feet of living space, 5 bedrooms plus staff rooming, 6 bathrooms and 3 powder rooms over 7 levels. The Property is located at Madison Avenue just off of Manhattan's "Museum Mile".

On January 17, 2017, NSM filed a voluntary petition under Chapter 11 of the Bankruptcy Code in this Court. See Case No. 18-10113 (jlg). Pursuant to a Stipulation and Agreed Order, the automatic stay in NSM's case was modified to, inter alia, allow the foreclosure of debtor and debtor-in-possession Penny Ann Bradley's interest in NSM.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                          Chapter 11

PENNY ANN BRADLEY,                                              Case No.: 18-10122 (JLG)

        Debtor.
-----------------------------------------------------------------x

## EXHIBIT C TO TAB 8
## <u>Norfolk Street Management LLC</u>

      There are extensive claims held by PBOR LLC, an entity owned 100% by debtor and debtor-in-possession Penny Ann Bradley, against Norfolk Street Management LLC for, <u>inter alia</u>, monies expended for real estate taxes, legal fees, accounting fees, utilities, maintenance, architectural fees, and structural engineer fees relating to the property located at 46 East 82nd Street, New York, New York.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                          Chapter 11

PENNY ANN BRADLEY,                              Case No.: 18-10122 (JLG)

        Debtor.
--------------------------------------------------------------x

### EXHIBIT D TO TAB 8
### Norfolk Street Management LLC

     The interest of debtor and debtor-in-possession Penny Ann Bradley in Norfolk Street Management LLC was foreclosed upon and, accordingly, she does not have information about how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                          Chapter 11

PENNY ANN BRADLEY,                              Case No.: 18-10122 (JLG)

            Debtor.
----------------------------------------------------------------x

**EXHIBIT E TO TAB 8**
**<u>Norfolk Street Management LLC</u>**

        During the period covered by this report, there were no payments made by Norfolk Street
Management LLC on account of debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                              Chapter 11

PENNY ANN BRADLEY,                                                  Case No.: 18-10122 (JLG)


        Debtor.
-----------------------------------------------------------------x

## EXHIBIT A TO TAB 9
## PBOR LLC

By Order dated May 20, 2019, Klinger & Klinger, LLP was employed as accountants for debtor and debtor-in-possession Penny Ann Bradley. The accountants are in the process of preparing a balance sheet, statement of income, and a statement of cash flow for the period covered by this report. Operating reports that were filed with the Court for a portion of the period covered by this report include balance sheets and profit and loss statements for PBOR LLC, copies which are attached hereto. There were no changes in shareholders' or partners' equity for the period covered by this report.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                              Chapter 11

PENNY ANN BRADLEY,                                  Case No.: 18-10122 (JLG)

       Debtor.
------------------------------------------------------------------x

## EXHIBIT B TO TAB 9
## PBOR LLC

     PBOR LLC ("PBOR") was formed on or about February 25, 2016 under the laws of the state of New York. PBOR stands for "Penny Bradley Owners' Representative" as PBOR was initially formed to act as an owners' representative. PBOR is now primarily engaged in the business of real estate development and investment.

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                          Chapter 11

PENNY ANN BRADLEY,                              Case No.: 18-10122 (JLG)

              Debtor.
-------------------------------------------------------------x

## EXHIBIT C TO TAB 9
## PBOR LLC

There are extensive claims held by PBOR LLC against Norfolk Street Management LLC for, inter alia, monies expended for real estate taxes, legal fees, accounting fees, utilities, maintenance, architectural fees, and structural engineer fees relating to the property located at 46 East 82nd Street, New York, New York.

The debtor and debtor-in-possession Penny Ann Bradley's retained accountants have identified the following transfers during the period covered by this report as "Due to/From" between Bistro Shop, LLC and PBOR LLC:

|       |                                         |
|-------|-----------------------------------------|
| i.    | $300,000.00 on March 28, 2018;          |
| ii.   | $100,000.00 on March 29, 2018;          |
| iii.  | $140,000.00 on April 5, 2018;           |
| iv.   | $100,000.00 on May 8, 2018;             |
| v.    | $70,000.00 on May 9, 2018;              |
| vi.   | $30,000.00 on May 14, 2018;             |
| vii.  | $120,000.00 on May 17, 2018;            |
| viii. | $80,000.00 on May 18, 2018;             |
| ix.   | $100,000.00 on May 24, 2018;            |
| x.    | $25,000.00 on June 11, 2018;            |
| xi.   | $200,000.00 on June 19, 2018;           |
| xii.  | $150,000.00 on July 2, 2018;            |
| xiii. | $100,000.00 on July 3, 2018;            |
| xiv.  | $100,000.00 on July 10, 2018;           |
| xv.   | $100,000.00 on July 16, 2018;           |
| xvi.  | $75,000.00 on July 27, 2018;            |
| xvii. | $110,000.00 on August 1, 2018;          |
| xviii.| $20,000.00 on August 15, 2018;          |
| xix.  | $20,000.00 on August 20, 2018;          |
| xx.   | $55,000.00 on August 27, 2018; and      |
| xxi.  | $2,500 on September 6, 2018.             |

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                             Chapter 11

PENNY ANN BRADLEY,                                 Case No.: 18-10122 (JLG)

            Debtor.
-----------------------------------------------------------------x

## EXHIBIT D TO TAB 9
## PBOR LLC

To date, no tax returns have been filed for PBOR LLC and there are no tax attributes, refunds, or other benefits allocated between or among PBOR LLC and debtor and debtor-in-possession Penny Ann Bradley or any non-debtor entities controlled by debtor and debtor-in-possession Penny Ann Bradley.

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                          Chapter 11

PENNY ANN BRADLEY,                                              Case No.: 18-10122 (JLG)

        Debtor.
----------------------------------------------------------------x

## EXHIBIT E TO TAB 9
## PBOR LLC

During the period covered by this report, certain payments of claims, administrative expenses and professional fees were made by PBOR LLC, a non-debtor entity, on account of debtor and debtor-in-possession Penny Ann Bradley.   All such payments are reflected in the bank statements annexed to the operating reports that were filed with the Court for the period covered by this report and were primarily for ordinary monthly living expenses. See Dkt. Nos. 100-115. Debtor and debtor-in-possession Penny Ann Bradley, along with her professionals, are working together in order to reconcile such payments and reserves the right to supplement this Exhibit E.

# PBOR LLC

PROFIT AND LOSS

February 2018

|  | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | $0.00 |
| Expenses | |
| Bank Charges & Fees | 61.50 |
| Computer & Internet Expense | 5,000.00 |
| Consultant Expense | 550.00 |
| Contractors | 245.64 |
| Dues & Subs | 42.99 |
| Misc | -509.81 |
| Office Supplies & Software | 744.84 |
| Travel | 488.11 |
| **Total Expenses** | **$6,623.27** |
| NET OPERATING INCOME | $ -6,623.27 |
| NET INCOME | $ -6,623.27 |

# PBOR LLC

## BALANCE SHEET

As of February 28, 2018

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 48,859.35 |
| **Total Bank Accounts** | **$48,859.35** |
| Other Current Assets | |
| Due from 425 E 63 Street | |
| Due from 46 E 82nd street | 525.41 |
| Due from 52 E 64th Street LLC | 53,947.23 |
| Due from PB | 4,716.74 |
| Due from Six Pence Dev. | 11,254.69 |
| Due. from 530 EPA | 40.00 |
| **Total Other Current Assets** | 3,743.30 |
| | **$74,227.37** |
| **Total Current Assets** | **$123,086.72** |
| **TOTAL ASSETS** | **$123,086.72** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| **Total Liabilities** | |
| Equity | |
| Retained Earnings | |
| Net Income | 139,938.62 |
| **Total Equity** | -16,851.90 |
| | **$123,086.72** |
| **TOTAL LIABILITIES AND EQUITY** | **$123,086.72** |

# PBOR LLC

PROFIT AND LOSS

March 2018

|  | TOTAL |
|---|---|
| Income |  |
| **Total Income** |  |
| Cost of Goods Sold |  |
| Shipping | 38.53 |
| **Total Cost of Goods Sold** | **$38.53** |
| GROSS PROFIT | $ -38.53 |
| Expenses |  |
| Bank Charges & Fees | 49.89 |
| Consultant Expense | 5,500.00 |
| Insurance | 4,209.82 |
| Meals & Entertainment | 1,732.18 |
| Travel | 453.82 |
| **Total Expenses** | **$11,945.71** |
| NET OPERATING INCOME | $ -11,984.24 |
| NET INCOME | $ -11,984.24 |

# PBOR LLC

## BALANCE SHEET

As of March 31, 2018

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 210,552.08 |
| **Total Bank Accounts** | **$210,552.08** |
| Other Current Assets | |
| Due from 425 E 63 Street | 3,050.82 |
| Due from 46 E 82nd street | 134,345.82 |
| Due from 52 E 64th Street LLC | 9,716.74 |
| Due from PB | 149,696.99 |
| Due from Six Pence Dev. | 132.00 |
| Due. from 530 EPA | 3,578.03 |
| **Total Other Current Assets** | **$300,520.40** |
| **Total Current Assets** | **$511,072.48** |
| **TOTAL ASSETS** | **$511,072.48** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -30.00 |
| Due to Bistro Shop LLC | 400,000.00 |
| **Total Other Current Liabilities** | **$399,970.00** |
| **Total Current Liabilities** | **$399,970.00** |
| **Total Liabilities** | **$399,970.00** |
| Equity | |
| Retained Earnings | 139,938.62 |
| Net Income | -28,836.14 |
| **Total Equity** | **$111,102.48** |
| **TOTAL LIABILITIES AND EQUITY** | **$511,072.48** |

# PBOR LLC

## PROFIT AND LOSS

### April 2018

|  | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
| Advertising & Marketing | 30,000.00 |
| Bank Charges & Fees | 150.00 |
| Dues & Subs | 75.37 |
| Insurance | 3,924.49 |
| Legal & Professional Services | 2,850.00 |
| Meals & Entertainment | 343.97 |
| Travel | 508.43 |
| **Total Expenses** | **$37,852.26** |
| NET OPERATING INCOME | **$ -37,852.26** |
| NET INCOME | **$ -37,852.26** |

# PBOR LLC

## BALANCE SHEET

As of April 30, 2018

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 67,729.16 |
| **Total Bank Accounts** | **$67,729.16** |
| Other Current Assets | |
| Due from 425 E 63 Street | 8,176.64 |
| Due from 46 E 82nd street | 279,991.82 |
| Due from 52 E 64th Street LLC | 16,556.60 |
| Due from PB | 213,769.67 |
| Due from Six Pence Dev. | 724.00 |
| Due. from 530 EPA | 8,008.87 |
| **Total Other Current Assets** | **$527,227.60** |
| **Total Current Assets** | **$527,227.60** |
| **TOTAL ASSETS** | **$594,956.76** |
| | **$594,956.76** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -30.00 |
| Due to Bistro Shop LLC | 521,736.54 |
| **Total Other Current Liabilities** | **$521,706.54** |
| **Total Current Liabilities** | **$521,706.54** |
| **Total Liabilities** | **$521,706.54** |
| | **$521,706.54** |
| Equity | |
| Retained Earnings | 139,938.62 |
| Net Income | -66,688.40 |
| **Total Equity** | **$73,250.22** |
| **TOTAL LIABILITIES AND EQUITY** | **$594,956.76** |

# PBOR LLC

PROFIT AND LOSS

May 2018

|  | TOTAL |
|---|---|
| Income |  |
| **Total Income** |  |
| GROSS PROFIT | **$0.00** |
| Expenses |  |
| Contractors | 2,167.00 |
| Insurance | 4,500.60 |
| Travel | 229.97 |
| Utilities | 66.42 |
| **Total Expenses** | **$6,963.99** |
| NET OPERATING INCOME | **$ -6,963.99** |
| NET INCOME | **$ -6,963.99** |

# PBOR LLC

BALANCE SHEET

As of May 31, 2018

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 69,331.65 |
| **Total Bank Accounts** | **$69,331.65** |
| Other Current Assets | |
| Due from 425 E 63 Street | |
| Due from 46 E 82nd street | 5,026.64 |
| Due from 52 E 64th Street LLC | 427,586.81 |
| Due from DiStefano | 192,356.94 |
| Due from PB | 150,000.00 |
| Due from Six Pence Dev. | 227,908.33 |
| Due. from 530 EPA | 724.00 |
| **Total Other Current Assets** | 11,916.40 |
| | **$1,015,519.12** |
| **Total Current Assets** | **$1,084,850.77** |
| **TOTAL ASSETS** | |
| | **$1,084,850.77** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -30.00 |
| Due to Bistro Shop LLC | 1,018,594.54 |
| **Total Other Current Liabilities** | **$1,018,564.54** |
| **Total Current Liabilities** | **$1,018,564.54** |
| **Total Liabilities** | **$1,018,564.54** |
| Equity | |
| Retained Earnings | 139,938.62 |
| Net Income | -73,652.39 |
| **Total Equity** | **$66,286.23** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,084,850.77** |

# PBOR LLC

## PROFIT AND LOSS
### June 2018

|  | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
| Bank Charges & Fees | 175.00 |
| Consultant Expense | 12,808.95 |
| Dues & Subs | 280.96 |
| Travel | 86.80 |
| **Total Expenses** | **$13,351.71** |
| NET OPERATING INCOME | **$ -13,351.71** |
| NET INCOME | **$ -13,351.71** |

# PBOR LLC

## BALANCE SHEET

As of June 30, 2018

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 11,323.97 |
| **Total Bank Accounts** | **$11,323.97** |
| Other Current Assets | |
| Due from 425 E 63 Street | 7,140.05 |
| Due from 46 E 82nd street | 513,162.21 |
| Due from 52 E 64th Street LLC | 285,398.24 |
| Due from DiStefano | 175,000.00 |
| Due from PB | 261,388.95 |
| Due from Six Pence Dev. | 974.00 |
| Due. from 530 EPA | 42,111.64 |
| **Total Other Current Assets** | **$1,285,175.09** |
| **Total Current Assets** | **$1,296,499.06** |
| **TOTAL ASSETS** | **$1,296,499.06** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -30.00 |
| Due to Bistro Shop LLC | 1,243,594.54 |
| **Total Other Current Liabilities** | **$1,243,564.54** |
| **Total Current Liabilities** | **$1,243,564.54** |
| **Total Liabilities** | **$1,243,564.54** |
| Equity | |
| Retained Earnings | 139,938.62 |
| Net Income | -87,004.10 |
| **Total Equity** | **$52,934.52** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,296,499.06** |

# PBOR LLC

### PROFIT AND LOSS
July 2018

|  | TOTAL |
|---|---|
| Income |  |
| **Total Income** |  |
| GROSS PROFIT | **$0.00** |
| Expenses |  |
| Bank Charges & Fees | 118.00 |
| Dues & Subs | 135.32 |
| Meals & Entertainment | 221.18 |
| Travel | 116.39 |
| **Total Expenses** | **$590.89** |
| NET OPERATING INCOME | **$ -590.89** |
| NET INCOME | **$ -590.89** |

# PBOR LLC

## BALANCE SHEET

### As of July 31, 2018

|  | TOTAL |
| --- | ---: |
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 66,191.23 |
| **Total Bank Accounts** | **$66,191.23** |
| Other Current Assets | |
| Due from 425 E 63 Street | 7,648.61 |
| Due from 46 E 82nd street | 689,272.38 |
| Due from 52 E 64th Street LLC | 413,623.50 |
| Due from 530 EPA | 2,000.00 |
| Due from DiStefano | 200,000.00 |
| Due from PB | 366,565.38 |
| Due from Six Pence Dev. | 974.00 |
| Due. from 530 EPA | 73,831.07 |
| **Total Other Current Assets** | **$1,753,914.94** |
| **Total Current Assets** | **$1,820,106.17** |
| **TOTAL ASSETS** | **$1,820,106.17** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -30.00 |
| Due to Bistro Shop LLC | 1,767,792.54 |
| **Total Other Current Liabilities** | **$1,767,762.54** |
| **Total Current Liabilities** | **$1,767,762.54** |
| **Total Liabilities** | **$1,767,762.54** |
| Equity | |
| Retained Earnings | 139,938.62 |
| Net Income | -87,594.99 |
| **Total Equity** | **$52,343.63** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,820,106.17** |

# PBOR LLC

## PROFIT AND LOSS

### August 2018

|  | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
| Bank Charges & Fees | 393.00 |
| Consultant Expense | 19.95 |
| Dues & Subs | 412.61 |
| Travel | 12.76 |
| **Total Expenses** | **$838.32** |
| NET OPERATING INCOME | **$ -838.32** |
| NET INCOME | **$ -838.32** |

# PBOR LLC

## BALANCE SHEET

As of August 31, 2018

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 28,495.19 |
| **Total Bank Accounts** | **$28,495.19** |
| Other Current Assets | |
| Due from 425 E 63 Street | 9,812.83 |
| Due from 46 E 82nd street | 698,386.57 |
| Due from 52 E 64th Street LLC | 524,015.32 |
| Due from 530 EPA | 3,000.00 |
| Due from DiStefano | 205,000.00 |
| Due from PB | 451,310.18 |
| Due from Six Pence Dev. | 974.00 |
| Due. from 530 EPA | 102,873.76 |
| **Total Other Current Assets** | **$1,995,372.66** |
| **Total Current Assets** | **$2,023,867.85** |
| **TOTAL ASSETS** | **$2,023,867.85** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -30.00 |
| Due to Bistro Shop LLC | 1,972,392.54 |
| **Total Other Current Liabilities** | **$1,972,362.54** |
| **Total Current Liabilities** | **$1,972,362.54** |
| **Total Liabilities** | **$1,972,362.54** |
| Equity | |
| Retained Earnings | 139,938.62 |
| Net Income | -88,433.31 |
| **Total Equity** | **$51,505.31** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,023,867.85** |

# PBOR LLC

PROFIT AND LOSS

September 2018

|  | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
| Bank Charges & Fees | 205.00 |
| Consultant Expense | 19.95 |
| Dues & Subs | 2,605.71 |
| Travel | 770.76 |
| **Total Expenses** | **$3,601.42** |
| NET OPERATING INCOME | **$ -3,601.42** |
| NET INCOME | **$ -3,601.42** |

# PBOR LLC

## BALANCE SHEET

### As of September 30, 2018

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 11,584.39 |
| **Total Bank Accounts** | **$11,584.39** |
| Other Current Assets | |
| Due from 425 E 63 Street | 10,247.20 |
| Due from 46 E 82nd street | 698,386.57 |
| Due from 52 E 64th Street LLC | 525,212.82 |
| Due from 530 EPA | 12,014.16 |
| Due from DiStefano | 205,000.00 |
| Due from PB | 451,562.33 |
| Due from Six Pence Dev. | 974.00 |
| Due. from 530 EPA | 110,784.96 |
| **Total Other Current Assets** | **$2,014,182.04** |
| **Total Current Assets** | **$2,025,766.43** |
| **TOTAL ASSETS** | **$2,025,766.43** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -30.00 |
| Due to Bistro Shop LLC | 1,977,892.54 |
| **Total Other Current Liabilities** | **$1,977,862.54** |
| **Total Current Liabilities** | **$1,977,862.54** |
| **Total Liabilities** | **$1,977,862.54** |
| Equity | |
| Retained Earnings | 139,938.62 |
| Net Income | -92,034.73 |
| **Total Equity** | **$47,903.89** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,025,766.43** |

# PBOR LLC

### PROFIT AND LOSS
#### October 2018

|  | TOTAL |
|---|---:|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
|   Bank Charges & Fees | 380.00 |
|   Dues & Subs | 283.74 |
|   Travel | 220.24 |
| **Total Expenses** | **$883.98** |
| NET OPERATING INCOME | **$ -883.98** |
| NET INCOME | **$ -883.98** |

# PBOR LLC

### BALANCE SHEET
As of October 31, 2018

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 10,054.32 |
| **Total Bank Accounts** | **$10,054.32** |
| Other Current Assets | |
| Due from 425 E 63 Street | 11,153.90 |
| Due from 46 E 82nd street | 707,530.29 |
| Due from 52 E 64th Street LLC | 436,115.00 |
| Due from 530 EPA | 12,014.16 |
| Due from DiStefano | 205,000.00 |
| Due from PB | 516,249.20 |
| Due from Six Pence Dev. | 1,124.00 |
| Due. from 530 EPA | 118,641.58 |
| **Total Other Current Assets** | **$2,007,828.13** |
| **Total Current Assets** | **$2,017,882.45** |
| **TOTAL ASSETS** | **$2,017,882.45** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -30.00 |
| Due to Bistro Shop LLC | 1,970,892.54 |
| **Total Other Current Liabilities** | **$1,970,862.54** |
| **Total Current Liabilities** | **$1,970,862.54** |
| **Total Liabilities** | **$1,970,862.54** |
| Equity | |
| Retained Earnings | 139,938.62 |
| Net Income | -92,918.71 |
| **Total Equity** | **$47,019.91** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,017,882.45** |

# PBOR LLC

PROFIT AND LOSS

November 2018

|  | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
|   Bank Charges & Fees | 80.00 |
|   Dues & Subs | 288.06 |
|   Insurance | 6,541.00 |
| **Total Expenses** | **$6,909.06** |
| NET OPERATING INCOME | **$ -6,909.06** |
| NET INCOME | **$ -6,909.06** |

# PBOR LLC

## BALANCE SHEET

As of November 30, 2018

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 40,638.28 |
| **Total Bank Accounts** | **$40,638.28** |
| Other Current Assets | |
| Due from 425 E 63 Street | 11,587.36 |
| Due from 46 E 82nd street | 708,522.85 |
| Due from 52 E 64th Street LLC | 291,690.00 |
| Due from 530 EPA | 13,014.16 |
| Due from DiStefano | 205,000.00 |
| Due from PB | 616,020.16 |
| Due from Six Pence Dev. | 1,624.00 |
| Due. from 530 EPA | 122,156.58 |
| **Total Other Current Assets** | **$1,969,615.11** |
| **Total Current Assets** | **$2,010,253.39** |
| **TOTAL ASSETS** | **$2,010,253.39** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -50.00 |
| Due to Bistro Shop LLC | 1,970,192.54 |
| **Total Other Current Liabilities** | **$1,970,142.54** |
| **Total Current Liabilities** | **$1,970,142.54** |
| **Total Liabilities** | **$1,970,142.54** |
| Equity | |
| Retained Earnings | 139,938.62 |
| Net Income | -99,827.77 |
| **Total Equity** | **$40,110.85** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,010,253.39** |

# PBOR LLC

PROFIT AND LOSS

December 2018

|  | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
| Bank Charges & Fees | 165.18 |
| Computer & Internet Expense | 2,322.39 |
| Dues & Subs | 800.57 |
| Legal & Professional Services | 2,792.90 |
| Travel | 70.26 |
| **Total Expenses** | **$6,151.30** |
| NET OPERATING INCOME | **$ -6,151.30** |
| NET INCOME | **$ -6,151.30** |

# PBOR LLC

## BALANCE SHEET

As of December 31, 2018

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 27,728.26 |
| **Total Bank Accounts** | **$27,728.26** |
| Other Current Assets | |
| Due from 425 E 63 Street | 12,495.10 |
| Due from 46 E 82nd street | 712,468.99 |
| Due from 52 E 64th Street LLC | 259,658.99 |
| Due from 530 EPA | 20,714.16 |
| Due from DiStefano | 205,000.00 |
| Due from PB | 626,123.70 |
| Due from Six Pence Dev. | 1,624.00 |
| Due. from 530 EPA | 127,331.58 |
| **Total Other Current Assets** | **$1,965,416.52** |
| **Total Current Assets** | **$1,993,144.78** |
| **TOTAL ASSETS** | **$1,993,144.78** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -50.00 |
| Due to Bistro Shop LLC | 1,959,235.23 |
| **Total Other Current Liabilities** | **$1,959,185.23** |
| **Total Current Liabilities** | **$1,959,185.23** |
| **Total Liabilities** | **$1,959,185.23** |
| Equity | |
| Retained Earnings | 139,938.62 |
| Net Income | -105,979.07 |
| **Total Equity** | **$33,959.55** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,993,144.78** |

# PBOR LLC

### PROFIT AND LOSS
### January 2019

|  | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| Cost of Goods Sold | |
|   Cost of Goods Sold | 161.68 |
| **Total Cost of Goods Sold** | **$161.68** |
| GROSS PROFIT | **$ -161.68** |
| Expenses | |
|   Bank Charges & Fees | 194.50 |
|   Dues & Subs | 373.03 |
|   Meals & Entertainment | 374.05 |
|   Travel | 55.06 |
| **Total Expenses** | **$996.64** |
| NET OPERATING INCOME | **$ -1,158.32** |
| NET INCOME | **$ -1,158.32** |

# PBOR LLC

## BALANCE SHEET

As of January 31, 2019

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 1,041.55 |
| **Total Bank Accounts** | **$1,041.55** |
| Other Current Assets | |
| Due from 425 E 63 Street | 13,401.49 |
| Due from 46 E 82nd street | 712,068.99 |
| Due from 52 E 64th Street LLC | 259,813.70 |
| Due from 530 EPA | 21,214.16 |
| Due from DiStefano | 205,000.00 |
| Due from PB | 645,717.52 |
| Due from Six Pence Dev. | 1,624.00 |
| Due. from 530 EPA | 132,105.05 |
| **Total Other Current Assets** | **$1,990,944.91** |
| **Total Current Assets** | **$1,991,986.46** |
| **TOTAL ASSETS** | **$1,991,986.46** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -50.00 |
| Due to Bistro Shop LLC | 1,959,235.23 |
| **Total Other Current Liabilities** | **$1,959,185.23** |
| **Total Current Liabilities** | **$1,959,185.23** |
| **Total Liabilities** | **$1,959,185.23** |
| Equity | |
| Retained Earnings | 33,959.55 |
| Net Income | -1,158.32 |
| **Total Equity** | **$32,801.23** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,991,986.46** |

# PBOR LLC

PROFIT AND LOSS

February 2019

|  | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| Cost of Goods Sold | |
|   Shipping | 30.28 |
| **Total Cost of Goods Sold** | $30.28 |
| GROSS PROFIT | $ -30.28 |
| Expenses | |
|   Bank Charges & Fees | 120.00 |
|   Meals & Entertainment | 724.26 |
|   Travel | 655.64 |
| **Total Expenses** | $1,499.90 |
| NET OPERATING INCOME | $ -1,530.18 |
| NET INCOME | $ -1,530.18 |

# PBOR LLC

## BALANCE SHEET

As of February 28, 2019

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 7,965.85 |
| **Total Bank Accounts** | **$7,965.85** |
| Other Current Assets | |
| Due from 425 E 63 Street | 15,176.20 |
| Due from 46 E 82nd street | 714,245.50 |
| Due from 52 E 64th Street LLC | 161,377.86 |
| Due from 530 EPA | 21,214.16 |
| Due from DiStefano | 205,000.00 |
| Due from PB | 721,754.07 |
| Due from Six Pence Dev. | 1,624.00 |
| Due. from 530 EPA | 138,195.05 |
| **Total Other Current Assets** | **$1,978,586.84** |
| **Total Current Assets** | **$1,986,552.69** |
| **TOTAL ASSETS** | **$1,986,552.69** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -50.00 |
| Due to Bistro Shop LLC | 1,955,331.64 |
| **Total Other Current Liabilities** | **$1,955,281.64** |
| **Total Current Liabilities** | **$1,955,281.64** |
| **Total Liabilities** | **$1,955,281.64** |
| Equity | |
| Retained Earnings | 33,959.55 |
| Net Income | -2,688.50 |
| **Total Equity** | **$31,271.05** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,986,552.69** |

# PBOR LLC

## PROFIT AND LOSS
### March 2019

|  | TOTAL |
|---|---|
| Income |  |
| Uncategorized Income | 0.72 |
| **Total Income** | **$0.72** |
| GROSS PROFIT | $0.72 |
| Expenses |  |
| Bank Charges & Fees | 64.00 |
| Consultant Expense | 7,500.00 |
| Dues & Subs | 625.41 |
| Insurance | 1,328.27 |
| Travel | 1,455.06 |
| **Total Expenses** | **$10,972.74** |
| NET OPERATING INCOME | $ -10,972.02 |
| NET INCOME | $ -10,972.02 |

# PBOR LLC

## BALANCE SHEET

As of March 31, 2019

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 39,159.83 |
| **Total Bank Accounts** | **$39,159.83** |
| Other Current Assets | |
| Due from 425 E 63 Street | 14,185.81 |
| Due from 46 E 82nd street | 714,245.50 |
| Due from 52 E 64th Street LLC | 161,377.86 |
| Due from 530 EPA | 21,214.16 |
| Due from DiStefano | 205,000.00 |
| Due from PB | 681,220.46 |
| Due from Six Pence Dev. | -3,046.00 |
| Due. from 530 EPA | 142,223.05 |
| **Total Other Current Assets** | **$1,936,420.84** |
| **Total Current Assets** | **$1,975,580.67** |
| **TOTAL ASSETS** | **$1,975,580.67** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -50.00 |
| Due to Bistro Shop LLC | 1,955,331.64 |
| **Total Other Current Liabilities** | **$1,955,281.64** |
| **Total Current Liabilities** | **$1,955,281.64** |
| **Total Liabilities** | **$1,955,281.64** |
| Equity | |
| Retained Earnings | 33,959.55 |
| Net Income | -13,660.52 |
| **Total Equity** | **$20,299.03** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,975,580.67** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                    Chapter 11

PENNY ANN BRADLEY,                                        Case No.: 18-10122 (JLG)

                    Debtor.
----------------------------------------------------------------x

**EXHIBIT A TO TAB 10**
**PYNEMA INVESTORS LLC**


    PYNEMA Investors LLC has been inactive since 2009. There is no balance sheet, statement of income or statement of cash flow for the period covered by this report. There have been no changes in shareholders' or partners' equity for the period covered by this report.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                              Chapter 11

PENNY ANN BRADLEY,                                  Case No.: 18-10122 (JLG)

        Debtor.

----------------------------------------------------------------x

## EXHIBIT B TO TAB 10
## PYNEMA INVESTORS LLC

      PYNEMA Investors LLC ("PYNEMA") was incorporated on or about November 11, 2006 under the laws of the state of Delaware. PYNEMA was formed to invest in movie projects. PYNEMA has been inactive since 2009.

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                    Chapter 11

PENNY ANN BRADLEY,                                        Case No.: 18-10122 (JLG)

         Debtor.
-----------------------------------------------------------------x

## EXHIBIT C TO TAB 10
## <u>PYNEMA INVESTORS LLC</u>

     There are no claims between PYNEMA Investors LLC and any other entities controlled by debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                          Chapter 11

PENNY ANN BRADLEY,                                              Case No.: 18-10122 (JLG)

        Debtor.
-----------------------------------------------------------------x

### EXHIBIT D TO TAB 10
### PYNEMA INVESTORS LLC

    PYNEMA Investors LLC has been inactive since 2009. PYNEMA Investors LLC is a disregarded entity for tax purposes and income and expenses of PYNEMA Investors LLC would be picked up on Schedule C of debtor and debtor-in-possession Penny Ann Bradley's tax returns.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                          Chapter 11

PENNY ANN BRADLEY,                              Case No.: 18-10122 (JLG)

            Debtor.
---------------------------------------------------------------x

**EXHIBIT E TO TAB 10**
**PYNEMA INVESTORS LLC**

     PYNEMA Investors LLC has been inactive since 2009. During the period covered by this report, there have been no payments made by PYNEMA Investors LLC on account of debtor and debtor-in-possession Penny Ann Bradley.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                        Chapter 11

PENNY ANN BRADLEY,                                            Case No.: 18-10122 (JLG)

           Debtor.
-----------------------------------------------------------------x

## EXHIBIT A TO TAB 11
## TTC GROUP LLC

There is no balance sheet, statement of income or statement of cash flow for TTC Group LLC for the period covered by this report. There have been no changes in shareholders' or partners' equity for the period covered by this report.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                    Chapter 11

PENNY ANN BRADLEY,                                        Case No.: 18-10122 (JLG)

        Debtor.
----------------------------------------------------------------x

### EXHIBIT B TO TAB 11
### TTC GROUP LLC

      TTC Group LLC ("TTC"), formerly known as Sixpence Developments LLC, was formed on or about September 15, 2006 under the laws of the state of New York. On or about April 27, 2018, the entity name was changed from "Sixpence Developments LLC" to "TTC Group LLC". TTC is the entity through which debtor and debtor-in-possession Penny Ann Bradley operates her limited liability company broker license (NYS license no. 10491201361).

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                    Chapter 11

PENNY ANN BRADLEY,                                        Case No.: 18-10122 (JLG)

                    Debtor.
-----------------------------------------------------------------x

## EXHIBIT C TO TAB 11
## TTC GROUP LLC

     The balance sheet for PBOR LLC as of March 31, 2019 reflects a "Due from Six Pence Dev." in the amount of -$3,046.00. <u>See</u> Dkt. No. 114 at p. 29. Debtor and debtor-in-possession Penny Ann Bradley is not aware of any other claims between TTC Group LLC and any other entities controlled by her.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                        Chapter 11

PENNY ANN BRADLEY,                                            Case No.: 18-10122 (JLG)

              Debtor.
-----------------------------------------------------------------x

## EXHIBIT D TO TAB 11
## TTC GROUP LLC

TTC Group LLC files separate federal, state and local tax returns. There was no allocation of any tax attributes, refunds, or other benefits allocated between or among TTC Group LLC and debtor and debtor-in-possession Penny Ann Bradley or any non-debtor entities controlled by debtor and debtor-in-possession Penny Ann Bradley.

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                          Chapter 11

PENNY ANN BRADLEY,                                              Case No.: 18-10122 (JLG)

                      Debtor.
----------------------------------------------------------------x

**EXHIBIT E TO TAB 11**
**TTC GROUP LLC**

        During the period covered by this report, no payments were made by TTC Group LLC on
account of debtor and debtor-in-possession Penny Ann Bradley.