# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Date:  **August 14, 2019**
---------------------------------------------------------------x

In re:                                                                          Chapter 11

    Penny Ann Bradley,
                                                      Case No. 18-10122-jlg

Debtor.

---------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | Daniel S. Alter, Attorney to Debtor |
| | Andrew D. Velez-Rivera, Office of the United States Trustee |
| | Daniel F. X. Geoghan, Attorney to Atlas Union Corp. |
| | Kenneth L. Baum, Attorney to NSM82 LLC |
| | Richard Levy Jr., Attorney to Lydia I. Pollack, Russell H. Pollack |
| | Gary F. Herbst, Special Counsel to Debtor |
| | Sandra E. Mayerson, Counsel to various creditors |
| Proceedings: | Initial Case Conference (Docket No. 9) |
| | Motion to Appoint Trustee (Docket No. 131) |
| Order: | The above matters are hereby adjourned to **October 1, 2019, at 11:00 a.m**. |
| | On or before **September 24, 2019 at 4:00 p.m**., Counsel to the Debtor shall file a status letter with the Court (and deliver two hard copies, single-sided to Chambers). |

BY THE COURT:

    August 29, 2019
    New York, New York

                                                 /s/ *James L. Garrity, Jr.*
                                               Honorable James L. Garrity, Jr.
                                               United States Bankruptcy Judge