UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re  Penny Ann Bradley
       **Debtor**

Case No. 18-10122-jlg

Reporting Period:  19-Aug

Social Security #  4106
(last 4 digits only)

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury *(*28 U.S.C. Section 1746*)* that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____   Date 10/14/19

Signature of Joint Debtor _____   Date _____

**In re Penny Ann Bradley**

| | | |
|---|---|---|
| | Case No. | 18-10122-jlg |
| Debtor | Reporting Period: | 19-Aug |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must
be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Current Month Actual #2697 | Cumulative Filing to Date Actual |
|---|---|---|---|
| **Cash - Beginning of Month** | 1,409 | 24,517 | 136,146 |
| **RECEIPTS** | | | - |
| Wages (Net) | | | - |
| **Interest and Dividend Income** | | | - |
| Alimony and Child Support | - | | - |
| Social Security and Pension Income | | | - |
| Sale of Assets | | | - |
| Other Income *(attach schedule)* | - | - | 328,581 |
| **Total Receipts** | - | - | 328,581 |
| **DISBURSEMENTS** | | | |
| **ORDINARY ITEMS:** | | | |
| Mortgage Payment(s) | | | - |
| Rental Payment(s) | | | - |
| **Other Secured Note Payments** | | | - |
| Utilities | - | 32 | 8,081 |
| Insurance | - | - | 2,067 |
| Auto Expense | - | - | 1,879 |
| Lease Payments | | | - |
| IRA Contributions | | | - |
| Repairs and Maintenance | - | | 1,512 |
| Medical Expenses | - | | 23,768 |
| Food, Clothing, Hygiene | - | 4,418 | 40,798 |
| Charitable Contributions | - | | 273 |
| Alimony and Child Support Payments | - | | - |
| Taxes - Real Estate | - | | 43,172 |
| Taxes - Personal Property | | | - |
| Taxes - Other *(attach schedule)* | | | - |
| Travel and Entertainment | - | 966 | 8,300 |
| Gifts | - | 500 | 101 |
| Other *(attach schedule)* | 862 | 3,640 | 207,404 |
| **Total Ordinary Disbursements** | 862 | 9,556 | 337,353 |
| **REORGANIZATION ITEMS:** | | | |
| Professional Fees | - | | 68 |
| U. S. Trustee Fees | | - | 1 |
| Other Reorganization Expenses *(attach schedule)* | | | - |
| **Total Reorganization Items** | - | | 68 |
| **Total Disbursements** *(Ordinary + Reorganization)* | 862 | 9,556 | 337,422 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | (862) | (9,556) | (8,841) |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 547 | 14,961 | 127,306 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Current Month Acct #2697 | Cumulative Filing to Date Actual |
|---|---|---|---|
| **Other Income** | | | |
| Due to David Bradley | - | | 176,300 |
| Miscellaneous | - | | 105 |

| In re Penny Ann Bradley | Case No. | | 18-10122-jlg |
|---|---|---|---|
| Debtor | Reporting Period: | | 19-Aug |
| Due to Bistro | - | - | 90,841 |
| Due to PBOR | - | | 37,000 |
| Due from Sixpense Dev | - | | 2,000 |
| Due from 530 EPA | - | - | - |
| **Total** | - | - | 306,246 |
| **Other Taxes** | | | |
| | | | |
| | | | |
| **Other Ordinary Disbursements** | | | |
| Dues & Subscriptions | 790 | | 5,512 |
| Advertising & Marketing | 33 | | 294 |
| Interest Expense | - | - | 1,101 |
| Bank Fees | - | - | 1,741 |
| Office Supplies & Software | - | | 191 |
| Postage & Delivery | - | | 234 |
| Due from 46 E. 82nd St. | - | | 13,345 |
| Due from 52 E 64th St. | | 460 | 664 |
| Due from Jack Bradley | 39 | | 1,339 |
| Due to PBOR | - | | 100,500 |
| Due to Bistro | | | 20,000 |
| Due from 530 EPA | - | 3,180 | 10,082 |
| Due to Amex 2 | - | - | 47,541 |
| Withdrawal | - | - | 618 |
| **Total** | 862 | 3,640 | 203,161 |
| **Other Reorganization Expenses** | | | |
| | | | |
| | | | |
| | | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | | 10,418 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | | 10,418 |

In re Penny Ann Bradley _____       Case No. 18-10122-jlg _____
     **Debtor**      **Reporting Period:**    19-Aug _____

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating #0165 | DIP Acct #2697 | | |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | |
| | | | | |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE *** | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

_____
_____
_____
_____
_____

Penny Bradley

**CHASE 0165, Period Ending 08/31/2019**

**RECONCILIATION REPORT**

Reconciled on: 09/25/2019

Reconciled by: Lee Klinger

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                          USD

Statement beginning balance................................................................................................1,408.90
Checks and payments cleared (6)...........................................................................................-861.82
Deposits and other credits cleared (0).....................................................................................0.00
Statement ending balance.....................................................................................................547.08

Register balance as of 08/31/2019.........................................................................................547.08

**Details**

Checks and payments cleared (6)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/01/2019 | Expense | | | -729.46 |
| 08/05/2019 | Expense | | | -32.65 |
| 08/05/2019 | Expense | | | -27.21 |
| 08/07/2019 | Expense | | | -6.53 |
| 08/08/2019 | Expense | | | -38.99 |
| 08/08/2019 | Expense | | | -26.98 |
| Total | | | | -861.82 |



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

August 01, 2019 through August 30, 2019

Account Number: ▮▮▮▮ 0165

## CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00108668 DRE 802 144 24319 NNNNNNNNNNN T 1 000000000 69 0000
PENNY BRADLEY
40 E 78TH ST APT 11F
NEW YORK NY 10075-1830



## CHECKING SUMMARY    Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,408.90** |
| ATM & Debit Card Withdrawals | -27.21 |
| Electronic Withdrawals | -834.61 |
| **Ending Balance** | **$547.08** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.03 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $1,408.90 |
| 08/01 | Soho House New Y Membership 0002832204      Web ID: 2134195862 | -729.46 | 679.44 |
| 08/05 | Paypal      Inst Xfer  Linkedin      Web ID: Paypalsi77 | -32.65 | 646.79 |
| 08/05 | Recurring Card Purchase 08/03 Experian* Credit Repor 479-3436237 CA Card 8445 | -27.21 | 619.58 |
| 08/07 | Google      Apps_Comme US001lxi1F      Web ID: F770493581 | -6.53 | 613.05 |
| 08/08 | Paypal      Inst Xfer  Wsj Barron      Web ID: Paypalsi77 | -38.99 | 574.06 |
| 08/08 | Paypal      Inst Xfer  Hulu      Web ID: Paypalsi77 | -26.98 | 547.08 |
| | Ending Balance | | $547.08 |

**CHASE PRIVATE CLIENT**

August 01, 2019 through August 30, 2019

Account Number:                    0165

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Penny Bradley

**DIP Bank Acct, Period Ending 08/31/2019**

**RECONCILIATION REPORT**

Reconciled on: 09/25/2019

Reconciled by: Lee Klinger

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                    USD

Statement beginning balance..................................................................................................................24,516.06
Checks and payments cleared (1)..........................................................................................................-9,555.52
Deposits and other credits cleared (0)...................................................................................................0.00
Statement ending balance......................................................................................................................14,960.54

Register balance as of 08/31/2019.........................................................................................................14,960.54

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/31/2019 | Journal | 54 | | -9,555.52 |

Total                                                                                           -9,555.52

| Date | Description | | Amount | Handwritten Note | Balance |
|---|---|---|---|---|---|
| 07/24/2019 | VISA DDA PUR 486948 | TAXI SVC | $38.76 | | $24,960.42 |
| 07/24/2019 | VISA DDA PUR 486948 | TAXI SVC FRESH N | $24.36 | | $24,936.06 |
| 07/24/2019 | VISA DDA PUR 423168 | PRET A MANGER 0 | $2.00 | | $24,934.06 |
| 07/25/2019 | DDA WITHDRAW TW04B364  1470 SECOND | | $200.00 | | $24,734.06 |
| 07/25/2019 | VISA DDA PUR 469216 | ZITOMER PHARMA | $80.00 | | $24,654.06 |
| 07/25/2019 | VISA DDA PUR 486948 | QUEENS MEDALLI | $33.96 | | $24,620.10 |
| 07/29/2019 | VISA DDA PUR 413746 | D AGOSTINO  13 | $37.59 | | $24,582.51 |
| 07/31/2019 | VISA DDA PUR 476062 | BOTTLE AND SOU | $39.20 | | $24,543.31 |
| 07/31/2019 | VISA DDA PUR 475542 | FOOD PASSION | $27.25 | | $24,516.06 |
| 08/01/2019 | VISA DDA PUR 407105 | SISTINA RESTAUR | $363.36 | Food | $24,152.70 |
| 08/01/2019 | CON ED OF NY   INTELL CK   52E64 | | $228.71 | Utilities | $23,923.99 |
| 08/02/2019 | VISA DDA PUR 476062 | MCCABES WINE  S | $191.04 | Food | $23,732.95 |
| 08/02/2019 | HARLAND CLARKE  CHK ORDERS | | $32.05 | Utilities | $23,700.90 |
| 08/05/2019 | VISA DDA PUR 462275 | BUTTERFIELD MAI | $69.18 | Food | $23,631.72 |
| 08/05/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $25.56 | travel | $23,606.16 |
| 08/05/2019 | VISA DDA PUR 416407 | NYCTAXI5P40 | $13.30 | ✓ | $23,592.86 |
| 08/05/2019 | VISA DDA PUR 416407 | FEDEX OFFIC2190 | $11.95 | Household | $23,580.91 |
| 08/05/2019 | VISA DDA PUR 486948 | TAXI SVC MOUNT/ | $9.36 | travel | $23,571.55 |
| 08/08/2019 | VISA DDA PUR 449215 | LYFT   RIDE WED · | $34.03 | ✓ | $23,537.52 |
| 08/08/2019 | VISA DDA PUR 449215 | LYFT   RIDE WED : | $26.22 | | $23,511.30 |
| 08/08/2019 | VISA DDA PUR 449215 | LYFT   RIDE TUE 1 | $18.67 | ✓ | $23,492.63 |
| 08/08/2019 | VISA DDA PUR 486948 | TAXI SVC BROOKL | $17.16 | | $23,475.47 |
| 08/09/2019 | DDA PURCHASE 07928067  FOX HILL GARD | | $224.57 | 530 EPA Constv. | $23,250.90 |
| 08/12/2019 | VISA DDA PUR 426979 | GIGIS            S | $171.73 | Food | $23,079.17 |
| 08/12/2019 | VISA DDA PUR 416405 | EXXONMOBIL   47 | $84.77 | travel. | $22,994.40 |
| 08/12/2019 | VISA DDA PUR 449215 | SEAMLSS3GUYSRE | $32.82 | Food | $22,961.58 |
| 08/12/2019 | VISA DDA PUR 473693 | W R HICKEY BEER | $31.75 | Food | $22,929.83 |
| 08/13/2019 | DDA WITHDRAW TW04B364  1470 SECOND | | $500.00 | Cash. Household | $22,429.83 |
| 08/13/2019 | VISA DDA PUR 429910 | SNAPPYS 507 | $51.21 | travel (Gas) | $22,378.62 |
| 08/14/2019 | VISA DDA PUR 405523 | LYFT   RIDE TUE 2 | $27.05 | | $22,351.57 |
| 08/15/2019 | COLUMBIA GAS PA  SERV PYMT | | $57.00 | 530 EPA Utilities | $22,294.57 |
| 08/16/2019 | FREE ATM REBATE | | | $7.00 | $22,301.57 |

DIP Account #2697

| Date | Description | | Amount | Note | Balance |
|---|---|---|---|---|---|
| 08/16/2019 | DDA PURCHASE 318198 | DUANE | $147.48 | Household. | $22,154.09 |
| 08/19/2019 | VISA DDA PUR 427539 | THE CLASS | $165.00 | Travel + ent. | $21,989.09 |
| 08/19/2019 | VISA DDA PUR 462275 | BUTTERFIELD MAI | $96.50 | Food | $21,892.59 |
| 08/19/2019 | DDA PURCHASE 09000998 | USPS PO 3 229 E | $74.55 | Household. | $21,818.04 |
| 08/19/2019 | VISA DDA PUR 476501 | AAA MSHIP PAID C | $68.98 | Travel, | $21,749.06 |
| 08/19/2019 | VISA DDA PUR 462275 | BUTTERFIELD MAI | $67.74 | Food | $21,681.32 |
| 08/19/2019 | VISA DDA PUR 486948 | TAXI SVC QUEENS | $35.80 | travel | $21,645.52 |
| 08/19/2019 | VISA DDA PUR 405523 | LYFT   RIDE SAT 8 | $28.44 | ✓ | $21,617.08 |
| 08/19/2019 | VISA DDA PUR 449215 | SEAMLSSPUREPOK | $13.11 | Food. | $21,603.97 |
| 08/19/2019 | VISA DDA PUR 449215 | SQ BUTTERFIELD | $9.25 | | $21,594.72 |
| 08/19/2019 | VISA DDA PUR 427539 | THE CLASS | $2.00 | Travel + ent. | $21,592.72 |
| 08/20/2019 | DDA PURCHASE 319181 | THE HOME DEPO | $506.68 | 530 EPA . Constr | $21,086.04 |
| 08/20/2019 | DDA PURCHASE 319181 | THE HOME DEPO | $378.63 | ✓ | $20,707.41 |
| 08/20/2019 | DDA PURCHASE 319181 | THE HOME DEPO | $152.53 | ✓ | $20,554.88 |
| 08/20/2019 | VISA DDA PUR 424760 | FINE CLEANERS | $103.00 | Household. | $20,451.88 |
| 08/20/2019 | DDA PURCHASE 65324001 | SUNOCO 02302 | $74.00 | Travel. | $20,377.88 |
| 08/20/2019 | VISA DDA PUR 462275 | BUTTERFIELD MAI | $13.05 | Food | $20,364.83 |
| 08/21/2019 | DDA PURCHASE 319181 | THE HOME DEPO | $311.73 | 530 EPA . Constr | $20,053.10 |
| 08/21/2019 | VISA DDA PUR 473693 | W R HICKEY BEER | $296.70 | Food. | $19,756.40 |
| 08/21/2019 | VISA DDA PUR 401339 | UNCLE ELIS | $171.96 | Food. | $19,584.44 |
| 08/21/2019 | DDA PURCHASE 319181 | THE HOME DEPO | $129.80 | 530EPA Const | $19,454.64 |
| 08/26/2019 | DDA PURCHASE 0522 | GIANT MARTINS ( | $553.16 | Food | $18,901.48 |
| 08/26/2019 | VISA DDA PUR 413746 | HOMEGOODS 056 | $377.55 | 530 EPA furnishing | $18,523.93 |
| 08/26/2019 '151 | CHECK | M. France | $250.00 | Gift | $18,273.93 |
| 08/26/2019   152 | CHECK | M. Franco. | $250.00 | Gift. | $18,023.93 |
| 08/26/2019 | DDA PURCHASE 0000LJCS | WINE AND SP | $241.62 | Food | $17,782.31 |
| 08/26/2019 | DDA PURCHASE 319181 | THE HOME DEPO | $193.36 | 530 EPA Constn | $17,588.95 |
| 08/26/2019 | VISA DDA PUR 401339 | BEER BELLYS BEV | $127.01 | Food | $17,461.94 |
| 08/26/2019 | VISA DDA PUR 443106 | ACE OF STATE COI | $46.86 | 530 EPA Constn | $17,415.08 |
| 08/27/2019 '153 | CHECK | | $735.00 | 530 EPA Constu | $16,680.08 |
| 08/27/2019 | DDA WITHDRAW TW04C260 | 1276 LEXING | $500.00 | Cash. Household | $16,180.08 |
| 08/27/2019 | VISA DDA PUR 442629 | HOLY JADE SPA | $127.20 | travel + ent. | $16,052.88 |

| Date | Ref | Description | | Amount | Note | Balance |
|---|---|---|---|---|---|---|
| 08/28/2019 | | DDA WITHDRAW TW04C317 | TW04C317 | $500.00 | Cash. Household | $15,552.88 |
| 08/28/2019 | | VISA DDA PUR 429910 | SNAPPYS 507 | $49.24 | Travel. | $15,503.64 |
| 08/28/2019 | | DDA PURCHASE 319998 | EQUINOX | $2.50 | Travel + Ent. | $15,501.14 |
| 08/29/2019 | | VISA DDA PUR 432304 | ANTONUCCI | $138.13 | Food. | $15,363.01 |
| 08/29/2019 | | VISA DDA PUR 427539 | YOGAWORKS EAS | $59.00 | Travel + Ent | $15,304.01 |
| 08/29/2019 | | VISA DDA PUR 427539 | BODE NYC | $35.00 | Travel + Ent | $15,269.01 |
| 08/29/2019 | | VISA DDA PUR 405523 | LYFT   RIDE TUE 6 | $11.19 | Travel | $15,257.82 |
| 08/30/2019 | | CON ED OF NY   INTELL CK | | $231.20 | 52E64 - Utilities | $15,026.62 |
| 08/30/2019 | | VISA DDA PUR 419433 | LAYTNER S LINEN | $66.08 | 5300PA - Furnishing | $14,960.54 |
| 09/03/2019 | | DDA WITHDRAW 9856P | 1370 3RD AVE | $503.00 | Cash. Food | $14,457.54 |
| 09/03/2019 | | VISA DDA PUR 423900 | CITYROW UES | $33.56 | Travel + Ent | $14,423.98 |
| 09/03/2019 | | VISA DDA PUR 449215 | SEAMLSSASIAN83 | $32.03 | Food. | $14,391.95 |
| 09/03/2019 | | VISA DDA PUR 416407 | NYCTAXI5P60 | $11.80 | | $14,380.15 |
| 09/03/2019 | | VISA DDA PUR 469216 | SQ JUICE PRESS | $11.00 | | $14,369.15 |
| 09/03/2019 | | VISA DDA PUR 405523 | LYFT   RIDE SAT 5 | $10.08 | | $14,359.07 |
| 09/04/2019 | | VISA DDA PUR 413746 | TST CHOPT CREAT | $14.99 | | $14,344.08 |
| 09/04/2019 | | DDA PURCHASE 319998 | EQUINOX | $2.50 | | $14,341.58 |
| 09/06/2019 | | VISA DDA PUR 444500 | HOTELSCOM81449: | $336.40 | | $14,005.18 |
| 09/06/2019 | | VISA DDA PUR 412258 | JOWNY MARKET | $21.78 | | $13,983.40 |
| 09/09/2019 | 1530364 | CHECK | | $492.45 | | $13,490.95 |
| 09/09/2019 | | VISA DDA PUR 445388 | EVA S GARDEN FL | $255.86 | | $13,235.09 |
| 09/09/2019 | | VISA DDA PUR 469216 | TMOBILE POSTPAI | $226.61 | | $13,008.48 |
| 09/09/2019 | | VISA DDA PUR 476147 | TAK ROOM | $121.25 | | $12,887.23 |
| 09/09/2019 | | VISA DDA PUR 469216 | PATRICK LAFRIED | $74.50 | | $12,812.73 |
| 09/09/2019 | | VISA DDA PUR 449215 | SP  BERLIN NATUI | $53.02 | | $12,759.71 |
| 09/09/2019 | | VISA DDA PUR 405523 | LYFT   RIDE THU 1 | $24.59 | | $12,735.12 |
| 09/09/2019 | 1 | CHECK | | $23.82 | | $12,711.30 |
| 09/10/2019 | 158 | CHECK | | $1,626.59 | | $11,084.71 |
| 09/10/2019 | 156 | CHAMPION PARKING CHECK PMTS | | $1,365.03 | | $9,719.68 |
| 09/10/2019 | 160 | CHECK | | $800.00 | | $8,919.68 |
| 09/10/2019 | 154 | CHECK | | $716.32 | | $8,203.36 |
| 09/10/2019 | 157 | CHECK | | $642.36 | | $7,561.00 |

Penny Bradley

TRANSACTION REPORT

August 2019

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| CHASE 0165 | | | | | | | | | |
| Beginning Balance | | | | | | | | | 1,408.90 |
| 08/01/2019 | Expense | | No | | | CHASE 0165 | Dues and Subs | -729.46 | 679.44 |
| 08/05/2019 | Expense | | No | | | CHASE 0165 | Dues and Subs | -27.21 | 652.23 |
| 08/05/2019 | Expense | | No | | | CHASE 0165 | Advertising & Marketing | -32.65 | 619.58 |
| 08/07/2019 | Expense | | No | | | CHASE 0165 | Dues and Subs | -6.53 | 613.05 |
| 08/08/2019 | Expense | | No | | | CHASE 0165 | Dues and Subs | -26.98 | 586.07 |
| 08/08/2019 | Expense | | No | | | CHASE 0165 | Due from Jack Bradley | -38.99 | 547.08 |
| Total for CHASE 0165 | | | | | | CHASE 0165 | | $ -861.82 | |
| DIP Bank Acct | | | | | | | | | |
| Beginning Balance | | | | | | | | | 24,516.06 |
| 08/31/2019 | Journal Entry | 54 | No | | | DIP Bank Acct | -Split- | -9,555.52 | 14,960.54 |
| Total for DIP Bank Acct | | | | | | | | $ -9,555.52 | |
| TOTAL | | | | | | | | $ -10,417.34 | |

In re Penny Ann Bradley    Case No. 18-10122-jlg
Debtor    Reporting Period:    19-Aug

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| | See Attached Transaction Details | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Cash Disbursements | | | 10,418 |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Bank Account Disbursements | | | |

| Total Disbursements for the Month | 10,418 |
|-----------------------------------|--------|

FORM MOR-2 (INDV)
2/2008
PAGE 7 OF 12

In re Penny Ann Bradley
    Debtor

Case No. 18-10122-jlg
Reporting Period:    19-Aug

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| SCHEDULE A REAL PROPERTY | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property (attach schedule) | 2,115,000 | 2,115,000 |
| TOTAL REAL PROPERTY ASSETS | 2,115,000 | 2,115,000 |
| SCHEDULE B PERSONAL PROPERTY | | |
| Cash on Hand | 1,000 | 1,000 |
| Bank Accounts | 15,508 | 10,000 |
| Security Deposits | | |
| Household Goods & Furnishings | 10,000 | 10,000 |
| Books, Pictures, Art | | |
| Wearing Apparel | 1,000 | 1,000 |
| Furs and Jewelry | 7,000 | 7,000 |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | 249,900 | 249,900 |
| Partnerships & Joint Ventures | 2,000,000 | 2,000,000 |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property (attach schedule) | | |
| TOTAL PERSONAL PROPERTY | 2,284,408 | 2,278,900 |
| TOTAL ASSETS | 4,399,408 | 4,393,900 |

In re Penny Ann Bradley
**Debtor**

Case No. 18-10122-jlg
**Reporting Period:** 19-Aug

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |

| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
|---|---|---|
| Secured Debt | 1,625,000 | 1,625,000 |
| Priority Debt | 10,000.00 | 10,000.00 |
| Unsecured Debt | 419,000 | 419,000 |
| *TOTAL PRE-PETITION LIABILITIES* | 2,054,000 | 2,054,000 |
| *TOTAL LIABILITIES* | 2,054,000 | 2,054,000 |

In re Penny Ann Bradley
Debtor

Case No. 18-10122-jlg
Reporting Period: ___19-Aug___

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | N/A | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

In re Penny Ann Bradley                           Case No. 18-10122-jlg
          **Debtor**                         **Reporting Period:**        19-Aug

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re Penny Ann Bradley

Debtor

Case No. 18-10122-jlg

Reporting Peri 19-Aug

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1  Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | |
| 2  Is the Debtor delinquent in the timely filing of any post-petition tax returns? | X | |
| 3  Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4  Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5  Have any payments been made on pre-petition liabilities this reporting period? | X | |
| 6  Are any post petition State or Federal income taxes past due? | X | |
| 7  Are any post petition real estate taxes past due? | | X |
| 8  Are any other post petition taxes past due? | | X |
| 9  Have any pre-petition taxes been paid during this reporting period? | | X |
| 10  Are any amounts owed to post petition creditors delinquent? | X | |
| 11  Have any post petition loans been received by the Debtor from any party? | X | |
| 12  Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13  Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

In re     Penny Ann Bradley          Case No.                    1810122-jlg
          Debtor                     Reporting Period:            Aug-19

## ACCOUNTANTS FOOTNOTES

**THE ACCOMPANYING FINANCIAL STATEMENTS FOR PENNY ANN
BARDLEY AND PBOR ARE NOT FINAL AND ARE SUBJECT TO
CHANGE AS THE AFFILIATED ENTITIES UNDER CONTROL OF THE
DEBTOR, ARE STILL IN THE PROCESS OF BEING RECONCILED. WE
WILL CONTINUE TO UPDATE THIS REPORT AS WE COMPILE
ADDITIONAL INFORMATION.**

# Penny Bradley

PROFIT AND LOSS

August 2019

|  | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
| Advertising & Marketing | 32.65 |
| Dues and Subs | 790.18 |
| Gifts | 500.00 |
| Household Goods | 3,103.94 |
| Meals & Entertainment & Hygiene | 5,026.74 |
| Rent & Lease | 8,175.00 |
| Travel | 965.68 |
| Utilities | 441.80 |
| **Total Expenses** | **$19,035.99** |
| NET OPERATING INCOME | **$ -19,035.99** |
| NET INCOME | **$ -19,035.99** |

# Penny Bradley

BALANCE SHEET

As of August 31, 2019

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| CHASE 0165 | 547.08 |
| DIP Bank Acct | 14,960.54 |
| **Total Bank Accounts** | **$15,507.62** |
| Other Current Assets | |
| Due from 46 E. 82nd. St. | 60,768.91 |
| Due from 52 E. 64th St. | -21,880.79 |
| Due from 530 EPA | 142,169.17 |
| Due from East 63rd St. | 10,858.62 |
| Due from Jack Bradley | 39,077.12 |
| Due to Bistro | -44,823.94 |
| Loan to KS | 1,500.00 |
| **Total Other Current Assets** | **$187,669.09** |
| **Total Current Assets** | **$203,176.71** |
| **TOTAL ASSETS** | **$203,176.71** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Sixpence Dev | 12,000.00 |
| Due to Amex 2 | 463.95 |
| Due to David Bradley | 126,300.00 |
| Due to PBOR | 832,950.14 |
| **Total Other Current Liabilities** | **$971,714.09** |
| **Total Current Liabilities** | **$971,714.09** |
| **Total Liabilities** | **$971,714.09** |
| Equity | |
| Penny B. Transfers | 20,461.23 |
| Retained Earnings | -515,323.37 |
| Net Income | -273,675.24 |
| **Total Equity** | **$ -768,537.38** |
| **TOTAL LIABILITIES AND EQUITY** | **$203,176.71** |



**CHASE ○**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2019 through August 30, 2019

Account Number:　　　　　6922

### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000621 DRI 802 142 24819 NNNNNNNNNNN  1 000000000 D8 0000
PBOR LLC
40 E 78TH ST APT 11F
NEW YORK NY 10075-1830



## CHECKING SUMMARY    Chase Performance Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $4,561.41 |
| Deposits and Additions | 5 | 25,721.56 |
| Checks Paid | 3 | -4,934.50 |
| ATM & Debit Card Withdrawals | 52 | -7,506.31 |
| Electronic Withdrawals | 11 | -12,151.20 |
| Fees | 2 | -25.29 |
| **Ending Balance** | **73** | **$5,665.67** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | Online Transfer From Chk ...3593 Transaction#: 8500905684 | $15,000.00 |
| 08/05 | Venmo        Cashout        PPD ID: 5264681992 | 375.00 |
| 08/08 | Card Purchase Return    08/07 Amzn Mktp US Amzn.Com/Bill WA Card 4280 | 306.29 |
| 08/20 | Card Purchase Return    08/20 Amazon.Com Amzn.Com/Bill WA Card 4280 | 40.27 |
| 08/28 | Online Transfer From Chk ...3593 Transaction#: 8583659575 | 10,000.00 |
| **Total Deposits and Additions** | | **$25,721.56** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 3258 ^ |  | 08/16 | $2,500.00 |
| 3259 ^ |  | 08/26 | 1,257.50 |
| 3260 ^ |  | 08/26 | 1,177.00 |
| **Total Checks Paid** | | | **$4,934.50** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



August 01, 2019 through August 30, 2019

Account Number:                    6922

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 08/01 | Card Purchase With Pin  08/01 Nst IN-Home Golf M0762 New York NY Card 4280 | | $435.49 |
| 08/01 | Recurring Card Purchase 08/01 Intuit *Quickbooks 800-446-8848 CA Card 4280 | | 38.11 |
| 08/02 | Card Purchase | 08/01 Amazon.Com*MA85V9H12 Amzn.Com/Bill WA Card 4280 | 40.27 |
| 08/02 | Card Purchase | 08/01 Amzn Mktp US*MA8Yu6G Amzn.Com/Bill WA Card 4280 | 310.28 |
| 08/02 | Card Purchase | 08/01 Amazon.Com*MA1Rr5Hd2 Amzn.Com/Bill WA Card 4280 | 200.00 |
| 08/02 | Card Purchase | 08/02 Amzn Mktp US*MA3Pj0G Amzn.Com/Bill WA Card 4280 | 21.74 |
| 08/05 | Card Purchase | 08/02 Taxi Svc Woodside Woodside NY Card 4280 | 9.36 |
| 08/05 | Card Purchase | 08/05 Sally Thalia 253-224-6941 WA Card 4280 | 400.00 |
| 08/05 | Recurring Card Purchase 08/03 Uber Pass Help.Uber.CO 800-5928996 CA Card 4280 | | 24.99 |
| 08/07 | ATM Withdrawal | 08/07 35 E 72ND St New York NY Card 4280 | 800.00 |
| 08/07 | Recurring Card Purchase 08/07 Intuit *Quickbooks 800-446-8848 CA Card 4280 | | 10.89 |
| 08/08 | Card Purchase | 08/07 Fdh*Fresh Direct 866-283-7374 NY Card 4280 | 113.22 |
| 08/08 | Card Purchase | 08/06 The Smith  Midtown New York NY Card 4280 | 123.16 |
| 08/08 | Card Purchase | 08/07 Amazon.Com*MA3Up39W2 Amzn.Com/Bill WA Card 4280 | 28.21 |
| 08/08 | Card Purchase | 08/07 Fedex Offic21900002196 New York NY Card 4280 | 19.78 |
| 08/08 | Card Purchase | 08/08 Tst* Ristorante Morini New York NY Card 4280 | 141.93 |
| 08/09 | Card Purchase With Pin  08/09 The Home Depot 6841 State College PA Card 4280 | | 693.85 |
| 08/12 | Card Purchase With Pin  08/10 The Home Depot 6841 State College PA Card 4280 | | 203.18 |
| 08/12 | Card Purchase | 08/11 Amazon.Com*MA0Eb1Kk1 Amzn.Com/Bill WA Card 4280 | 91.16 |
| 08/12 | Card Purchase | 08/11 Amzn Mktp US*MA2L70R Amzn.Com/Bill WA Card 4280 | 74.69 |
| 08/12 | ATM Withdrawal | 08/12 12 E 86th St New York NY Card 4280 | 800.00 |
| 08/13 | Card Purchase | 08/13 Sally Thalia 253-224-6941 WA Card 4280 | 250.00 |
| 08/13 | Card Purchase | 08/12 Vesta  *AT&T Prepaid 866-6083007 OR Card 4280 | 71.97 |
| 08/13 | Recurring Card Purchase 08/13 Intuit *Quickbooks 800-446-8848 CA Card 4280 | | 43.55 |
| 08/13 | Recurring Card Purchase 08/13 Intuit *Quickbooks 800-446-8848 CA Card 4280 | | 43.55 |
| 08/13 | Recurring Card Purchase 08/13 Intuit *Quickbooks 800-446-8848 CA Card 4280 | | 43.55 |
| 08/14 | Card Purchase | 08/13 Fdh*Fresh Direct 866-283-7374 NY Card 4280 | 148.10 |
| 08/15 | Card Purchase | 08/15 Prime Video*MO93E2Fp2 888-802-3080 WA Card 4280 | 37.09 |
| 08/19 | Card Purchase | 08/16 Drizly  East River Li Drizly.Com NY Card 4280 | 92.61 |
| 08/19 | Card Purchase | 08/16 Persepolis New York NY Card 4280 | 144.12 |
| 08/19 | Card Purchase | 08/15 Taxi Svc Queens Long Island C NY Card 4280 | 11.16 |
| 08/19 | Card Purchase | 08/16 Audible US*MO7Kv3L32 888-283-5051 NJ Card 4280 | 15.85 |
| 08/19 | Card Purchase | 08/19 Sally Thalia 253-224-6941 WA Card 4280 | 250.00 |
| 08/20 | Card Purchase | 08/19 Amazon.Com*MO1Ie4Zv1 Amzn.Com/Bill WA Card 4280 | 37.00 |
| 08/20 | Card Purchase | 08/20 Amzn Mktp US*MO12J3Z Amzn.Com/Bill WA Card 4280 | 136.61 |
| 08/20 | Card Purchase | 08/20 Amzn Mktp US*MA8Gv3I Amzn.Com/Bill WA Card 4280 | 318.00 |
| 08/20 | Card Purchase | 08/19 Amzn Digital*MA3B879K 888-802-3080 WA Card 4280 | 5.29 |
| 08/20 | Card Purchase | 08/20 Prime Video*MO0P20Tq2 888-802-3080 WA Card 4280 | 10.55 |
| 08/20 | Card Purchase | 08/20 Audible US*MO8NV7Z51 888-283-5051 NJ Card 4280 | 18.93 |
| 08/21 | Card Purchase | 08/21 Amzn Mktp US*MO1044A Amzn.Com/Bill WA Card 4280 | 30.73 |
| 08/22 | Card Purchase | 08/21 Sp * Death Wish Coff Deathwishcoff NY Card 4280 | 115.98 |
| 08/26 | Card Purchase | 08/25 Amzn Mktp US*MO1Zg4P Amzn.Com/Bill WA Card 4280 | 78.04 |
| 08/26 | Card Purchase | 08/25 Amazon.Com*MO5Rp4V72 Amzn.Com/Bill WA Card 4280 | 56.13 |
| 08/26 | Card Purchase | 08/26 Amzn Mktp US*MO64O3L Amzn.Com/Bill WA Card 4280 | 40.53 |
| 08/26 | Card Purchase<br>Pound Sterl<br>7.99 X 1.232791 (Exchg Rte) | 08/24 Amazon Prime*MA42F2L Amzn.CO.Uk/Pm Card 4280 | 9.85 |
| 08/27 | Card Purchase | 08/26 Mercato.Com Fine Foo Httpswww.Merc NY Card 4280 | 88.47 |
| 08/27 | Card Purchase | 08/26 Psp*Achieve Today 800-7485199 UT Card 4280 | 19.95 |
| 08/28 | Card Purchase | 08/28 Sally Thalia 253-224-6941 WA Card 4280 | 150.00 |
| 08/29 | Card Purchase | 08/28 Fdh*Fresh Direct 866-283-7374 NY Card 4280 | 224.55 |



August 01, 2019 through August 30, 2019
Account Number:                    6922



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 08/30 | Card Purchase | 08/30 DR Sue Morter 317-8729373 IN Card 4280 | 99.00 |
| 08/30 | Card Purchase | 08/30 DR Sue Morter 317-8729373 IN Card 4280 | 297.00 |
| 08/30 | Card Purchase | 08/30 Amazon.Com*MO4Lb3Ey0 Amzn.Com/Bill WA Card 4280 | 37.84 |
| **Total ATM & Debit Card Withdrawals** | | | **$7,506.31** |

## ATM & DEBIT CARD SUMMARY

Penny Bradley  Card 4280

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,600.00 |
| Total Card Purchases | $5,906.60 |
| Total Card Deposits & Credits | $346.56 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,600.00 |
| Total Card Purchases | $5,906.60 |
| Total Card Deposits & Credits | $346.56 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 08/02 | Royal York Owner Web Pmts  Ltv9W | | Web ID: 9000179829 | $904.75 |
| 08/05 | 08/04 Online Transfer To Chk ...3233 Transaction#: 8504482181 | | | 300.00 |
| 08/05 | Paypal | Inst Xfer 1006265508435 | Web ID: Paypalsi77 | 8,000.00 |
| 08/05 | Paypal | Inst Xfer 1006265511716 | Web ID: Paypalsi77 | 240.00 |
| 08/05 | Paypal | Inst Xfer 1006265538794 | Web ID: Paypalsi77 | 175.00 |
| 08/06 | Paypal | Inst Xfer 1006284181724 | Web ID: Paypalsi77 | 1,500.00 |
| 08/12 | 08/11 Online Transfer To Chk ...3233 Transaction#: 8527414772 | | | 60.00 |
| 08/16 | 08/16 Online Transfer To Chk ...3233 Transaction#: 8546068074 | | | 200.00 |
| 08/23 | Paypal | Inst Xfer  Overstockco | Web ID: Paypalsi77 | 116.45 |
| 08/27 | Paypal | Inst Xfer  Lanaiyaking | Web ID: Paypalsi77 | 205.00 |
| 08/28 | 08/28 Online Transfer To Chk ...3233 Transaction#: 8583662234 | | | 450.00 |
| **Total Electronic Withdrawals** | | | | **$12,151.20** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/05 | Service Charges For The Month of July | $25.00 |
| 08/26 | Foreign Exch Rt ADJ Fee 08/24 Amazon Prime*MA42F2L Amzn.CO.Uk/Pm Card 4280 | 0.29 |
| **Total Fees** | | **$25.29** |

You were charged a monthly service fee of $30.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $2,966.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 08/01 | $4,087.81 | 08/07 | 6,500.53 | 08/13 | 4,005.02 |
| 08/02 | 2,610.77 | 08/08 | 6,380.52 | 08/14 | 3,856.92 |
| 08/05 | 8,811.42 | 08/09 | 5,686.67 | 08/15 | 3,819.83 |
| 08/06 | 7,311.42 | 08/12 | 4,457.64 | 08/16 | 1,119.83 |


CHASE ☺

August 01, 2019 through August 30, 2019

Account Number:                    6922

## DAILY ENDING BALANCE   *(continued)*

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 08/19 | 606.09 | 08/23 | -143.18 | 08/28 | 6,324.06 |
| 08/20 | 119.98 | 08/26 | -2,762.52 | 08/29 | 6,099.51 |
| 08/21 | 89.25 | 08/27 | -3,075.94 | 08/30 | 5,665.67 |
| 08/22 | -26.73 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $30.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $374.00 |
| **Total Service Charges** | **$404.00**  Will be assessed on 9/5/19 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 62 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Total Transactions** | **63** |

## SERVICE CHARGE DETAIL

| DESCRIPTION Your Product Includes: | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT     6922** | | | | | |
| Monthly Service Fee | 1 | | | $30.00 | $30.00 |
| Transactions | 63 | 0 | 63 | $0.00 | $0.00 |
| Subtotal | | | | | $30.00 |
| **Other Fees** | | | | | |
| Electronic Credits | 1 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 62 | 250 | 0 | $0.40 | $0.00 |
| Insufficient Funds/Overdraft Item Paid | 11 | 0 | 11 | $34.00 | $374.00 |
| **Total Service Charge (Will be assessed on 9/5/19)** | | | | | $404.00 |
| **ACCOUNT     6922** | | | | | |
| Monthly Service Fee | 1 | | | | |
| Electronic Credits | 1 | | | | |
| Non-Electronic Transactions | 62 | | | | |
| Insufficient Funds/Overdraft Item Paid | 11 | | | | |

 **CHASE**

August 01, 2019 through August 30, 2019

Account Number: ▮▮▮▮6922

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC

---

## IMAGES

ACCOUNT # ▮▮▮▮6922

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.



AUG 16 #0000003258 $2,500.00



AUG 26 #0000003259 $1,257.50

AUG 26 #0000003260 $1,177.00



August 01, 2019 through August 30, 2019

Account Number: ███████ 6922

This Page Intentionally Left Blank

# PBOR LLC

### PROFIT AND LOSS

### August 2019

| | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
| Bank Charges & Fees | 25.00 |
| Computer & Internet Expense | 179.65 |
| Consultant Expense | 1,274.95 |
| Dues & Subs | 34.78 |
| Interest Paid | 0.29 |
| Meals & Entertainment | 435.49 |
| Travel | 45.51 |
| **Total Expenses** | **$1,995.67** |
| NET OPERATING INCOME | **$ -1,995.67** |
| NET INCOME | **$ -1,995.67** |

# PBOR LLC

BALANCE SHEET

As of August 31, 2019

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| PERFBUS CHK (6922) | 5,665.67 |
| **Total Bank Accounts** | **$5,665.67** |
| Other Current Assets | |
| Due from 425 E 63 Street | 18,571.61 |
| Due from 46 E 82nd street | 636,490.50 |
| Due from 52 E 64th Street LLC | 56,922.47 |
| Due from 530 EPA | 171,587.85 |
| Due from DiStefano | 205,000.00 |
| Due from PB | 832,950.14 |
| Due from Six Pence Dev. | -2,046.00 |
| **Total Other Current Assets** | **$1,919,476.57** |
| **Total Current Assets** | **$1,925,142.24** |
| **TOTAL ASSETS** | **$1,925,142.24** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Due from Norfolk Street Management | -250.00 |
| Due to Bistro Shop LLC | 1,990,081.64 |
| **Total Other Current Liabilities** | **$1,989,831.64** |
| **Total Current Liabilities** | **$1,989,831.64** |
| **Total Liabilities** | **$1,989,831.64** |
| Equity | |
| Owner's Investment | 54,000.00 |
| Retained Earnings | -16,250.33 |
| Net Income | -102,439.07 |
| **Total Equity** | **$ -64,689.40** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,925,142.24** |