UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                      Chapter 11

PENNY ANN BRADLEY,                                        Case No.: 18-10122 (JLG)

        Debtor.
---------------------------------------------------------------x

**ORDER DENYING DEBTOR'S MOTION
ESTIMATING THE CLAIM OF ATLAS UNION CORP.
<u>WITHOUT PREJUDICE</u>**

UPON the notice of hearing and motion (the "<u>Motion</u>") of Penny Ann Bradley, the Chapter 11 debtor and debtor-in-possession (the "<u>Debtor</u>"), pursuant to 11 U.S.C. (the "<u>Bankruptcy Code</u>") §§ 105(a) and 502(c), seeking the entry of an Order estimating the claim of Atlas Union Corp. ("<u>Atlas</u>") at $0.00; and upon the Affidavit of Service which was filed with the Court; and upon the Opposition (the "<u>Opposition</u>") to the Motion filed by Atlas on August 12, 2019; and upon the Reply in further support of the Motion filed by the Debtor on August 12, 2019; and upon the hearing held before this Court on August 14, 2019 at 10:00 a.m. (the "<u>Hearing</u>"), the record of which is incorporated by reference; and for the reasons stated by the Court at the Hearing, therefore, it is hereby

**ORDERED,** that the relief requested in the Motion is denied without prejudice.

Dated: January 10, 2020
       New York, New York

                                                   /s/ *James L. Garrity, Jr.*
                                               Honorable James L. Garrity, Jr.
                                               United States Bankruptcy Court