UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Penny Ann Bradley

Debtor

Case No. 18-10122-jlg

Reporting Period: 19-Dec

Social Security #     4106
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor           Date 2/7/20

Signature of Joint Debtor         Date

Penny Bradley

Notes to Operating Reports

The attached Monthly Operating Reports have been prepared to reflect disbursements made on behalf
of the Individual Debtor by the various non-debtor entities which were under her control. We have
attached the following schedules to this Monthly Operating Report in an effort to inform the user:

1. A SCHEDULE OF PAYMENTS MADE ON BEHALF OF DEBTOR FROM THE RELATED ENTITIES UNDER
   HER CONTROL.
2. A PROFIT & LOSS STATEMENT & BALANCE SHEET FOR THE INDIVIDUAL DEBTOR.
3. A DETAILED GENERAL LEDGER EVIDENCING ALL TRANSACTIONS BETWEEN THE DEBTOR AND THE
   RELATED ENTITIES.
4. AN AMENDED CALCULATION OF UNITED STATES TRUSTEE FEES, WHICH ARE INCLUSIVE OF THE
   DISBURSEMENTS MADE ON BEHALF OF THE DEBTOR.

| | | | | |
|---|---|---|---|---|
| Debtor | | Reporting Period: | | 19-Dec |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Chase Acct. #0165 | Current Month TD Bank Acct #2697 | Current Month Chase Acct. #1870 | Cumulative Filing to Date |
|---|---|---|---|---|
| Cash - Beginning of Month | 0 | 9,355 | - | 20,461 |
| **RECEIPTS** | | | | - |
| Wages (Net) | | | | - |
| **Interest and Dividend Income** | | | | - |
| Alimony and Child Support | - | - | | 187,750 |
| Social Security and Pension Income | | | | - |
| Sale of Assets | | | | - |
| Other Income *(attach schedule)* | - | 30,000 | - | 231,114 |
| **Total Receipts** | - | 30,000 | - | 418,864 |
| **DISBURSEMENTS** | | | | |
| **ORDINARY ITEMS:** | | | | |
| Mortgage Payment(s) | | | | - |
| Rental Payment(s) | | 8,175 | | 16,350 |
| **Other Secured Note Payments** | | | | - |
| Utilities | - | 1,321 | | 11,647 |
| Insurance | | 1,628 | | 10,144 |
| Auto Expense | - | - | | 2,929 |
| Lease Payments | | | | - |
| IRA Contributions | | | | - |
| Repairs and Maintenance | - | - | | 2,078 |
| Medical Expenses | | - | | 29,285 |
| Food, Clothing, Hygiene | - | 12,649 | | 66,177 |
| Charitable Contributions | - | | | 273 |
| Alimony and Child Support Payments | - | | | - |
| Taxes – Real Estate | - | | | 43,172 |
| Taxes - Personal Property | | | | - |
| Taxes - Other *(attach schedule)* | | | | - |
| Travel and Entertainment | - | 9,426 | | 25,501 |
| Gifts | - | - | | 918 |
| Other *(attach schedule)* | - | 1,193 | - | 222,112 |
| **Total Ordinary Disbursements** | - | 34,393 | - | 430,586 |
| **REORGANIZATION ITEMS:** | | | | |
| Professional Fees | - | - | | 1,823 |
| U. S. Trustee Fees | | 24 | | 1,978 |
| Other Reorganization Expenses *(attach schedule)* | | | | - |
| **Total Reorganization Items** | - | 24 | | 3,801 |
| **Total Disbursements** *(Ordinary + Reorganization)* | - | 34,417 | - | 434,386 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | - | (4,417) | - | (15,522) |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 0 | 4,938 | - | 4,938 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Chase Acct. #0165 | Current Month TD Bank Acct #2697 | Current Month Chase Acct. #1870 | Cumulative Filing to Date |
|---|---|---|---|---|
| **Other Income** | | | | |
| David Bradley | - | | | 58,550 |
| Miscellaneous Cash Receipts | - | 10,000 | - | 15,723 |
| Bistro | - | - | - | 92,841 |
| PBOR | - | - | | 42,000 |
| Sixpense Development | - | | | 2,000 |
| 52 E. 64th St. | - | 20,000 | | 20,000 |
| **Total** | - | 30,000 | - | 231,114 |
| **Other Taxes** | | | | |
| | | | | |
| | | | | |

| Other Ordinary Disbursements | | | | |
|---|---|---|---|---|
| Dues & Subscriptions | - | 793 | | 8,119 |
| Advertising & Marketing | - | | | 294 |
| Interest Expense | - | - | | 1,101 |
| Bank Fees | - | 25 | | 1,826 |
| Office Supplies & Software | - | | | 191 |
| Postage & Delivery | - | - | | 307 |
| 46 E. 82nd St. | - | | | 13,345 |
| 52 E. 64th St. | | - | | 664 |
| Jack Bradley Payments | - | - | - | 7,652 |
| PBOR | - | - | | 104,550 |
| Bistro | | | | 20,000 |
| 530 EPA | - | - | - | 13,478 |
| Payments to American Express | - | - | - | 47,541 |
| Withdrawal | - | - | | 618 |
| Consulting Expense | | 375 | | 2,425 |
| | | | | - |
| | | | | |
| Total | - | 1,193 | - | 222,112 |
| Other Reorganization Expenses | | | | |
| | | | | |
| | | | | |
| | | | | |

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | | |
|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | | 34,417 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | | | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY PBOR LLC (see attached detailed schedules) | | | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | | | 34,417 |

## SCHEDULE OF PAYMENTS MADE ON BEHALF OF DEBTOR FROM RELATED ENTITIES

| RELATED ENTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| PBOR LLC | SEE ATTACHED TRANSACTION REPORT | - |
| | | $ - |
| | Less transfers between accounts | - |
| | Net Disbursements from affiliated entities | $ - |

# BANK RECONCILIATIONS

## Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Current Month Chase Acct. #0165 | Current Month TD Bank Acct #2697 | Current Month Chase Acct. #1870 | |
|---|---|---|---|---|
| BALANCE PER BOOKS | See Attached | | | |
| | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| ADJUSTED BANK BALANCE * | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

# Penny Bradley
# Reconciliation Summary
### TD Bank DIP 2697, Period Ending 12/31/2019

|  | Dec 31, 19 |
|---|---|
| Beginning Balance | 9,354.15 |
|   Cleared Transactions | |
|     Checks and Payments - 1 item | -4,416.22 |
|   Total Cleared Transactions | -4,416.22 |
| Cleared Balance | 4,937.93 |
| Register Balance as of 12/31/2019 | 4,937.93 |
| Ending Balance | 4,937.93 |

# Penny Bradley
## Reconciliation Detail
### TD Bank DIP 2697, Period Ending 12/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 9,354.15 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| General Journal | 12/31/2019 | 34 | | X | -4,416.22 | -4,416.22 |
| Total Checks and Payments | | | | | -4,416.22 | -4,416.22 |
| Total Cleared Transactions | | | | | -4,416.22 | -4,416.22 |
| Cleared Balance | | | | | -4,416.22 | 4,937.93 |
| Register Balance as of 12/31/2019 | | | | | -4,416.22 | 4,937.93 |
| **Ending Balance** | | | | | **-4,416.22** | **4,937.93** |

| Date | Description | | Amount (Debit) | Amount (Credit) | Balance |
|------|-------------|---|---|---|---|
| 11/29/2019 | VISA DDA PUR 475542 | MARK RESTAURAN | $285.86 | | $10,062.85 |
| 11/29/2019 | VISA DDA PUR 419433 | JEFFREY STEIN SA | $272.75 | | $9,790.10 |
| 11/29/2019 | VISA DDA PUR 449215 | MERCATO CO MEI | $114.94 | | $9,675.16 |
| 11/29/2019 | VISA DDA PUR 449215 | DRIZLY BOTTLE S | $111.39 | | $9,563.77 |
| 11/29/2019 | VISA DDA PUR 449215 | DRIZLY WINE AT ' | $44.15 | | $9,519.62 |
| 11/29/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $42.96 | | $9,476.66 |
| 11/29/2019 | VISA DDA PUR 449215 | DRIZLY EAST SID | $40.12 | | $9,436.54 |
| 11/29/2019 | VISA DDA PUR 449215 | PAYPAL PATSYSP | $38.47 | | $9,398.07 |
| 11/29/2019 | VISA DDA PUR 449215 | PAYPAL LYFT RID | $22.32 | | $9,375.75 |
| 11/29/2019 | VISA DDA PUR 480166 | MAMAS PIZZA | $10.50 | | $9,365.25 |
| 11/29/2019 | VISA DDA PUR 449215 | PAYPAL LYFT CAI | $6.00 | | $9,359.25 |
| 11/29/2019 | VISA DDA PUR 423168 | PRET A MANGER 0 | $5.10 | | $9,354.15 |
| 12/02/2019 | VISA DDA PUR 443105 | BARNEYS NEW YO | $1,295.05 | | $8,059.10 |
| 12/02/2019 | VISA DDA PUR 476501 | BARREL TO BOTTL | $122.37 | | $7,936.73 |
| 12/02/2019 | DDA PURCHASE 319851 | WAWA 208 | $75.00 | | $7,861.73 |
| 12/02/2019 | VISA DDA PUR 449215 | PAYPAL LYFT RID | $44.27 | | $7,817.46 |
| 12/02/2019 | VISA DDA PUR 449215 | PAYPAL MIDNIGH | $43.81 | | $7,773.65 |
| 12/02/2019 | VISA DDA PUR 449215 | PAYPAL LYFT RID | $12.20 | | $7,761.45 |
| 12/02/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $11.16 | | $7,750.29 |
| 12/02/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $9.96 | | $7,740.33 |
| 12/02/2019 | DDA PURCHASE 22775401 WAWA 208 | | $8.01 | | $7,732.32 |
| 12/03/2019 | VISA DDA PUR 463422 | SUSHI OF GARI | $654.17 | | $7,078.15 |
| 12/03/2019 | VISA DDA PUR 443565 | PTC EZ PASS AUT | $100.00 | | $6,978.15 |
| 12/03/2019 | CON ED OF NY INTELL CK | | $76.43 | | $6,901.72 |
| 12/03/2019 | VISA DDA PUR 449215 | PAYPAL MARIELL | $38.92 | | $6,862.80 |
| 12/03/2019 | VISA DDA PUR 449215 | PAYPAL CAFEFRE | $8.29 | | $6,854.51 |
| 12/03/2019 | VISA DDA PUR 449215 | PAYPAL LYFT CAI | $6.00 | | $6,848.51 |
| 12/04/2019 | DEPOSIT TRANSFER From Checking 436042 | | | $20,000.00 | $26,848.51 |
| 12/04/2019 | DEBIT | | $8,175.00 | | $18,673.51 |
| 12/04/2019 | DDA WITHDRAW TW04B447 685 3RD AVEN | | $500.00 | | $18,173.51 |
| 12/04/2019 | VISA DDA PUR 449215 | PAYPAL FRESHDI | $159.77 | | $18,013.74 |
| 12/04/2019 | VISA DDA PUR 449215 | PAYPAL WEEBLY | $52.26 | | $17,961.48 |

| Date | Description | | Amount | Deposit | Balance |
|------|-------------|---|--------|---------|---------|
| 12/04/2019 | VISA DDA PUR 449215 | PAYPAL NECTAR | $27.95 | | $17,933.53 |
| 12/04/2019 | VISA DDA PUR 486948 | TAXI SVC NEW YO | $25.56 | | $17,907.97 |
| 12/04/2019 | VISA DDA PUR 416407 | NYCTAXI3T16 | $15.80 | | $17,892.17 |
| 12/04/2019 | VISA DDA PUR 469216 | STARBUCKS STOR | $7.51 | | $17,884.66 |
| 12/05/2019 | DDA WITHDRAW TW04C342 593 THIRD A | | $500.00 | | $17,384.66 |
| 12/05/2019 | VISA DDA PUR 449215 | PAYPAL CAFESZE | $33.41 | | $17,351.25 |
| 12/05/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $20.76 | | $17,330.49 |
| 12/05/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $20.16 | | $17,310.33 |
| 12/05/2019 | VISA DDA PUR 423168 | PRET A MANGER 0 | $14.98 | | $17,295.35 |
| 12/06/2019 | DDA PURCHASE 48166601 CITARELLA | | $216.25 | | $17,079.10 |
| 12/06/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $26.16 | | $17,052.94 |
| 12/06/2019 | VISA DDA PUR 486948 | TAXI SVC WOODSI | $18.96 | | $17,033.98 |
| 12/06/2019 | VISA DDA PUR 423168 | PRET A MANGER 0 | $15.53 | | $17,018.45 |
| 12/09/2019 | VISA DDA PUR 469216 | THE CARLYLE HOT | $1,289.84 | | $15,728.61 |
| 12/09/2019 | VISA DDA PUR 420429 | CARTIER | $1,028.87 | | $14,699.74 |
| 12/09/2019 | VISA DDA PUR 443105 | BARNEYS NEW YO | $222.10 | | $14,477.64 |
| 12/09/2019 | DDA PURCHASE 14001493 USPS PO 3 217 E | | $107.45 | | $14,370.19 |
| 12/09/2019 | VISA DDA PUR 449215 | PAYPAL WIKIPED | $100.00 | | $14,270.19 |
| 12/09/2019 | VISA DDA PUR 449215 | PAYPAL DICKSSP | $99.98 | | $14,170.21 |
| 12/09/2019 | DDA PURCHASE 319851 | WAWA 208 | $53.40 | | $14,116.81 |
| 12/09/2019 | VISA DDA PUR 449215 | DRIZLY GRACIES | $34.56 | | $14,082.25 |
| 12/09/2019 | VISA DDA PUR 449215 | PAYPAL HULU | $26.98 | | $14,055.27 |
| 12/09/2019 | VISA DDA PUR 449215 | PAYPAL EASTSID | $26.32 | | $14,028.95 |
| 12/09/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $21.36 | | $14,007.59 |
| 12/09/2019 | VISA DDA PUR 449215 | UBER TRIP | $19.81 | | $13,987.78 |
| 12/09/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $17.16 | | $13,970.62 |
| 12/09/2019 | VISA DDA PUR 413746 | TST CHOPT CREAT | $15.01 | | $13,955.61 |
| 12/09/2019 | VISA DDA PUR 423168 | PRET A MANGER 0 | $12.49 | | $13,943.12 |
| 12/09/2019 | DDA PURCHASE 22775401 WAWA 208 | | $10.58 | | $13,932.54 |
| 12/10/2019 | DEPOSIT | | | $10,000.00 | $23,932.54 |
| 12/10/2019 | VISA DDA PUR 449215 | UBER TRIP | $34.74 | | $23,897.80 |
| 12/10/2019 | VISA DDA PUR 449215 | PAYPAL HHBAGEI | $33.18 | | $23,864.62 |

| Date | Description | | Amount | | Balance |
|------|-------------|--|--------|--|---------|
| 12/10/2019 | VISA DDA PUR 449215 | UBER TRIP | $10.76 | | $23,853.86 |
| 12/10/2019 | VISA DDA PUR 416407 | NYC TAXI 1246 12 | $9.80 | | $23,844.06 |
| 12/11/2019 | WIRE TRANSFER OUTGOING Jack Bradley | | $2,200.00 | | $21,644.06 |
| 12/11/2019 | VISA DDA PUR 469216 | ZITOMER PHARMA | $76.44 | | $21,567.62 |
| 12/11/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $34.56 | | $21,533.06 |
| 12/11/2019 | VISA DDA PUR 469216 | ZITOMER PHARMA | $29.28 | | $21,503.78 |
| 12/11/2019 | VISA DDA PUR 449398 | SUR LA TABLE 84 | $25.76 | | $21,478.02 |
| 12/11/2019 | WIRE TRANSFER FEE | | $25.00 | | $21,453.02 |
| 12/11/2019 | VISA DDA PUR 449215 | PAYPAL LYFT RID | $22.86 | | $21,430.16 |
| 12/11/2019 | VISA DDA PUR 416407 | FEDEX OFFIC2 90 | $20.66 | | $21,409.50 |
| 12/12/2019 | VISA DDA PUR 443106 | AMZN MKTP US U1 | $37.01 | | $21,372.49 |
| 12/12/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $26.16 | | $21,346.33 |
| 12/12/2019 | VISA DDA PUR 423168 | PRET A MANGER 0 | $1.84 | | $21,344.49 |
| 12/13/2019 | VISA DDA PUR 434285 | COOKSHOP RESTA | $239.25 | | $21,105.24 |
| 12/13/2019 | VISA DDA PUR 443106 | AMAZON COM 5Y4 | $33.71 | | $21,071.53 |
| 12/13/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $32.76 | | $21,038.77 |
| 12/13/2019 | VISA DDA PUR 486948 | TAXI SVC NEW YO | $26.16 | | $21,012.61 |
| 12/13/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $19.56 | | $20,993.05 |
| 12/13/2019 | VISA DDA PUR 423168 | PRET A MANGER 0 | $10.32 | | $20,982.73 |
| 12/16/2019 | COMCAST 8993113 440313586 | | $247.37 | | $20,735.36 |
| 12/16/2019 | VISA DDA PUR 449215 | PAYPAL TICKETM | $128.80 | | $20,606.56 |
| 12/16/2019 | VISA DDA PUR 449215 | PAYPAL LANAIYA | $125.00 | | $20,481.56 |
| 12/16/2019 | DDA PURCHASE 319851 | WAWA 208 | $46.76 | | $20,434.80 |
| 12/16/2019 | VISA DDA PUR 449215 | PAYPAL GINALAF | $45.44 | | $20,389.36 |
| 12/16/2019 | VISA DDA PUR 443106 | AMAZON COM 414 | $26.95 | | $20,362.41 |
| 12/16/2019 | VISA DDA PUR 486948 | TAXI SVC WOODSI | $23.76 | | $20,338.65 |
| 12/16/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $22.56 | | $20,316.09 |
| 12/16/2019 | VISA DDA PUR 486948 | TAXI SVC ASTORI | $20.16 | | $20,295.93 |
| 12/16/2019 | VISA DDA PUR 449215 | PP GOOGLE STORA | $19.99 | | $20,275.94 |
| 12/16/2019 | VISA DDA PUR 449215 | PP GOOGLE GOOGl | $19.99 | | $20,255.95 |
| 12/16/2019 | VISA DDA PUR 486948 | TAXI SVC NEW YO | $19.56 | | $20,236.39 |
| 12/16/2019 | VISA DDA PUR 469216 | APPLE COM BILL | $17.41 | | $20,218.98 |

| Date | Description | | Amount | | Balance |
|---|---|---|---|---|---|
| 12/16/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $17.16 | | $20,201.82 |
| 12/16/2019 | VISA DDA PUR 449215 | PAYPAL AGASER\ | $16.00 | | $20,185.82 |
| 12/16/2019 | VISA DDA PUR 469216 | AMZN MKTP US TS | $15.22 | | $20,170.60 |
| 12/16/2019 | VISA DDA PUR 469216 | APPLE COM BILL | $14.14 | | $20,156.46 |
| 12/16/2019 | VISA DDA PUR 469216 | APPLE COM BILL | $9.99 | | $20,146.47 |
| 12/16/2019 | VISA DDA PUR 469216 | APPLE COM BILL | $9.99 | | $20,136.48 |
| 12/16/2019 | VISA DDA PUR 469216 | STARBUCKS STOR | $4.30 | | $20,132.18 |
| 12/17/2019 | VISA DDA PUR 449398 | AT T BILL PAYMEN | $452.83 | | $19,679.35 |
| 12/17/2019 | VISA DDA PUR 443565 | PTC EZ PASS AUT | $100.00 | | $19,579.35 |
| 12/17/2019 | VISA DDA PUR 470752 | FRED S RESTAURA | $84.06 | | $19,495.29 |
| 12/17/2019 | VISA DDA PUR 427539 | BASICS ON BROAD | $35.87 | | $19,459.42 |
| 12/17/2019 | VISA DDA PUR 449215 | UBER  TRIP | $34.64 | | $19,424.78 |
| 12/17/2019 | VISA DDA PUR 416407 | NYC TAXI 1246 12 | $28.30 | | $19,396.48 |
| 12/17/2019 | VISA DDA PUR 449215 | PAYPAL EASTSID | $26.32 | | $19,370.16 |
| 12/17/2019 | VISA DDA PUR 469216 | AUDIBLE US Q71Y; | $14.95 | | $19,355.21 |
| 12/17/2019 | VISA DDA PUR 416407 | NYC TAXI 1246 12 | $12.30 | | $19,342.91 |
| 12/17/2019 | VISA DDA PUR 486948 | TAXI SVC 41 25 36 | $11.76 | | $19,331.15 |

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 167 | 11/4/2019 | $132.00 | | | | | | |
| 169 | 11/22/2019 | $7.20 | | | | | | |
| 170 | 10/31/2019 | $2,656.54 | | | | | | |
| 177 | 11/4/2019 | $781.00 | | | | | | |
| 178 | 11/25/2019 | $250.00 | | | | | | |
| 180 | 11/1/2019 | $1,050.00 | | | | | | |
| 181 | 11/ /2019 | $25.03 | | | | | | |
| 182 | 11/8/2019 | $195.00 | | | | | | |
| 183 | 11/8/2019 | $85.00 | | | | | | |
| 184 | 11/6/2019 | $326.66 | | | | | | |
| 185 | 11/4/2019 | $278.60 | | | | | | |
| 186 | 11/22/2019 | $432.82 | | | | | | |
| 201 | 10/29/2019 | $1,500.00 | | | | | | |
| 203 | 11/22/2019 | $420.00 | | | | | | |
| 227 | 11/25/2019 | $22.58 | | | | | | |
| 228 | 11/26/2019 | $1,328.27 | | | | | | |
| 229 | 11/22/2019 | $970.70 | | | | | | |
| 230 | 11/22/2019 | $737.26 | | | | | | |
| 231 | 11/25/2019 | $563.52 | | | | | | |



# TD Bank
### America's Most Convenient Bank®

PENNY BRADLEY
DIP CASE 18-10122 SDNY
40 E 78TH ST APT 11F
NEW YORK NY          10075-1830

039 / Chapter 11 Checking        2697

| Statement Beginning Balance As Of: 12/18/2019 | | | $19,331.15 |
|---|---|---|---|
| Plus | 4 | Deposits and Other Credits | $759.13 |
| Less | 121 | Checks and Other Debits | $18,067.34 |
| Statement Balance As Of: 01/07/2020 | | | $2,022.94 |

## Transactions By Date

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/18/2019 | VISA DDA REF 449215 | PAYPAL UNCOMM | | $166.31 | $19,497.46 |
| 12/18/2019 | VISA DDA PUR 498750 | FORTNUMANDMA! | $288.35 | | $19,209.11 |
| 12/18/2019 | VISA DDA PUR 449215 | PAYPAL LUKESBA | $47.78 | | $19,161.33 |
| 12/18/2019 | VISA DDA PUR 469216 | AMAZON COM ME( | $34.50 | | $19,126.83 |
| 12/18/2019 | VISA DDA PUR 449215 | UBER TRIP | $28.62 | | $19,098.21 |
| 12/18/2019 | VISA DDA PUR 449215 | PAYPAL CHOPTCR | $21.98 | | $19,076.23 |
| 12/19/2019 | COLUMBIA GAS PA SERV PYMT | | $278.86 | | $18,797.37 |
| 12/19/2019 | VISA DDA PUR 449215 | PAYPAL LANAIYA | $125.00 | | $18,672.37 |
| 12/19/2019 | VISA DDA PUR 449215 | DRIZLY DR WINE | $71.28 | | $18,601.09 |
| 12/19/2019 | VISA DDA PUR 469216 | AMAZON FRESH C | $49.10 | | $18,551.99 |
| 12/19/2019 | VISA DDA PUR 443106 | AMAZON COM CT6 | $27.75 | | $18,524.24 |
| 12/19/2019 | VISA DDA PUR 469216 | AMZN MKTP US M: | $24.48 | | $18,499.76 |
| 12/19/2019 | VISA DDA PUR 443106 | AMAZON COM I90 | $23.94 | | $18,475.82 |
| 12/19/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $18.96 | | $18,456.86 |
| 12/19/2019 | VISA DDA PUR 449215 | PAYPAL SANMAT | $16.07 | | $18,440.79 |
| 12/19/2019 | VISA DDA PUR 449215 | PAYPAL AMBER8C | $13.48 | | $18,427.31 |
| 12/19/2019 | VISA DDA PUR 416407 | NYC TAXI 1246 12 | $12.80 | | $18,414.51 |
| 12/19/2019 | VISA DDA PUR 469216 | STARBUCKS STOR | $8.34 | | $18,406.17 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 12/19/2019 | VISA DDA PUR 420429 | JOE THE JUICE N | $7.84 | $18,398.33 |
| 12/20/2019 | VISA DDA PUR 413746 | TST TWO HANDS | $94.51 | $18,303.82 |
| 12/20/2019 | VISA DDA PUR 486948 | TAXI SVC BROOKL | $45.96 | $18,257.86 |
| 12/20/2019 | VISA DDA PUR 424760 | FINE CLEANERS | $38.00 | $18,219.86 |
| 12/20/2019 | VISA DDA PUR 486948 | TAXI SVC WOODSI | $36.96 | $18,182.90 |
| 12/20/2019 | VISA DDA PUR 486948 | TAXI SVC LONG I | $35.16 | $18,147.74 |
| 12/20/2019 | VISA DDA PUR 449215 | SEAMLSS TRIDIMS | $21.56 | $18,126.18 |
| 12/20/2019 | VISA DDA PUR 469216 | AMZN MKTP US 9X | $18.99 | $18,107.19 |
| 12/20/2019 | VISA DDA PUR 443106 | AMZN MKTP US 80 | $18.01 | $18,089.18 |
| 12/20/2019 | VISA DDA PUR 413746 | TST CHOPT CREAT | $16.49 | $18,072.69 |
| 12/20/2019 | VISA DDA PUR 469216 | AMZN MKTP US 56 | $14.92 | $18,057.77 |
| 12/20/2019 | VISA DDA PUR 416407 | FEDEX 940433160 | $13.60 | $18,044.17 |
| 12/20/2019 | VISA DDA PUR 443106 | AMZN MKTP US FI | $7.61 | $18,036.56 |
| 12/23/2019 | VISA DDA PUR 449215 | PAYPAL HOTELS ( | $969.09 | $17,067.47 |
| 12/23/2019 | DDA PURCHASE 0001 | WILLIAMS SONOM | $449.92 | $16,617.55 |
| 12/23/2019 | VISA DDA PUR 449215 | PAYPAL DOMAINN | $278.16 | $16,339.39 |
| 12/23/2019 | DDA PURCHASE 48166601 | CITARELLA | $254.19 | $16,085.20 |
| 12/23/2019 | VISA DDA PUR 449215 | SPOTHERO 844 356 | $224.00 | $15,861.20 |
| 12/23/2019 | DDA PURCHASE 0001 | WILLIAMS SONOM | $185.03 | $15,676.17 |
| 12/23/2019 | VISA DDA PUR 449215 | PAYPAL FRESHDI | $132.35 | $15,543.82 |
| 12/23/2019 | VISA DDA PUR 469216 | AMZN MKTP US O7 | $130.60 | $15,413.22 |
| 12/23/2019 | VISA DDA PUR 449215 | PAYPAL LANAIYA | $125.00 | $15,288.22 |
| 12/23/2019 | DDA PURCHASE 53007901 | BUTTERFIELD N | $98.88 | $15,189.34 |
| 12/23/2019 | VISA DDA PUR 449215 | WORLD OF WINES | $78.29 | $15,111.05 |
| 12/23/2019 | VISA DDA PUR 416407 | FEDEX 779091141 | $76.11 | $15,034.94 |
| 12/23/2019 | VISA DDA PUR 449215 | SEAMLSSBAWARC | $52.69 | $14,982.25 |
| 12/23/2019 | VISA DDA PUR 469216 | COA CHEAPOAIR C | $37.94 | $14,944.31 |
| 12/23/2019 | VISA DDA PUR 469216 | AMAZON COM CRC | $32.93 | $14,911.38 |
| 12/23/2019 | VISA DDA PUR 469216 | AMAZON COM O42 | $32.63 | $14,878.75 |
| 12/23/2019 | VISA DDA PUR 449215 | SEAMLSSSUNNYSU | $31.08 | $14,847.67 |
| 12/23/2019 | VISA DDA PUR 449215 | UBER TRIP | $26.60 | $14,821.07 |
| 12/23/2019 | VISA DDA PUR 449215 | PAYPAL LYFT RID | $24.74 | $14,796.33 |

| Date | Check # | Description | | Amount | Balance |
|------|------|-------------|---|--------|---------|
| 12/23/2019 | | VISA DDA PUR 416407 | NYCTAXI3D55 | $23.75 | $14,772.58 |
| 12/23/2019 | | VISA DDA PUR 486948 | TAXI SVC LONG I | $18.96 | $14,753.62 |
| 12/23/2019 | | VISA DDA PUR 416407 | NYCTAXI2K9: | $17.80 | $14,735.82 |
| 12/23/2019 | | VISA DDA PUR 416407 | NYC TAXI 1246 12 | $14.80 | $14,721.02 |
| 12/23/2019 | | VISA DDA PUR 469216 | AMZ FRESHTIP XB | $5.00 | $14,716.02 |
| 12/24/2019 | | VISA DDA PUR 471705 | AIR FRANCE 0577 | $1,945.56 | $12,770.46 |
| 12/24/2019 | 172 | CHAMPION PARKING CHECK PMTS | | $1,050.00 | $11,720.46 |
| 12/24/2019 | | VISA DDA PUR 449215 | PAYPAL FD WINE | $440.83 | $11,279.63 |
| 12/24/2019 | 170 | CHECK | | $300.00 | $10,979.63 |
| 12/24/2019 | | VISA DDA PUR 469216 | AMAZON COM MT! | $216.00 | $10,763.63 |
| 12/24/2019 | | VISA DDA PUR 480197 | PJ CLARKES LINCC | $175.14 | $10,588.49 |
| 12/24/2019 | | VISA DDA PUR 449215 | PAYPAL FRESHDI | $150.81 | $10,437.68 |
| 12/24/2019 | | DDA PURCHASE 48166601 CITARELLA | | $147.37 | $10,290.31 |
| 12/24/2019 | | VISA DDA PUR 416407 | FEDEX 779170721 | $56.63 | $10,233.68 |
| 12/24/2019 | | VISA DDA PUR 471705 | AIR FRANCE 0574 | $38.94 | $10,194.74 |
| 12/24/2019 | | VISA DDA PUR 471705 | AIR FRANCE 0574 | $38.94 | $10,155.80 |
| 12/24/2019 | | VISA DDA PUR 449215 | SEAMLSSJOHNTON | $21.54 | $10,134.26 |
| 12/24/2019 | | VISA DDA PUR 416407 | FEDEX 779170672 | $11.15 | $10,123.11 |
| 12/24/2019 | | VISA DDA PUR 490641 | WHITEPAGES | $10.88 | $10,112.23 |
| 12/24/2019 | | VISA DDA PUR 486948 | TAXI SVC LONG I | $10.56 | $10,101.67 |
| 12/26/2019 | | VISA DDA PUR 449215 | AMERICAN AIR00 | $394.59 | $9,707.08 |
| 12/26/2019 | | DDA PURCHASE 00256482 JOHN VARVATO | | $180.00 | $9,527.08 |
| 12/26/2019 | | VISA DDA PUR 443106 | AMERICAN AIR00 | $125.01 | $9,402.07 |
| 12/26/2019 | | VISA DDA PUR 469216 | FLEISHER S UES L | $50.60 | $9,351.47 |
| 12/26/2019 | | VISA DDA PUR 449215 | UBER TRIP | $34.09 | $9,317.38 |
| 12/26/2019 | | VISA DDA PUR 449215 | PAYPAL EASTSID | $26.32 | $9,291.06 |
| 12/26/2019 | 171 | CHECK | | $23.59 | $9,267.47 |
| 12/26/2019 | | VISA DDA PUR 416407 | FEDEX 779217107 | $18.21 | $9,249.26 |
| 12/26/2019 | | VISA DDA PUR 416407 | NYC TAXI 1246 12 | $12.95 | $9,236.31 |
| 12/26/2019 | | VISA DDA PUR 490641 | SPK SPOKEO SEAR | $9.95 | $9,226.36 |
| 12/27/2019 | 187 | CHECK | | $1,328.27 | $7,898.09 |
| 12/27/2019 | 189 | SPECTRUM NYC CHKPAYMENT | | $31.51 | $7,866.58 |

| Date | Description | | Amount | Balance |
|------|------|------|------|------|
| 12/27/2019 | VISA DDA PUR 469216 | AMAZON COM MI3 | $19.15 | $7,847.43 |
| 12/30/2019 | VISA DDA REF 449215 | SPOTHERO 844 356 | $128.00 | $7,975.43 |
| 12/30/2019 | VISA DDA PUR 449215 | PAYPAL HOTELS ( | $800.25 | $7,175.18 |
| 12/30/2019 | VISA DDA PUR 449215 | PAYPAL MICHELL | $375.00 | $6,800.18 |
| 12/30/2019 | VISA DDA PUR 449215 | SPOTHERO 844 356 | $224.00 | $6,576.18 |
| 12/30/2019 | VISA DDA PUR 449215 | INSTACART | $221.56 | $6,354.62 |
| 12/30/2019 174 | CHECK | | $177.35 | $6,177.27 |
| 12/30/2019 | DDA PURCHASE 53007901 | BUTTERFIELD N | $176.11 | $6,001.16 |
| 12/30/2019 | VISA DDA PUR 449215 | SPOTHERO 844 356 | $128.00 | $5,873.16 |
| 12/30/2019 | VISA DDA PUR 449215 | PAYPAL GRUBHUI | $113.88 | $5,759.28 |
| 12/30/2019 | VISA DDA PUR 449215 | PAYPAL GRUBHUI | $44.48 | $5,714.80 |
| 12/30/2019 | VISA DDA PUR 469216 | AMAZON COM TK8 | $15.50 | $5,699.30 |
| 12/30/2019 | VISA DDA PUR 469216 | AMAZON COM MA | $14.03 | $5,685.27 |
| 12/30/2019 | VISA DDA PUR 469216 | AMZN MKTP US PP | $11.97 | $5,673.30 |
| 12/30/2019 | VISA DDA PUR 469216 | APPLE COM BILL | $4.99 | $5,668.31 |
| 12/31/2019 | VISA DDA PUR 475542 | MARK RESTAURAN | $720.59 | $4,947.72 |
| 12/31/2019 | VISA DDA PUR 469216 | AMZN MKTP US 94 | $9.79 | $4,937.93 |
| 01/02/2020 | DEPOSIT | | $432.82 | $5,370.75 |
| 01/02/2020 | DEPOSIT | | $32.00 | $5,402.75 |
| 01/02/2020 | DDA PURCHASE 48166601 | CITARELLA | $178.38 | $5,224.37 |
| 01/02/2020 | VISA DDA PUR 449215 | PAYPAL BRITISH | $138.58 | $5,085.79 |
| 01/02/2020 | VISA DDA PUR 449215 | PAYPAL GRUBHUI | $28.69 | $5,057.10 |
| 01/02/2020 | VISA DDA PUR 469216 | GOOGLE GSUITE F | $2.40 | $5,054.70 |
| 01/03/2020 | VISA DDA PUR 469216 | WWW COSTCO CO | $390.19 | $4,664.51 |
| 01/03/2020 | VISA DDA PUR 449215 | SPOTHERO 844 356 | $168.00 | $4,496.51 |
| 01/03/2020 | VISA DDA PUR 449215 | SPOTHERO 844 356 | $112.00 | $4,384.51 |
| 01/03/2020 | CON ED OF NY INTELL CK | | $88.25 | $4,296.26 |
| 01/03/2020 | VISA DDA PUR 427539 | HARI NYC | $25.00 | $4,271.26 |
| 01/03/2020 | VISA DDA PUR 427539 | HARI NYC | $25.00 | $4,246.26 |
| 01/03/2020 | VISA DDA PUR 486948 | TAXI SVC BROOKL | $17.16 | $4,229.10 |
| 01/03/2020 | VISA DDA PUR 486948 | TAXI SVC ASTORI | $16.56 | $4,212.54 |
| 01/06/2020 | VISA DDA PUR 420785 | THE TRUSTFORTE | $1,760.00 | $2,452.54 |

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  | See Attached Transaction Details |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Total Cash Disbursements |  | 34,417 |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | Total Bank Account Disbursements |  |  |  |

| | |
|---|---|
| Total Disbursements for the Month | 34,417 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| SCHEDULE A REAL PROPERTY | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | 2,272,398 | 2,115,000 |
| TOTAL REAL PROPERTY ASSETS | 2,272,398 | 2,115,000 |
| SCHEDULE B PERSONAL PROPERTY | | |
| Cash on Hand | | |
| Bank Accounts | 4,938 | 10,157 |
| Security Deposits | 8,000 | 8,000 |
| Household Goods & Furnishings | 5,100 | 5,100 |
| Books, Pictures, Art | | |
| Wearing Apparel | 1,000 | 1,000 |
| Furs and Jewelry | 7,000 | 7,000 |
| Collectibles | 10,000 | 10,000 |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | - |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | 9,700 | 9,700 |
| Boats & Motors | | |
| Aircraft | | |
| Sports Equipment | 500 | 500 |
| Electronics | 350 | 350 |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Investments in Disregarded Entities | (1,015,748) | (140,906) |
| Other Personal Property *(attach schedule)* | | |
| TOTAL PERSONAL PROPERTY | (969,160) | (89,099) |
| TOTAL ASSETS | 1,303,239 | 2,025,936 |

| *LIABILITIES AND OWNER EQUITY* | *BOOK VALUE AT END OF CURRENT REPORTING MONTH* | *BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT* |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE** *(Postpetition)* | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE** *(Pre-Petition)* | | |
| Secured Debt | 975,000 | 1,625,000 |
| Priority Debt | ~ | 10,000.00 |
| Unsecured Debt | 45,000 | 419,000 |
| *TOTAL PRE-PETITION LIABILITIES* | 1,020,000 | 2,054,000 |
| *TOTAL LIABILITIES* | 1,020,000 | 2,054,000 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** | N/A |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past due post-petition debts.

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
### AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No | |
|---|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | | |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X | |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X | |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | X | |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | X | |
| 6 Are any post petition State or Federal income taxes past due? | | X | |
| 7 Are any post petition real estate taxes past due? | | X | |
| 8 Are any other post petition taxes past due? | | X | |
| 9 Have any pre-petition taxes been paid during this reporting period? | | X | |
| 10 Are any amounts owed to post petition creditors delinquent? | | X | |
| 11 Have any post petition loans been received by the Debtor from any party? | | X | ** See Accompanying Footnote |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X | |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X | |

** Note to Question 11

There have been intercompany transfers between the various entities. The Debtor owes this money to the different entities (inter-company) based upon transfers made by the non-Debtor entities. Some payments and disbursements were made on behalf of the Debtor and others were made and are deemed Due To/Due From transactions.

# Penny Bradley
## Balance Sheet
### As of December 31, 2019

|  | Dec 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| TD Bank DIP 2697 | 4,937.93 |
| **Total Checking/Savings** | 4,937.93 |
| **Other Current Assets** | |
| **Invest in Disregarded Entities** | |
| 46 E. 82nd. St. | 290,858.34 |
| 52 E. 64th St. | -427,293.79 |
| Bistro | -20,046.94 |
| East 63rd St. | 10,858.62 |
| PBOR | -981,603.28 |
| Sixpence Dev | 91,480.49 |
| **Total Invest in Disregarded Entities** | -1,035,746.56 |
| **Total Other Current Assets** | -1,035,746.56 |
| **Total Current Assets** | -1,030,808.63 |
| **Fixed Assets** | |
| Clothing & Footwear | 1,000.00 |
| Collectibles | 10,000.00 |
| Electronics | 350.00 |
| Household Goods & Furnishings | 5,100.00 |
| Jewelry | 7,000.00 |
| **Real Property** | |
| 425 East 63rd Street | 650,000.00 |
| 455 Main Street, Apt 4-5 | 1,150,000.00 |
| **530 Prospect Avenue, State Coll** | |
| Leasehold Improv 530 Prospect A | 156,545.39 |
| 530 Prospect Avenue, State Coll - Other | 315,852.82 |
| **Total 530 Prospect Avenue, State Coll** | 472,398.21 |
| **Total Real Property** | 2,272,398.21 |
| Sports Equipment | 500.00 |
| Vehicle Range Rover | 9,700.00 |
| **Total Fixed Assets** | 2,306,048.21 |
| **Other Assets** | |
| Security Deposit - Almaino | 8,000.00 |
| **Total Other Assets** | 8,000.00 |
| **TOTAL ASSETS** | 1,283,239.58 |

# Penny Bradley
## Balance Sheet
### As of December 31, 2019

|  | Dec 31, 19 |
|---|---|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| **Liabilities Subject to Compromi** | |
| **Secured Liabilities** | |
| Due to Bretan | 975,000.00 |
| **Total Secured Liabilities** | 975,000.00 |
| **Unsecured Liabilities** | |
| Due to JP Morgan Chase | 45,000.00 |
| **Total Unsecured Liabilities** | 45,000.00 |
| **Total Liabilities Subject to Compromi** | 1,020,000.00 |
| **Total Long Term Liabilities** | 1,020,000.00 |
| **Total Liabilities** | 1,020,000.00 |
| **Equity** | |
| Net Worth | 862,434.51 |
| Retained Earnings | -308,422.82 |
| Net Income | -290,772.11 |
| **Total Equity** | 263,239.58 |
| **TOTAL LIABILITIES & EQUITY** | 1,283,239.58 |

# Penny Bradley
## Profit & Loss
### December 2019

|  | Dec 19 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Other Income | 10,000.00 |
| **Total Income** | 10,000.00 |
| **Gross Profit** | 10,000.00 |
| **Expense** |  |
| Bank Charges & Fees | 25.00 |
| Consulting Expense | 375.00 |
| Dues and Subs | 792.98 |
| Household Goods | 4,157.80 |
| Insurance | 1,628.27 |
| Meals & Entertainment & Hygiene | 8,491.53 |
| Rent & Lease | 8,175.00 |
| Travel | 9,426.26 |
| Utilities | 1,320.79 |
| **Total Expense** | 34,392.63 |
| **Net Ordinary Income** | -24,392.63 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| US Trustee Fee | 23.59 |
| **Total Other Expense** | 23.59 |
| **Net Other Income** | -23.59 |
| **Net Income** | **-24,416.22** |

**Penny Bradley**

**General Ledger**

As of December 31, 2019

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **CHASE 0165** | | | | | | | | | 0.00 |
| Total CHASE 0165 | | | | | | | | | 0.00 |
| **CHASE 1870** | | | | | | | | | 0.00 |
| Total CHASE 1870 | | | | | | | | | 0.00 |
| **Interest Expense** | | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | | 0.00 |
| **TD Bank DIP 2697** | | | | | | | | | |
| General Journal | 12/31/2019 | 34 | | | To record DIP... | Household Go... | | 4,416.22 | 9,354.15 |
| | | | | | | | | | 4,937.93 |
| Total TD Bank DIP 2697 | | | | | | | 0.00 | 4,416.22 | 4,937.93 |
| **Inventory Asset** | | | | | | | | | 0.00 |
| Total Inventory Asset | | | | | | | | | 0.00 |
| **Invest in Disregarded Entities** | | | | | | | | | |
| **46 E. 82nd. St.** | | | | | | | | | -1,015,746.56 |
| Total 46 E. 82nd. St. | | | | | | | | | 290,858.34 |
| | | | | | | | | | 290,858.34 |
| **52 E. 64th St.** | | | | | | | | | |
| General Journal | 12/31/2019 | 34 | * | | Reimburseme... | Household Go... | | 20,000.00 | -407,293.79 |
| | | | | | | | | | -427,293.79 |
| Total 52 E. 64th St. | | | | | | | 0.00 | 20,000.00 | -427,293.79 |
| **Bistro** | | | | | | | | | -20,046.94 |
| Total Bistro | | | | | | | | | -20,046.94 |
| **East 63rd St.** | | | | | | | | | 10,858.62 |
| Total East 63rd St. | | | | | | | | | 10,858.62 |
| **PBOR** | | | | | | | | | -981,603.28 |
| Total PBOR | | | | | | | | | -981,603.28 |
| **Sixpence Dev** | | | | | | | | | 91,480.49 |
| Total Sixpence Dev | | | | | | | | | 91,480.49 |
| **Invest in Disregarded Entities - Other** | | | | | | | | | 0.00 |
| Total Invest in Disregarded Entities - Other | | | | | | | | | 0.00 |
| Total Invest in Disregarded Entities | | | | | | | 0.00 | 20,000.00 | -1,035,746.56 |
| **Loan to Kevin** | | | | | | | | | 0.00 |
| Total Loan to Kevin | | | | | | | | | 0.00 |
| **Loan to KS** | | | | | | | | | 0.00 |
| Total Loan to KS | | | | | | | | | 0.00 |
| **Uncategorized Asset** | | | | | | | | | 0.00 |
| Total Uncategorized Asset | | | | | | | | | 0.00 |

Penny Bradley
General Ledger
As of December 31, 2019

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|---------|
| **Clothing & Footwear** | | | | | | | | | |
| Total Clothing & Footwear | | | | | | | | | 1,000.00 |
| | | | | | | | | | 1,000.00 |
| **Collectibles** | | | | | | | | | |
| Total Collectibles | | | | | | | | | 10,000.00 |
| | | | | | | | | | 10,000.00 |
| **Electronics** | | | | | | | | | |
| Total Electronics | | | | | | | | | 350.00 |
| | | | | | | | | | 350.00 |
| **Household Goods & Furnishings** | | | | | | | | | |
| Total Household Goods & Furnishings | | | | | | | | | 5,100.00 |
| | | | | | | | | | 5,100.00 |
| **Jewelery** | | | | | | | | | |
| Total Jewelery | | | | | | | | | 7,000.00 |
| | | | | | | | | | 7,000.00 |
| **Real Property** | | | | | | | | | |
| **425 East 63rd Street** | | | | | | | | | 2,272,398.21 |
| Total 425 East 63rd Street | | | | | | | | | 650,000.00 |
| | | | | | | | | | 650,000.00 |
| **455 Main Street, Apt 4-5** | | | | | | | | | 1,150,000.00 |
| Total 455 Main Street, Apt 4-5 | | | | | | | | | 1,150,000.00 |
| **530 Prospect Avenue, State Coll** | | | | | | | | | 472,398.21 |
| **Leasehold Improv 530 Prospect A** | | | | | | | | | 156,545.39 |
| Total Leasehold Improv 530 Prospect A | | | | | | | | | 156,545.39 |
| **530 Prospect Avenue, State Coll - Other** | | | | | | | | | 315,852.82 |
| Total 530 Prospect Avenue, State Coll - Other | | | | | | | | | 315,852.82 |
| Total 530 Prospect Avenue, State Coll | | | | | | | | | 472,398.21 |
| **Real Property - Other** | | | | | | | | | 0.00 |
| Total Real Property - Other | | | | | | | | | 0.00 |
| **Total Real Property** | | | | | | | | | 2,272,398.21 |
| **Sports Equipment** | | | | | | | | | |
| Total Sports Equipment | | | | | | | | | 500.00 |
| | | | | | | | | | 500.00 |
| **Vehicle Range Rover** | | | | | | | | | |
| Total Vehicle Range Rover | | | | | | | | | 9,700.00 |
| | | | | | | | | | 9,700.00 |
| **Security Deposit - Almaino** | | | | | | | | | |
| Total Security Deposit - Almaino | | | | | | | | | 8,000.00 |
| | | | | | | | | | 8,000.00 |
| **Due to Amex** | | | | | | | | | |
| Total Due to Amex | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Due to Amex 2** | | | | | | | | | |
| Total Due to Amex 2 | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |

# Penny Bradley
## General Ledger
### As of December 31, 2019

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|---------|
| **Due to David Bradley** | | | | | | | | | 0.00 |
| Total Due to David Bradley | | | | | | | | | 0.00 |
| **Liabilities Subject to Compromi** | | | | | | | | | |
| **Secured Liabilities** | | | | | | | | | |
| **Due to Bretan** | | | | | | | | | -1,020,000.00 |
| Total Due to Bretan | | | | | | | | | -975,000.00 |
| | | | | | | | | | -975,000.00 |
| **Due to Land Rover** | | | | | | | | | 0.00 |
| Total Due to Land Rover | | | | | | | | | 0.00 |
| **Secured Liabilities - Other** | | | | | | | | | 0.00 |
| Total Secured Liabilities - Other | | | | | | | | | 0.00 |
| **Total Secured Liabilities** | | | | | | | | | -975,000.00 |
| **Unsecured Liabilities** | | | | | | | | | |
| **American Express** | | | | | | | | | -45,000.00 |
| Total American Express | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Due to JP Morgan Chase** | | | | | | | | | -45,000.00 |
| Total Due to JP Morgan Chase | | | | | | | | | -45,000.00 |
| **Unsecured Liabilities - Other** | | | | | | | | | 0.00 |
| Total Unsecured Liabilities - Other | | | | | | | | | 0.00 |
| **Total Unsecured Liabilities** | | | | | | | | | -45,000.00 |
| **Liabilities Subject to Compromi - Other** | | | | | | | | | 0.00 |
| Total Liabilities Subject to Compromi - Other | | | | | | | | | 0.00 |
| **Total Liabilities Subject to Compromi** | | | | | | | | | -1,020,000.00 |
| **Net Worth** | | | | | | | | | -862,434.51 |
| Total Net Worth | | | | | | | | | -862,434.51 |
| **Opening Balance Equity** | | | | | | | | | 0.00 |
| Total Opening Balance Equity | | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | | 0.00 |
| Total Opening Balance Equity | | | | | | | | | 0.00 |
| **Owner's Investment** | | | | | | | | | 0.00 |
| Total Owner's Investment | | | | | | | | | 0.00 |
| **Owner's Pay & Personal Expenses** | | | | | | | | | 0.00 |
| Total Owner's Pay & Personal Expenses | | | | | | | | | 0.00 |
| **Penny B. Transfers** | | | | | | | | | 0.00 |
| Total Penny B. Transfers | | | | | | | | | 0.00 |

Penny Bradley
General Ledger
As of December 31, 2019

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Retained Earnings** | | | | | | | | | |
| Total Retained Earnings | | | | | | | | | 308,422.82 |
| | | | | | | | | | 308,422.82 |
| **Alimony and Child Support** | | | | | | | | | |
| Total Alimony and Child Support | | | | | | | | | -112,750.00 |
| | | | | | | | | | -112,750.00 |
| **Billable Expense Income** | | | | | | | | | |
| Total Billable Expense Income | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **David Bradley** | | | | | | | | | |
| Total David Bradley | | | | | | | | | -27,250.00 |
| | | | | | | | | | -27,250.00 |
| **Interest Income** | | | | | | | | | |
| Total Interest Income | | | | | | | | | -0.70 |
| | | | | | | | | | -0.70 |
| **Other Income** | | | | | | | | | |
| General Journal | 12/31/2019 | 34 | * | | Loan repaym... | Household Go... | | 10,000.00 | -3,355.67 |
| | | | | | | | | | -13,355.67 |
| Total Other Income | | | | | | | 0.00 | 10,000.00 | -13,355.67 |
| **Sales** | | | | | | | | | |
| Total Sales | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Sales of Product Income** | | | | | | | | | |
| Total Sales of Product Income | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Uncategorized Income** | | | | | | | | | |
| Total Uncategorized Income | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Cost of Goods Sold** | | | | | | | | | |
| Total Cost of Goods Sold | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Advertising & Marketing** | | | | | | | | | |
| Total Advertising & Marketing | | | | | | | | | 97.95 |
| | | | | | | | | | 97.95 |
| **Amex Credit Card** | | | | | | | | | |
| Total Amex Credit Card | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Ask My Accountant** | | | | | | | | | |
| Total Ask My Accountant | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **ATM Withdrawals** | | | | | | | | | |
| Total ATM Withdrawals | | | | | | | | | 18,840.69 |
| | | | | | | | | | 18,840.69 |
| **Bank Charges & Fees** | | | | | | | | | |
| General Journal | 12/31/2019 | 34 | * | | To record DIP... | Household Go... | 25.00 | | 2,663.36 |
| | | | | | | | | | 2,688.36 |
| Total Bank Charges & Fees | | | | | | | 25.00 | 0.00 | 2,688.36 |
| **Broker Fees** | | | | | | | | | |
| Total Broker Fees | | | | | | | | | 2,000.00 |
| | | | | | | | | | 2,000.00 |

Penny Bradley
General Ledger
As of December 31, 2019

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|---------|
| **Car & Truck** | | | | | | | | | 0.00 |
| Total Car & Truck | | | | | | | | | 0.00 |
| **Clothing** | | | | | | | | | 4,233.07 |
| Total Clothing | | | | | | | | | 4,233.07 |
| **Computer Expenses** | | | | | | | | | 239.09 |
| Total Computer Expenses | | | | | | | | | 239.09 |
| **Consulting Expense** | | | | | | | | | |
| General Journal | 12/31/2019 | 34 | * | | To record DIP... | Household Go... | 375.00 | | 5,055.00 |
| | | | | | | | | | 5,430.00 |
| Total Consulting Expense | | | | | | | 375.00 | 0.00 | 5,430.00 |
| **Contractors** | | | | | | | | | 0.00 |
| Total Contractors | | | | | | | | | 0.00 |
| **Donation** | | | | | | | | | 5,256.06 |
| Total Donation | | | | | | | | | 5,256.06 |
| **Dues and Subs** | | | | | | | | | |
| General Journal | 12/31/2019 | 34 | * | | To record DIP... | Household Go... | 792.98 | | 8,165.40 |
| | | | | | | | | | 8,958.38 |
| Total Dues and Subs | | | | | | | 792.98 | 0.00 | 8,958.38 |
| **Health** | | | | | | | | | |
| Total Health | | | | | | | | | 26,722.96 |
| | | | | | | | | | 26,722.96 |
| **Household Goods** | | | | | | | | | |
| General Journal | 12/31/2019 | 34 | * | | To record DIP... | -SPLIT- | 4,157.80 | | 22,563.45 |
| | | | | | | | | | 26,721.25 |
| Total Household Goods | | | | | | | 4,157.80 | 0.00 | 26,721.25 |
| **Insurance** | | | | | | | | | |
| General Journal | 12/31/2019 | 34 | * | | To record DIP... | Household Go... | 1,628.27 | | 13,543.64 |
| | | | | | | | | | 15,171.91 |
| Total Insurance | | | | | | | 1,628.27 | 0.00 | 15,171.91 |
| **Interest Paid** | | | | | | | | | 2,708.82 |
| Total Interest Paid | | | | | | | | | 2,708.82 |
| **Jack Bradley Payments** | | | | | | | | | 28,777.78 |
| Total Jack Bradley Payments | | | | | | | | | 28,777.78 |
| **Job Supplies** | | | | | | | | | 0.00 |
| Total Job Supplies | | | | | | | | | 0.00 |
| **Legal & Professional Services** | | | | | | | | | 2,775.26 |
| Total Legal & Professional Services | | | | | | | | | 2,775.26 |

**Penny Bradley**
**General Ledger**
As of December 31, 2019

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Meals & Entertainment & Hygiene** | | | | | | | | | |
| General Journal | 12/31/2019 | 34 | * | | Food & Gifts | Household Go... | 8,491.53 | | 98,511.07 |
| | | | | | | | | | 107,002.60 |
| Total Meals & Entertainment & Hygiene | | | | | | | 8,491.53 | 0.00 | 107,002.60 |
| **Office Supplies & Software** | | | | | | | | | |
| Total Office Supplies & Software | | | | | | | | | 19.78 |
| | | | | | | | | | 19.78 |
| **Other Business Expenses** | | | | | | | | | |
| Total Other Business Expenses | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Parking** | | | | | | | | | |
| Total Parking | | | | | | | | | 3,315.12 |
| | | | | | | | | | 3,315.12 |
| **Penalties & Fines** | | | | | | | | | |
| Total Penalties & Fines | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Postage & Delivery** | | | | | | | | | |
| Total Postage & Delivery | | | | | | | | | 423.70 |
| | | | | | | | | | 423.70 |
| **Reimbursable Expenses** | | | | | | | | | |
| Total Reimbursable Expenses | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Rent & Lease** | | | | | | | | | |
| General Journal | 12/31/2019 | 34 | * | | To record DIP... | Household Go... | 8,175.00 | | 91,021.25 |
| | | | | | | | | | 99,196.25 |
| Total Rent & Lease | | | | | | | 8,175.00 | 0.00 | 99,196.25 |
| **Repairs & Maintenance** | | | | | | | | | |
| Total Repairs & Maintenance | | | | | | | | | 566.85 |
| | | | | | | | | | 566.85 |
| **Taxes & Licenses** | | | | | | | | | |
| Total Taxes & Licenses | | | | | | | | | 185.00 |
| | | | | | | | | | 185.00 |
| **Travel** | | | | | | | | | |
| General Journal | 12/31/2019 | 34 | * | | To record DIP... | Household Go... | 9,426.26 | | 58,575.95 |
| | | | | | | | | | 68,002.21 |
| Total Travel | | | | | | | 9,426.26 | 0.00 | 68,002.21 |
| **Uncategorized Expense** | | | | | | | | | |
| Total Uncategorized Expense | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | | |
| General Journal | 12/31/2019 | 34 | * | | To record DIP... | Household Go... | 1,320.79 | | 8,564.11 |
| | | | | | | | | | 9,884.90 |
| Total Utilities | | | | | | | 1,320.79 | 0.00 | 9,884.90 |
| **Utah Investment** | | | | | | | | | |
| Total Utah Investment | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |

# Penny Bradley
## General Ledger
### As of December 31, 2019

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Loan repayment of Utah Investme** | | | | | | | | | 0.00 |
| Total Loan repayment of Utah Investme | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Reconciliation Discrepancies** | | | | | | | | | 0.00 |
| Total Reconciliation Discrepancies | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **US Trustee Fee** | | | | | | | | | 4,886.90 |
| General Journal | 12/31/2019 | 34 | * | | To record DIP... | Household Go... | 23.59 | | 4,910.49 |
| Total US Trustee Fee | | | | | | | 23.59 | 0.00 | 4,910.49 |
| | | | | | | | | | |
| **No accnt** | | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **TOTAL** | | | | | | | 34,416.22 | 34,416.22 | 0.00 |