# MARZEC LAW FIRM, P.C.

DARIUS A. MARZEC IS LICENSED TO PRACTICE LAW IN: NEW YORK
NEW JERSEY • CONNECTICUT • MASSACHUSETTS • PENNSYLVANIA
WASHINGTON, D.C. • ILLINOIS • FLORIDA • CALIFORNIA • HAWAII

**BROOKLYN OFFICE**
776A Manhattan Avenue, Suite 104
Brooklyn, NY 11222
Phone: (718) 609-0303
Facsimile (718) 841-7508
dmarzec@marzeclaw.com

<u>**VIA ECF**</u>

April 1, 2020

Honorable Judge James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

RE:   **In Re: Penny Ann Bradley, Debtor**
      **Case No.: 18-10122-JLG**

Dear Honorable Judge Garrity:

The undersigned represents creditor Slawomir Konopka. Please permit this letter serve as Mr. Konopka's application for extension of time to file the Objection to Confirmation of Debtor's Chapter 11 Stipulation of Settlement being filed simultaneously with this letter as an opposition to the debtor's Chapter 11 Stipulation. The objection deadline set by the Court was March 25, 2020 but as a result of the Covid-19 executive order by the Governor of New York State, all non-essential businesses were ordered closed and all residents were ordered to shelter in place, recently extended to April 25, 2020. As a result, our offices have been closed and it has been difficult, if not impossible, to draft and file our client's objection to the debtor's Chapter 11 Stipulation by the March 25, 2020 deadline. As such, we respectfully request that Mr. Konopka's objection to the approval of the Chapter 11 Stipulation be accepted as of today's date for filing and that the Court respectfully consider our client's objection as filed on time.

Respectfully,

*/s/ Darius A. Marzec*

Darius A. Marzec, Esq.

CC:   Serene K. Nakano (Trustee) (via ECF)

      Greg M. Zipes (United States Trustee) (via ECF)

      Penny Ann Bradley (Debtor) (via ECF)

      Daniel S. Alter, Esq. (via ECF)

      Gary F. Herbst, Esq. (via ECF)

      Jordan D. Weiss, Esq. (via ECF)