**LaMonica Herbst & Maniscalco, LLP**
*Moving Forward. Staying Ahead.®*

Joseph S. Maniscalco, Esq.
Member
p: 516.826.6500 x218
jsm@lhmlawfirm.com

April 20, 2020

**By ECF**
Warner & Scheuerman
Jonathan D. Warner, Esq.
6 West 18th Street, 10th Floor
New York, New York 10011

    Re: **Penny Ann Bradley**
       **Chapter 11**
       **Case No. 18-10122 (JLG)**

    **LETER AGREEMENT FOR CLAIM 9-1 SUPPORTING**
    **DISMISSAL OF THE DEBTOR'S CASE**

Dear Mr. Warner:

  As you know, this firm is special counsel to Penny Ann Bradley (the "Debtor"). This letter shall confirm your agreement with the Debtor to resolve the claim your firm filed on January 30, 2020 in the amount of $21,145.42, which was designated as claim number 9-1 (the "Claim 9"). In accordance with your agreement with the Debtor, you have agreed to support dismissal of the Debtor's bankruptcy case and release Claim 9 upon dismissal of the Debtor's bankruptcy case and payment on that Claim in accordance with those terms negotiated with the Debtor.

  If this is consistent with our understanding, please sign where indicated below and I will file with the Court.

  Thank you.

                  Respectfully submitted,
                  *s/ Joseph S. Maniscalco*
                  Joseph S. Maniscalco

AGREED AND CONSENTED TO

_____
Jonathan Warner, Esq. Claim 9