# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Date:  **April 22, 2020**
---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Penny Ann Bradley, | |
| | Case No. 18-10122-jlg |
| Debtor. | |

---------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | Daniel S. Alter, Esq., Counsel to Debtor |
| | Joseph S. Maniscalco, Esq., Special Counsel to Debtor |
| | Gary F. Herbst, Esq., Special Counsel to Debtor |
| | Gregory Zipes, Esq., Trial Attorney, Office of the United States Trustee |
| | Serene Nakano, Esq., Trial Attorney, Office of the United States Trustee |
| | Sandra E. Mayerson, Esq., Counsel to Lewis H. Berman LLC |
| | David H. Hartheimer, Esq., Counsel to Lewis H. Berman LLC |
| | Richard Levy, Jr., Esq., Counsel to Russell & Lydia Pollack |
| | Marion R. Harris, Esq., Counsel to Russell & Lydia Pollack |
| | Burton S. Weston, Esq., Counsel to David Bradley |
| | Jacob S. Frumkin, Esq., Counsel to Atlas Union Corp. |
| | Nolan E. Shanahan, Esq., Counsel to Atlas Union Corp. |
| | Kenneth L. Baum, Esq., Counsel to NSM82 LC |
| Proceedings: | Case Conference |
| | Motion to Convert Chapter 11 Case to Chapter 7 |
| | Motion to Appoint Trustee by Lewis H. Berman LLC |
| | Motion to Appoint Trustee filed by Kenneth L. Baum |
| | Motion to Dismiss Case |
| | Motion to Approve Compromise Among the Debtor, Lewis H. Berman LLC and David Bradley |
| | Motion for Objection to Claim Number: 3 |

|  | Motion for Objection to Claim(s) Number: 6 |
|---|---|
| Order: | All matters are hereby adjourned to **May 19, 2020 at 2:00 p.m. (ET)** |
|  | On or before **May 12, 2020 at 4:00 p.m. (ET)**, Debtor shall file a status letter with the Court (and mail two single-sided copies to Chambers). |

BY THE COURT:

April 28, 2020
New York, New York

/s/ *James L. Garrity, Jr.*

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge