# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Penny Ann Bradley | CASE NO.: 18–10122–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–4106 | CHAPTER: 11 |

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for June 4, 2020 have been adjourned to Thursday June 11, 2020 at 2:00 p.m.

Dated: June 2, 2020

Vito Genna
Clerk of the Court