# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 6/2/2020 |
| Case: 18−10122−jlg | Form ID: 143 | Total: 57 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | Lydia I. Pollack |
| cr | Russell H. Pollack |
| cr | NSM82 LLC |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Daniel F.X. Geoghan | DGeoghan@coleschotz.com |
| aty | Daniel Scott Alter | dsa315@mac.com |
| aty | Darius A. Marzec | dmarzec@marzeclaw.com |
| aty | David Henry Hartheimer | david@mhlaw−ny.com |
| aty | Gary Frederick Herbst | gfh@lhmlawfirm.com |
| aty | Greg M. Zipes | greg.zipes@usdoj.gov |
| aty | Jacob S. Frumkin | jfrumkin@coleschotz.com |
| aty | Jordan David Weiss | jweiss@msek.com |
| aty | Joseph S. Maniscalco | jsm@lhmlawfirm.com |
| aty | Kenneth L. Baum | kbaum@kenbaumdebtsolutions.com |
| aty | Marie Polito Hofsdal | mhofsdal@pryorcashman.com |
| aty | Marion R. Harris | mharris@pryorcashman.com |
| aty | Nolan E. Shanahan | nshanahan@coleschotz.com |
| aty | Richard Levy, Jr. | rlevy@pryorcashman.com |
| aty | Serene K. Nakano | serene.nakano@usdoj.gov |

TOTAL: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Penny Ann Bradley | 40 East 78th Street    Apt. 11F    New York, NY 10075 |
| cr | Atlas Union Corp. | Cole Schotz P.C.    1325 Avenue of the Americas    19th Floor    New York, NY 10019−6079 |
| unk | Mayerson & Hartheimer, PLLC | 845 Third Avenue    11th Floor    New York, NY 10022 |
| cr | Lewis H. Berman LLC | 944 Park Avenue    Unit 11A    New York, NY 10028 UNITED STATES |
| cr | Slawomir Konopka | Marzec Law Firm, P.C.    c/o Darius A. Marzec, Esq.    776A Manhattan Ave    Suite 104    Brooklyn, NY 11222 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor    Attn: Legal Affairs – Devora Cohn    Brooklyn, NY 11201−3719 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| 7711469 | A.S Bretan | 52 Round Tree Road    Melville NY 11747 |
| 7277542 | ATLAS UNION CORP | 1271 AVENUE OF THE AMERICAS    SUITE 4300    NEW YORK, NY 10020 |
| 7277543 | ATLAS UNION CORP. | NOLAN E. SHANAHAN, ESQ.    1325 AVE. OF THE AMERICAS 19TH    NEW YORK, NY 10019 |
| 7574373 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355−0701 |
| 7583967 | Atlas Union Corp. | c/o Sebastian Palazio    1270 Avenue of the Americas, Suite 1818    New York, NY 10020 |
| 7584254 | Avant Capital 52 East 64th Street LLC | KRISS & FEUERSTEIN LLP    360 LEXINGTON AVE., SUITE 1200    NEW YORK, NY 10017 |
| 7711446 | Chubb National Insurance Co. | c/o N. Hackett    55 Water Street, 28th FL    New York, NY 10041 |
| 7277796 | Cole Schotz P.C. | Attorneys for Atlas Union Corp.    Attn: Daniel F.X. Geoghan, Esq.    1325 Avenue of the Americas, 19th Floor    New York, NY 10019−6079 |
| 7277801 | Cole Schotz P.C. | Attorneys for Atlas Union Corp.    Attn: Jacob S. Frumkin, Esq.    1325 Avenue of the Americas, 19th Floor    New York, NY 10019−6079 |
| 7277799 | Cole Schotz P.C. | Attorneys for Atlas Union Corp.    Attn: Nolan E. Shanahan, Esq.    1325 Avenue of the Americas, 19th Floor    New York, NY 10019−6079 |
| 7665064 | Darius A. Marzec | 776A Manhattan Avenue    Suite 104    Brooklyn, NY 11222 |
| 7711445 | David Bradley | 100 Barclay Street Apt 11A    New York, NY 10007 |
| 7579549 | David H. Hartheimer, Esq. | 845 Third Avenue    11th Floor    NY, NY 10022 |
| 7322360 | Department of the Treasury | Internal Revenue Service    P.O. Box 7346    Philadelphia, PA 19101−7346 |
| 7711470 | Dr. Lewis Berman | c/o Sandy Meyerson    845 Third Ave. 11fl    New York, NY 10022 |
| 7494934 | Law Offices of Kenneth L. Baum LLC | Attorneys for NSM82 LLC    167 Main Street    Hackensack, NJ 07601 |

| | | |
|---|---|---|
| 7579550 | Lewis H. Berman LLC    David H. Hartheimer, Esq.    845 Third Avenue    11th Floor    New York, NY 10022 |
| 7427395 | MAYERSON & HARTHEIMER, PLLC    845 Third Avenue, 11th Floor    New York, NY 10022 |
| 7584049 | NSM82 LLC    c/o Law Offices of Kenneth L. Baum LLC    167 Main Street    Hackensack, NJ 07601 |
| 7660526 | New York State Department of Taxation & Finance    Bankruptcy Section    P O Box 5300    Albany New York 12205–0300 |
| 7277217 | Office of the United States Trustee    U.S. Federal Office Building    Attn: Serene K. Nakano    201 Varick St., Room 1006    New York, New York 10014 |
| 7287926 | PRYOR CASHMAN LLP    Attorneys for Russell H. Pollack and    Lydia I. Pollack    7 Times Square    New York, NY 10036–6569 |
| 7584331 | Russell & Lydia Pollack    c/o Pryor Cashman LLP attn: Richard Levy    7 Times Square    New York, NY 10036    (212) 421–4100 rlevy@pryorcashman.com |
| 7665065 | Slawomir Konopka    776A Manhattan Avenue    Suite 104    Brooklyn, NY 11222 |
| 7709020 | Slawomir Konopka    c/o Darius A. Marzec    776A Manhattan Ave, Ste 104    Brooklyn NY 11222 |
| 7277544 | US FEDERAL OFFICE BUILDING    201 VARICK STREET, STE 1006    NEW YORK, NY 10014 |
| 7427226 | Unnamed Creditor    c/o Mayerson & Hartheimer, PLLC    845 Third Ave., 11th floor    NY, NY 10022 |
| 7673493 | Warner & Scheuerman    6 West 18th Street, 10th floor    New York, NY 10011–1001 |

TOTAL: 38