**LAMONICA HERBST & MANISCALCO, LLP**

*Moving Forward. Staying Ahead.*®

**Joseph S. Maniscalco, Esq.**
Member
p: 516.826.6500 x218
jsm@lhmlawfirm.com

June 17, 2020

**By ECF & E-Mail**
Honorable James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408
**Garrity.chambers@nysb.uscourts.gov**

        **Re:**    **Penny Ann Bradley**
                    **Chapter 11**
                    **Case No. 18-10122 (JLG)**

Dear Judge Garrity:

      This firm is special counsel to Penny Ann Bradley (the "Debtor"). I am pleased to report that the Debtor has resolved any and all claims with any objecting creditor in the case and there is a consensus among all the parties as to a dismissal of the Debtor's case.

      In view of the foregoing, the Debtor is prepared to proceed at the adjourned hearing scheduled for June 18, 2020 at 2:00 p.m. on the Debtor's Dismissal Motion as there are no other pending objections to the Debtor's request to dismiss the case. The Debtor does not anticipate any objection to dismissal and in fact has received support for dismissal from the parties in interest in the case.

      Thank you for your consideration.

                                            Respectfully submitted,
                                            *s/ Joseph S. Maniscalco*
                                            Joseph S. Maniscalco

cc:  Nolan E. Shanahan, Esq; Jacob S. Frumkin, Esq.;
      Daniel S. Alter, Esq.; Serene K. Nakano, Esq.;
      Kenneth Baum, Esq.; David Hartheimer, Esq.;
      Richard Levy, Esq.; Sandy Mayerson, Esq.;
      Marion R. Harris, Esq.