# Notice Recipients

District/Off: 0208−1       User:                           Date Created: 7/11/2020
Case: 18−10122−jlg         Form ID: 131                    Total: 41

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Daniel Scott Alter | dsa315@mac.com |
| aty | Gary Frederick Herbst | gfh@lhmlawfirm.com |
| aty | Greg M. Zipes | greg.zipes@usdoj.gov |
| aty | Jordan David Weiss | jweiss@msek.com |
| aty | Joseph S. Maniscalco | jsm@lhmlawfirm.com |
| aty | Serene K. Nakano | serene.nakano@usdoj.gov |

                                                                         TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Penny Ann Bradley | 40 East 78th Street   Apt. 11F   New York, NY 10075 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 |
| smg | Internal Revenue Service | PO Box 7346   Philadelphia, PA 19101−7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551   Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor   Attn: Legal Affairs − Devora Cohn   Brooklyn, NY 11201−3719 |
| 7711469 | A.S Bretan | 52 Round Tree Road   Melville NY 11747 |
| 7277542 | ATLAS UNION CORP | 1271 AVENUE OF THE AMERICAS   SUITE 4300   NEW YORK, NY 10020 |
| 7277543 | ATLAS UNION CORP. | NOLAN E. SHANAHAN, ESQ.   1325 AVE. OF THE AMERICAS 19TH   NEW YORK, NY 10019 |
| 7574373 | American Express National Bank | c/o Becket and Lee LLP   PO Box 3001   Malvern PA 19355−0701 |
| 7583967 | Atlas Union Corp. | c/o Sebastian Palazio   1270 Avenue of the Americas, Suite 1818   New York, NY 10020 |
| 7584254 | Avant Capital 52 East 64th Street LLC | KRISS & FEUERSTEIN LLP   360 LEXINGTON AVE., SUITE 1200   NEW YORK, NY 10017 |
| 7711446 | Chubb National Insurance Co. | c/o N. Hackett   55 Water Street, 28th FL   New York, NY 10041 |
| 7277796 | Cole Schotz P.C. | Attorneys for Atlas Union Corp.   Attn: Daniel F.X. Geoghan, Esq.   1325 Avenue of the Americas, 19th Floor   New York, NY 10019−6079 |
| 7277801 | Cole Schotz P.C. | Attorneys for Atlas Union Corp.   Attn: Jacob S. Frumkin, Esq.   1325 Avenue of the Americas, 19th Floor   New York, NY 10019−6079 |
| 7277799 | Cole Schotz P.C. | Attorneys for Atlas Union Corp.   Attn: Nolan E. Shanahan, Esq.   1325 Avenue of the Americas, 19th Floor   New York, NY 10019−6079 |
| 7665064 | Darius A. Marzec | 776A Manhattan Avenue   Suite 104   Brooklyn, NY 11222 |
| 7711445 | David Bradley | 100 Barclay Street Apt 11A   New York, NY 10007 |
| 7579549 | David H. Hartheimer, Esq. | 845 Third Avenue   11th Floor   NY, NY 10022 |
| 7322360 | Department of the Treasury | Internal Revenue Service   P.O. Box 7346   Philadelphia, PA 19101−7346 |
| 7711470 | Dr. Lewis Berman | c/o Sandy Meyerson   845 Third Ave. 11fl   New York, NY 10022 |
| 7494934 | Law Offices of Kenneth L. Baum LLC | Attorneys for NSM82 LLC   167 Main Street   Hackensack, NJ 07601 |
| 7579550 | Lewis H. Berman LLC | David H. Hartheimer, Esq.   845 Third Avenue   11th Floor   New York, NY 10022 |
| 7427395 | MAYERSON & HARTHEIMER, PLLC | 845 Third Avenue, 11th Floor   New York, NY 10022 |
| 7584049 | NSM82 LLC | c/o Law Offices of Kenneth L. Baum LLC   167 Main Street   Hackensack, NJ 07601 |
| 7660526 | New York State Department of Taxation & Finance | Bankruptcy Section   P O Box 5300   Albany New York 12205−0300 |
| 7277217 | Office of the United States Trustee | U.S. Federal Office Building   Attn: Serene K. Nakano   201 Varick St., Room 1006   New York, New York 10014 |
| 7287926 | PRYOR CASHMAN LLP | Attorneys for Russell H. Pollack and   Lydia I. Pollack   7 Times Square   New York, NY 10036−6569 |
| 7584331 | Russell & Lydia Pollack | c/o Pryor Cashman LLP attn: Richard Levy   7 Times Square   New York, NY 10036   (212) 421−4100 rlevy@pryorcashman.com |
| 7665065 | Slawomir Konopka | 776A Manhattan Avenue   Suite 104   Brooklyn, NY 11222 |
| 7709020 | Slawomir Konopka | c/o Darius A. Marzec   776A Manhattan Ave, Ste 104   Brooklyn NY 11222 |
| 7277544 | US FEDERAL OFFICE BUILDING | 201 VARICK STREET, STE 1006   NEW YORK, NY 10014 |
| 7427226 | Unnamed Creditor | c/o Mayerson & Hartheimer, PLLC   845 Third Ave., 11th floor   NY, NY 10022 |
| 7673493 | Warner & Scheuerman | 6 West 18th Street, 10th floor   New York, NY 10011−1001 |

                                                                         TOTAL: 34