# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Penny Ann Bradley | CASE NO.: 18–10122–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–4106 | CHAPTER: 11 |

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable James L. Garrity Jr. in this Chapter 11 case.

Penny Ann Bradley was dismissed from the case on July 11, 2020 .

Dated: July 11, 2020                                   Vito Genna
                                                       Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 18-10122-jlg
Penny Ann Bradley                                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1        User:                    Page 1 of 2           Date Rcvd: Jul 13, 2020
                            Form ID: 131             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2020.
db              +Penny Ann Bradley,    40 East 78th Street,    Apt. 11F,    New York, NY 10075-1830
smg              N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY  12201-0551
smg              New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
                  Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg             +United States Attorney's Office,    Southern District of New York,
                  Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
7711469         +A.S Bretan,    52 Round Tree Road,    Melville NY 11747-3425
7277542         +ATLAS UNION CORP,    1271 AVENUE OF THE AMERICAS,    SUITE 4300,    NEW YORK, NY 10020-1401
7277543          ATLAS UNION CORP.,    NOLAN E. SHANAHAN, ESQ.,    1325 AVE. OF THE AMERICAS 19TH,
                  NEW YORK, NY 10019
7583967         +Atlas Union Corp.,    c/o Sebastian Palazio,    1270 Avenue of the Americas, Suite 1818,
                  New York, NY 10020-1702
7584254         +Avant Capital 52 East 64th Street LLC,    KRISS & FEUERSTEIN LLP,
                  360 LEXINGTON AVE., SUITE 1200,    NEW YORK, NY 10017-6502
7711446         +Chubb National Insurance Co.,    c/o N. Hackett,    55 Water Street, 28th FL,
                  New York, NY 10041-0008
7277796          Cole Schotz P.C.,    Attorneys for Atlas Union Corp.,    Attn: Daniel F.X. Geoghan, Esq.,
                  1325 Avenue of the Americas, 19th Floor,    New York, NY 10019-6079
7277801          Cole Schotz P.C.,    Attorneys for Atlas Union Corp.,    Attn: Jacob S. Frumkin, Esq.,
                  1325 Avenue of the Americas, 19th Floor,    New York, NY 10019-6079
7277799          Cole Schotz P.C.,    Attorneys for Atlas Union Corp.,    Attn: Nolan E. Shanahan, Esq.,
                  1325 Avenue of the Americas, 19th Floor,    New York, NY 10019-6079
7665064         +Darius A. Marzec,    776A Manhattan Avenue,    Suite 104,    Brooklyn, NY 11222-5699
7711445         +David Bradley,    100 Barclay Street Apt 11A,    New York, NY 10007-0108
7579549         +David H. Hartheimer, Esq.,    845 Third Avenue,    11th Floor,    NY, NY 10022-6620
7711470         +Dr. Lewis Berman,    c/o Sandy Meyerson,    845 Third Ave. 11fl,    New York, NY 10022-6601
7494934         +Law Offices of Kenneth L. Baum LLC,    Attorneys for NSM82 LLC,    167 Main Street,
                  Hackensack, NJ 07601-7150
7579550         +Lewis H. Berman LLC,    David H. Hartheimer, Esq.,    845 Third Avenue,    11th Floor,
                  New York, NY 10022-6601
7427395         +MAYERSON & HARTHEIMER, PLLC,    845 Third Avenue, 11th Floor,    New York, NY 10022-6601
7584049         +NSM82 LLC,    c/o Law Offices of Kenneth L. Baum LLC,    167 Main Street,
                  Hackensack, NJ 07601-7150
7287926          PRYOR CASHMAN LLP,    Attorneys for Russell H. Pollack and,    Lydia I. Pollack,    7 Times Square,
                  New York, NY 10036-6569
7584331         +Russell & Lydia Pollack,    c/o Pryor Cashman LLP attn: Richard Levy,    7 Times Square,
                  New York, NY 10036,    (212) 421-4100 rlevy@pryorcashman.com 10036-6524
7665065         +Slawomir Konopka,    776A Manhattan Avenue,    Suite 104,    Brooklyn, NY 11222-5699
7709020         +Slawomir Konopka,    c/o Darius A. Marzec,    776A Manhattan Ave, Ste 104,
                  Brooklyn NY 11222-5699
7427226         +Unnamed Creditor,    c/o Mayerson & Hartheimer, PLLC,    845 Third Ave., 11th floor,
                  NY, NY 10022-6601
7673493         +Warner & Scheuerman,    6 West 18th Street, 10th floor,    New York, NY 10011-4634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              EDI: IRS.COM Jul 14 2020 00:43:00      Internal Revenue Service,    PO Box 7346,
                  Philadelphia, PA  19101-7346
smg              E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jul 13 2020 20:41:19
                  New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                  Albany, NY  12205-0300
7574373          EDI: BECKLEE.COM Jul 14 2020 00:43:00      American Express National Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
7660526          E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jul 13 2020 20:41:19
                  New York State Department of Taxation & Finance,    Bankruptcy Section,    P O Box 5300,
                  Albany New York 12205-0300
7277217         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jul 13 2020 20:41:08
                  Office of the United States Trustee,    U.S. Federal Office Building,    Attn: Serene K. Nakano,
                  201 Varick St., Room 1006,    New York, New York 10014-7016
7277544         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jul 13 2020 20:41:08      US FEDERAL OFFICE BUILDING,
                  201 VARICK STREET, STE 1006,    NEW YORK, NY 10014-4811
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7322360*         Department of the Treasury,    Internal Revenue Service,    P.O. Box 7346,
                  Philadelphia, PA  19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0208-1          User:                    Page 2 of 2              Date Rcvd: Jul 13, 2020
                              Form ID: 131             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2020 at the address(es) listed below:

```
              Daniel F.X. Geoghan    on behalf of Creditor    Atlas Union Corp. DGeoghan@coleschotz.com,
               pratkowiak@coleschotz.com;ssallie@coleschotz.com
              Daniel Scott Alter     on behalf of Debtor Penny Ann Bradley dsa315@mac.com,  dsa315@email.com
              Darius A. Marzec     on behalf of Creditor Slawomir  Konopka dmarzec@marzeclaw.com,
               clerk@marzeclaw.com;hhung@marzeclaw.com;r58949@notify.bestcase.com
              David Henry Hartheimer     on behalf of Creditor    Lewis H. Berman LLC david@mhlaw-ny.com,
               david@clearbid.com
              David Henry Hartheimer     on behalf of Unknown    Mayerson & Hartheimer, PLLC david@mhlaw-ny.com,
               david@clearbid.com
              Gary Frederick Herbst    on behalf of Debtor Penny Ann Bradley gh@lhmlawfirm.com
              Greg M. Zipes     on behalf of U.S. Trustee    United States Trustee greg.zipes@usdoj.gov
              Jacob S. Frumkin     on behalf of Creditor    Atlas Union Corp. jfrumkin@coleschotz.com,
               fpisano@coleschotz.com
              Jordan David Weiss     on behalf of Debtor Penny Ann Bradley jweiss@msek.com
              Joseph S. Maniscalco     on behalf of Debtor Penny Ann Bradley jsm@lhmlawfirm.com
              Kenneth L. Baum     on behalf of Creditor    NSM82 LLC kbaum@kenbaumdebtsolutions.com
              Marie Polito Hofsdal     on behalf of Creditor Lydia I. Pollack mhofsdal@pryorcashman.com
              Marie Polito Hofsdal     on behalf of Creditor Russell H. Pollack mhofsdal@pryorcashman.com
              Marion R. Harris     on behalf of Creditor Lydia I. Pollack mharris@pryorcashman.com
              Marion R. Harris     on behalf of Creditor Russell H. Pollack mharris@pryorcashman.com
              Nolan E. Shanahan     on behalf of Creditor    Atlas Union Corp. nshanahan@coleschotz.com,
               ssallie@coleschotz.com
              Richard  Levy, Jr.     on behalf of Creditor Lydia I. Pollack rlevy@pryorcashman.com
              Richard  Levy, Jr.     on behalf of Creditor Russell H. Pollack rlevy@pryorcashman.com
              Serene K. Nakano     on behalf of U.S. Trustee    United States Trustee serene.nakano@usdoj.gov
              United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
                                                                                             TOTAL: 20
```